# EXHIBIT I

**Exhibit I**

**U.S. Patent No. 8,073,681**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '681 patent based on VoiceBox's investigation to date. VoiceBox reserves the right to provide modified and more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations and any applicable scheduling order. This chart uses "IBM's Watson Assistant" to refer to the full scope of the Accused IBM Products identified in the complaint, including because, on information and belief, the interactive voice recognition features of IBM's Watson Assistant, including Watson Assistant software and software modules, are used in and form the bases and are representative of the interactive voice recognition features of each of the accused instrumentalities.[1]

**Exemplary information relevant to infringement:**

1. "How to Build AI-Powered Chatbots Using Watson Assistant," https://nexright.com/build-ai-chatbots-using-watson-assistant/ (Chatbots Using Watson)

2. "Introducing Watson Assistant for Voice Interaction," https://medium.com/ibm-watson/introducing-watson-assistant-for-voice-interaction-e64d04656fde (Introducing WAVI)

3. "IBM Watson Assistant Actions Now With Improved Management," https://cobusgreyling.medium.com/ibm-watson-assistant-actions-now-with-improved-management-5b090fbf076c (Watson With Improved Management)

---

[1] *See, e.g.*, https://github.com/ibm-cloud-docs (presenting, among other things, information about software, software modules, and service architectures relating to IBM speech-to-text and natural language processing); *WASdev/sample.voice.gateway*, https://github.com/WASdev/sample.voice.gateway ("IBM® Voice Gateway provides a Session Initiation Protocol (SIP) endpoint that orchestrates IBM® Watson™ speech and conversation services to enable a cognitive agent that communicates with a caller using natural language. The voice gateway makes it possible to integrate a public or enterprise telephony system with Watson, enabling direct voice interactions with a cognitive self-service agent …."); *IBM/voice-gateway-on-icp*, https://github.com/IBM/voice-gateway-on-icp ("Voice Gateway calls Watson Speech to Text to transcribe user input. [] Based on user input, certain flows in Watson Assistant will be triggered. [] Any results from Watson Assistant will be transmitted back to the Voice Gateway service via Watson Text to Speech."); *Managing voice configuration – IBM watsonx Orchestrate ADK*, https://developer.watson-orchestrate.ibm.com/voice/managing_voice (invoking Watson speech recognition-related URLs).

1

4. "Under the hood: all the natural language understanding technology that makes Watson Assistant powerful," https://medium.com/ibm-watson/under-the-hood-all-the-natural-language-understanding-technology-that-makes-watson-assistant-fb8aaaca2f16 (NLU Under the Hood)

5. "Chatbots, Disambiguation & IBM Watson Assistant Actions," https://cobusgreyling.medium.com/chatbots-disambiguation-ibm-watson-assistant-actions-2f865bda8090 (Watson Disambiguation)

6. "watsonx Assistant improves intent detection accuracy, leads against AI vendors cited in published study," https://www.ibm.com/new/product-blog/watson-assistant-improves-intent-detection-accuracy-leads-against-ai-vendors-cited-in-published-study (Intent Detection Accuracy)

7. "watsonx Assistant v2 | IBM Cloud API Docs," https://cloud.ibm.com/apidocs/assistant-v2 (Watson Assistant API)

8. "Build a Rule-based Chatbot Using IBM Watson Assistant," https://technologyrivers.com/blog/how-to-build-a-chatbot-using-ibm-watson-assistant/ (Build A Rule-based Chatbot)

9. "Real-World Use Cases of IBM Watson Assistant in Customer Experience Automation," https://nexright.com/ibm-watson-assistant-customer-experience-automation/ (Watson CX Automation)

10. "In-depth Analysis of IBM watsonx Assistant: A Conversational AI," https://www.communeify.com/en/blog/what-is-ibm-watsonx-assistant/ (Watson In-Depth Analysis)

11. "Context variables - IBM watsonx Orchestrate ADK," https://developer.watson-orchestrate.ibm.com/webchat/context_variables (JWT Context Variables)

12. "Updated conversational search for IBM assistants," https://medium.com/ibm-watson/updated-conversational-search-for-ibm-assistants-d8250c06f1b6 (Updated Conversational Search)

13. "IBM watsonx Assistant: Driving generative AI innovation with conversational search," https://www.ibm.com/new/product-blog/ibm-watsonx-assistant-driving-generative-ai-innovation-with-conversational-search (Watson Conversational Search Blog)

14. "IBM Watson Assistant: virtual assistant software review," https://www.accuratereviews.com/virtual-assistant-software/ibm-watson-assistant-review/ (Watson Assistant Review)

15. "Now With IBM Watson Assistant Your Chatbot Can Learn Automatically," https://cobusgreyling.medium.com/now-with-ibm-watson-assistant-your-chatbot-can-learn-automatically-200bbd525b80 (Watson Autolearning)

16. "Extending Watson Assistant: connecting to CRM systems," https://medium.com/ibm-watson/extending-watson-assistant-part-1-connecting-to-crm-systems-80deda33a68e (Watson CRM Extensions)

17. "Controlling the conversational flow," https://cloud.ibm.com/docs/watson-assistant?topic=watson-assistant-dialog-runtime (Watson Conversational Flow)

18. "Using variables to manage conversation information," https://cloud.ibm.com/docs/watson-assistant?topic=watson-assistant-manage-info (Manage Conversation Information)

19. "Personalizing the dialog with context," https://cloud.ibm.com/docs/watson-assistant?topic=watson-assistant-dialog-runtime-context#dialog-runtime-context-update (Personalization with Context)

20. "Behind the Algorithm – IBM Watson Assistant Explained," https://www.youtube.com/watch?v=cTSIkGX3NfI (Behind the Algorithm)

21. "IBM Watson Assistant phone integration demo," https://mediacenter.ibm.com/media/IBM+Watson+Assistant+phone+integration+demo/1_2on13mix/145340842 (Watson Phone Demo)

22. "About IBM Voice Gateway," https://www.ibm.com/docs/en/voice-gateway?topic=gateway-about-voice (IBM Voice Gateway)

23. "6 types of chatbots and how to choose the right one for your business," https://www.ibm.com/think/topics/chatbot-types (IBM Chatbot Type)

24. "Using custom acoustic and custom language models together," https://cloud.ibm.com/docs/speech-to-text?topic=speech-to-text-useBoth#useBothRecognize (IBM Custom Models)

25. "watsonx Orchestrate," https://www.ibm.com/products/watsonx-orchestrate (Watson Orchestrate)

26. Avinash Kumar et al., *A Survey on IBM Watson and Its Services*, J. PHYS.: CONF. SER. 2273 012022, 1-2 (2022), *available at* https://iopscience.iop.org/article/10.1088/1742-6596/2273/1/012022/pdf (IBM Watson Survey)

27. "IBM watsonx Orchestrate: AI agents with natural-voice capabilities—Coming soon (3:49 min)" https://www.ibm.com/products/watsonx-orchestrate/ai-agent-for-customer-service (Watson Orchestrate Demo)

28. "Checklist for Implementing IBM Watson Speech Recognition," https://nexright.com/ibm-watson-speech-recognition-implementation-checklist/ (Speech Recognition Checklist)

3

| '681 Patent ||
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| **1[pre]** A method for providing a cooperative conversational voice user interface, comprising: | IBM's Watson Assistant performs "a method for providing a cooperative conversational voice user interface, comprising:"<br><br>For example, as the following information shows, IBM's Watson Assistant products and services perform a method for providing a cooperative conversational voice user interface:<br><br>"IBM Watson Assistant is a powerful enterprise-grade conversational AI platform that enables organizations to create intelligent virtual agents capable of handling customer interactions, support tasks, and operational workflows with natural language." *Chatbots Using Watson*.<br><br>"The platform is cloud-native and built on the scalable, secure IBM Cloud, but it also supports hybrid and multi-cloud deployments through IBM Cloud Pak for Data and the Watsonx ecosystem." *Chatbots Using Watson*.<br><br>"The IBM watsonx Assistant service combines machine learning, natural language understanding, and an integrated dialog editor to create conversation flows between your apps and your users." *Watson Assistant API*.<br><br>"This solution brings Watson Assistant's AI capabilities into call centers, allowing end-users to talk to Watson over the phone." *Introducing WAVI*. |

| '681 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | Today I am happy to announce the availability of Watson Assistant for Voice Interaction. This solution brings Watson Assistant's AI capabilities into call centers, allowing end-users to talk to Watson over the phone.<br><br><br><br>*Introducing WAVI.* |

5

*See also Watson Phone Demo* 0:12-0:20:






6

| '681 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | *See also Watson Orchestrate Demo* 0:37:  |

| '681 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| **1[a]** receiving an utterance at a voice input device during a current conversation with a user, wherein the utterance includes one or more words that have different meanings in different contexts; | IBM's Watson Assistant "receiv[es] an utterance at a voice input device during a current conversation with a user, wherein the utterance includes one or more words that have different meanings in different contexts." <br><br> For example: <br><br> IBM's Watson Assistant receives user utterances during conversations. "The IBM watsonx Assistant service combines machine learning, natural language understanding, and an integrated dialog editor to create conversation flows between your apps and your users." *Watson Assistant API*. <br><br> "IBM Watson Assistant is a conversational AI platform built to help businesses create intelligent virtual agents capable of understanding natural language, automating repetitive tasks, and improving customer engagement." *Watson CX Automation*. <br><br> "By learning from customer conversations, Watson Assistant automatically improves its ability to resolve issues the first time. Watson Assistant uses natural language understanding (NLU) to understand colloquial speech patterns." *Build A Rule-based Chatbot*. <br><br> The utterances received by Watson Assistant include words that have different meanings in different contexts: "The artificial intelligence at the core of watsonx Assistant is designed to correctly identify the countless permutations of intent in real-world interactions." *Intent Detection Accuracy*. |

8

*See also Watson Conversational Flow*:



IBM's Watson Assistant works with utterances including words that have different meanings in different contexts: Watson "gracefully handle[s] vague requests, topic changes, misspellings, and misunderstandings during a customer interaction without any additional setup." *Watson Assistant Review*.

9

| '681 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | Consider the various ways customers can express their problem:<br><br>– "I can't log in"<br>– "My password doesn't work"<br>– "Forgot password"<br><br>The AI technology has to understand that the intent behind these sentences (and infinite variations of wording and misspellings) is getting help resetting the password. Even for a basic intent like this, it takes complex natural language processing (NLP) and classification techniques to get it right. Now imagine the complexity when trying to set up a system to help with, say, mortgage applications.<br><br>*Intent Detection Accuracy* (receiving ambiguous utterances).<br><br>"Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey*. |

10

| '681 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| **1[b]** accumulating short-term shared knowledge about the current conversation, wherein the short-term shared knowledge includes knowledge about the utterance received during the current conversation; | IBM's Watson Assistant "accumulat[es] short-term shared knowledge about the current conversation, wherein the short-term shared knowledge includes knowledge about the utterance received during the current conversation." For example: IBM's Watson Assistant accumulates short-term shared knowledge about the current conversation, including knowledge about the utterance received at the voice during the conversation, through session and context variables. A context variable is "[c]ontext data for the conversation. You can use this property to set or modify context variables, which can also be accessed by dialog nodes. The context is stored by the assistant on a per-session basis." *Watson Assistant API*. "A session variable is a variable that you can set and use across all actions. A session variable exists for the duration of a single session." *Watson With Improved Management*. "Session variables can help you to modularize your assistant because you can write a single action that collects information that is needed in multiple places. For example, you might have a greeting action that collects basic information about the customer and stores the responses in session variables, which any action can then access …. A session variable that you create persists only during a single session. At the end of the session, the variable's value is cleared. How long a session lasts depends upon how your customers access your assistant, and how your assistant is configured." *Manage Conversation Information*. *See also Watson Orchestrate Demo* 0:36-1:10: Assistant: "Hi there. Thanks for reaching out. How can I assist you today?" Customer: "I'd like to rebook my flight." Assistant: "Absolutely. I can help with that. I pulled up your account using your phone number. Could you please confirm your date of birth to proceed?" Customer: "Sure, it's April 1st, 1995." |

11

| '681 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | Assistant: "Thanks for confirming. I see you have a flight scheduled for October 17th, and it's eligible for rebooking. What new date are you looking to travel?"<br>Customer: "I'd like to move it to November."<br>Assistant: "Got it. There is a similar flight available on November 1st from LAX to JFK, departing at 11am"<br><br>*See also* limitation 1[a]. |
| **1[c]** accumulating long-term shared knowledge about the user, wherein the long-term shared knowledge includes knowledge about one or more past conversations with the user; | IBM's Watson Assistant "accumulat[es] long-term shared knowledge about the user, wherein the long-term shared knowledge includes knowledge about one or more past conversations with the user."<br><br>For example, IBM's Watson Assistant can accumulate long-term shared knowledge comprising knowledge about one or more past conversations with a user through the use of JSON Web Tokens (JWTs), which allow IBM's Watson Assistant to maintain user-specific data across sessions, including, for example, "[f]ixed user identity information (user ID, role, department)" and "context that remains constant throughout the session." *JWT Context Variables* (discussing persistent user data such as "user_id," "user_role," and "organization_id").<br><br>**Context variables**<br><br>Context variables allow your web application to pass additional information to the embedded web chat and make that information available to the agent runtime for use during message processing. This feature enables more personalized and context-aware interactions by providing the agent with relevant data about the user or the environment. |

12

| '681 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | JWT provides stable identity context ( `user_id` , `user_role` , `organization_id` )<br><br><br><br>*JWT Context Variables.*<br><br>IBM's Watson Assistant also learns from historical interactions: "AI-Driven Learning: Watson continuously learns from real conversations, improving accuracy and intent recognition over time. It uses machine learning to adapt responses based on historical usage patterns and user feedback." *Chatbots Using Watson.*<br><br>"Through generative AI and natural language understanding technologies, watsonx Assistant can learn from customer conversations, continually improving its ability to resolve issues on the first contact, reducing customer wait times and inefficient search experiences." *Watson In-Depth Analysis.* |

13

| '681 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| | IBM's Watson Assistant also accumulates long-term knowledge about users through Autolearning, which "improves the quality of your skill over time. It applies insights that it gains from observing customer interactions to help the skill identify and surface correct answers more often." *Watson Autolearning*. For example, autolearning orders "disambiguation menus according to use or user popularity …. In short, your chatbot learns from interactions between your customers and your assistants." *Watson Autolearning*.<br><br>IBM's Watson Assistant also connects to CRM systems that "store customer profile information so that you can interact with your customers in a more personal way," for example by retrieving user profile data to "personalize the conversation based on who [customers] are." *Watson CRM Extensions*.<br><br>A Watson Phone Demo shows that during a session, Watson Assistant accumulates a user's name—"Brian": |

| '681 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | After the session expires, that information persists, such that when the user later interacts with ABC Bank, the system "remembers" the user and says, "Welcome back Brian": |

*Watson Phone Demo* 0:21-0:23, 1:23-1:46.

*See also Watson Orchestrate Demo* 0:36-1:10:
> Assistant: "Hi there. Thanks for reaching out. How can I assist you today?"
> Customer: "I'd like to rebook my flight."
> Assistant: "Absolutely. I can help with that. I pulled up your account using your phone number. Could you please confirm your date of birth to proceed?"
> Customer: "Sure, it's April 1st, 1995."
> Assistant: "Thanks for confirming. I see you have a flight scheduled for October 17th, and it's eligible for rebooking. What new date are you looking to travel?"
> Customer: "I'd like to move it to November."
> Assistant: "Got it. There is a similar flight available on November 1st from LAX to JFK, departing at 11am"

*See also* limitation 1[b].

15

| '681 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| **1[d]** determining an intended meaning for the utterance, wherein determining the intended meaning for the utterance includes: | IBM's Watson Assistant "determin[es] an intended meaning for the utterance, wherein determining the intended meaning for the utterance includes:" |
| | "Watson Assistant uses AI, machine learning, and NLP (Natural Language Processing) to understand intent, detect context, and provide accurate, human-like responses." *Watson CX Automation*. |
| | "Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey*. |
| | "The artificial intelligence at the core of watsonx Assistant is designed to correctly identify the countless permutations of intent in real-world interactions." *Intent Detection Accuracy*. |
| | "IBM watsonx Assistant uses machine learning and deep learning techniques to understand how to answer end-user questions accurately with relatively small data sets." *Intent Detection Accuracy*. |
| | Watson Virtual Assistant can process "not only the request, but the overall idea. Let's say that you've forgotten your password, and you're trying to log in to the system. Well, you may say, 'Hey, I forgot my password.' Or you might say 'Please reset my password.' Or you may just say 'I can't log in, what do I do?' All three of those things, they are different words but they all mean the same thing …. So, no matter how it's phrased, the AI helps figure out the intent of the request." *Behind the Algorithm* 1:09-1:39. |
| | *See also* limitations 1[e] and 1[f]. |

16

| '681 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| **1[e]** identifying, at a conversational speech engine, a context associated with the utterance from the short-term shared knowledge and the long-term shared knowledge; and | IBM's Watson Assistant "identif[ies], at a conversational speech engine, a context associated with the utterance from the short-term shared knowledge and the long-term shared knowledge."<br><br>For example, the following information shows that IBM's Watson Assistant products and services identity, at conversational speech engines, contexts associated with utterances from short-term shared knowledge and long-term shared knowledge:<br><br>"The IBM watsonx Assistant service combines machine learning, natural language understanding, and an integrated dialog editor to create conversation flows between your apps and your users." *Watson Assistant API*.<br><br>"Watson Assistant uses AI, machine learning, and NLP (Natural Language Processing) to understand intent, detect context, and provide accurate, human-like responses." *Watson CX Automation*.<br><br>"Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey*.<br><br>"Contextual Understanding: Goes beyond keywords to grasp customer intent, mood, and context." *Watson CX Automation*.<br><br>"watsonx Orchestrate will, with upcoming product features, be able to elevate interactions with your AI agents by offering conversations in a natural sounding voice. This new capability |

17

| '681 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| | requires IBM Watson Text to Speech and IBM Watson Speech to Text." *Watson Orchestrate Demo* 0:05-0:20. |
| | "IBM® Voice Gateway enables direct voice interactions over a telephone with a cognitive self-service agent or the ability to transcribe a phone call between a caller and agent so that the conversation can be processed with analytics for real-time agent feedback. Voice Gateway orchestrates Watson services and integrates them with a public or private telephone network by using the Session Initiation Protocol (SIP)." *IBM Voice Gateway*. |
| | "With IBM® watsonx Assistant™, chatbots can be trained on little data to correctly understand the user. They can be enhanced with search capabilities to sift through existing content and provide answers that address questions beyond what was initially programmed by the chatbot conversation designer. IBM watsonx Assistant accelerates the deployment of virtual agents by providing:<br><br>• Improved intent recognition from using large language models (LLMs) and advanced NLP and NLU.<br><br>• Built-in search capabilities.<br><br>• Starter kits or built-in integrations with channels, third-party apps, business systems or contact center as a service platforms, such as Nice CXone."<br><br>*IBM Chatbot Type*. |
| | "IBM watsonx Orchestrate brings your entire agent ecosystem into one control plane—so you can see what's happening, manage how agents work together, and scale what delivers results across your business …. Coordinate agents, tools, and workflows across systems—turning fragmented AI into connected, end-to-end business execution." *Watson Orchestrate*. |
| | "You can specify both a custom language model and a custom acoustic model with any speech recognition request …. Using a custom language model can improve transcription accuracy regardless of whether you trained the custom acoustic model with the custom language model: |

18

| '681 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | • Using both custom language and custom acoustic models during training improves the quality of the custom acoustic model.<br><br>• Using both types of model during speech recognition improves transcription quality."<br><br>*IBM Custom Models.*<br><br>*See also Personalization with Context (annotated):*<br><br> |

19

| '681 Patent ||
| :---: | :---: |
| **Claim** | **IBM's Watson Assistant** |
| | *See Updated Conversational Search*: |

<div style="border:1px solid">

In order to allow for more natural flowing conversation between our users and their assistant, we've released a new beta feature known as contextual awareness or multi-turn conversational search. This enhancement to our existing conversational search capabilities will enable a user to now ask followup questions that would be ambiguously unsearchable without first taking into account what was said previously.

Take, for example, the following hypothetical conversation of a user trying to come up with travel plans:

- **User:** What is the largest park in Montana?

- **Assistant:** Glacier National Park is the largest park in Montana, covering about one million acres of land.

- **User:** When did it open?

Now with contextual awareness enabled, rather than querying the search provider with "When did it open?," it will infer the query you meant to search on was "When did Glacier National Park open?". This inferred query will be more likely to generate useful search results and produce a meaningful answer because the ambiguous word "it" was replaced with the location Glacier National Park mentioned in the assistant's previous answer.

</div>

*See also* limitations 1[b] and 1[c].

| ’681 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| **1[f]** establishing the intended meaning within the identified context, wherein the conversational speech engine establishes the intended meaning within the identified context to disambiguate an intent that the user had in speaking the one or more words that have the different meanings in the different contexts; and | IBM's Watson Assistant "establish[es] the intended meaning within the identified context, wherein the conversational speech engine establishes the intended meaning within the identified context to disambiguate an intent that the user had in speaking the one or more words that have the different meanings in the different contexts." <br><br> For example, the following information shows that IBM's Watson Assistant products and services, including through their conversational speech engines, establish intended meanings within identified contexts to disambiguate user intents: <br><br> "Watson Assistant uses AI, machine learning, and NLP (Natural Language Processing) to understand intent, detect context, and provide accurate, human-like responses." *Watson CX Automation*. <br><br> Watson Assistant's "Contextual Understanding: Goes beyond keywords to grasp customer intent, mood, and context." *Watson CX Automation*. <br><br> *See Watson Conversational Flow*: <br><br> |

*See Updated Conversational Search*:

> Take, for example, the following hypothetical conversation of a user trying to come up with travel plans:
>
> - **User:** What is the largest park in Montana?
>
> - **Assistant:** Glacier National Park is the largest park in Montana, covering about one million acres of land.
>
> - **User:** When did it open?
>
> Now with contextual awareness enabled, rather than querying the search provider with "When did it open?," it will infer the query you meant to search on was "When did Glacier National Park open?". This inferred query will be more likely to generate useful search results and produce a meaningful answer because the ambiguous word "it" was replaced with the location Glacier National Park mentioned in the assistant's previous answer.

"The artificial intelligence at the core of watsonx Assistant is designed to correctly identify the countless permutations of intent in real-world interactions." *Intent Detection Accuracy*.

"IBM watsonx Assistant uses machine learning and deep learning techniques to understand how to answer end-user questions accurately with relatively small data sets." *Intent Detection Accuracy*.

*See Watson Disambiguation*:

> Disambiguation became available on all Watson Assistant plan types on 26 November 2019. By now we all know the prime aim of a chatbot is to act as a conversational interface, simulating the conversations we have as humans.

22

| '681 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | "There are several other AI algorithms underneath other Watson Assistant features like intent recommendations, user-example recommendations, entity recommendations, and intent disambiguation that provide powerful options for subject matter experts." *NLU Under the Hood*.<br><br>IBM's Watson Assistant detects and disambiguates multiple possible intents from ambiguous utterances:<br><br>If the user says `i must cancel it today`, then the following intents might be detected in the input:<br><br>`[`<br>`{"intent":"Customer_Care_Cancel_Account","confidence":0.5602024316787719},`<br><br>`{"intent":"eCommerce_Cancel_Product_Order","confidence":0.46903514862060547},`<br>`{"intent":"Customer_Care_Appointments","confidence":0.29033891558647157},`<br>`{"intent":"General_Greetings","confidence":0.2894785046577454},`<br><br>*Watson Conversational Flow*.<br><br>"In Watson Assistant, there is an established notion that each time the dialog returns a response and waits for user input, the dialog stores the ID of the node where the conversation must resume. This node is called the contextual node." Watson uses this contextual state to determine the interpretation of subsequent user inputs. *Build A Rule-based Chatbot*.<br><br>Watson Virtual Assistant can process "not only the request, but the overall idea. Let's say that you've forgotten your password, and you're trying to log in to the system. Well, you may say, 'Hey, I forgot my password.' Or you might say 'Please reset my password.' Or you may just say 'I can't log in, what do I do?' All three of those things, they are different words but they all mean the same thing …. So, no matter how it's phrased, the AI helps figure out the intent of the request." *Behind the Algorithm* 1:09-1:39.<br><br>"Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural |

23

| '681 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
|  | human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey*.<br><br>*See also Watson Orchestrate Demo* 1:40-1:56:<br><br> Customer: "My flight from Paris to New York last week was delayed. I'd like to claim compensation."<br> Assistant: "I'm sorry to hear about that delay. I've located a flight in our system matching your description. AB 1234. Could you please confirm if that's the correct flight?"<br> Customer: "Yes, that's the one."<br>. . . (Assistant then proceeds with flight AB 1234) . . .<br><br>*See also* limitation 1[e]. |
| **1[g]** generating a response to the utterance, wherein the conversational speech engine grammatically or syntactically adapts the response based on the intended meaning established within the identified context. | IBM's Watson Assistant "generat[es] a response to the utterance, wherein the conversational speech engine grammatically or syntactically adapts the response based on the intended meaning established within the identified context."<br><br>For example:<br><br>"Once the retrieval is done and the search results have been organized in order of relevancy, the information is passed along to an LLM — in this case the IBM model Granite — to synthesize and generate a conversational answer grounded in that content. This answer is provided with traceability so businesses and their users can see the source of the answer. The result: A trusted contextual response based on your company's content." *Watson Conversational Search Blog*. |

24

*See Watson Conversational Flow*:



*See Updated Conversational Search*:

> Take, for example, the following hypothetical conversation of a user trying to come up with travel plans:
>
> - **User:** What is the largest park in Montana?
>
> - **Assistant:** Glacier National Park is the largest park in Montana, covering about one million acres of land.
>
> - **User:** When did it open?
>
> Now with contextual awareness enabled, rather than querying the search provider with "When did it open?," it will infer the query you meant to search on was "When did Glacier National Park open?". This inferred query will be more likely to generate useful search results and produce a meaningful answer because the ambiguous word "it" was replaced with the location Glacier National Park mentioned in the assistant's previous answer.

25

*Watson Phone Demo* 0:12-0:20:



IBM's Watson Assistant allows users to "create domain-specific models to recognize industry jargon, unique phrases, and regional accents. This customization ensures higher accuracy for niche use cases." *Speech Recognition Checklist.*

"When a user asks an assistant a question, watsonx Assistant first determines how to help the user – whether to trigger a prebuilt conversation, conversational search, or escalate to a human agent …. We also offer 'trigger words' to automatically escalate to a human agent if certain topics are recognized to ensure conversational search is not used." *Watson Conversational Search Blog.*

"Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use

26

| '681 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| | of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey*.<br><br>*See also* limitations 1[e] and 1[f]. |