# EXHIBIT K

**Exhibit K**

**U.S. Patent No. 10,510,341**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '341 patent based on VoiceBox's investigation to date. VoiceBox reserves the right to provide modified and more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations and any applicable scheduling order. This chart uses "IBM's Watson Assistant" to refer to the full scope of the Accused IBM Products identified in the complaint, including because, on information and belief, the interactive voice recognition features of IBM's Watson Assistant, including Watson Assistant software and software modules, are used in and form the bases and are representative of the interactive voice recognition features of each of the accused instrumentalities.[1]

**Exemplary information relevant to infringement:**

1. "How to Build AI-Powered Chatbots Using Watson Assistant," https://nexright.com/build-ai-chatbots-using-watson-assistant/ (Chatbots Using Watson)

2. "Introducing Watson Assistant for Voice Interaction," https://medium.com/ibm-watson/introducing-watson-assistant-for-voice-interaction-e64d04656fde (Introducing WAVI)

3. "IBM Watson Assistant Actions Now With Improved Management," https://cobusgreyling.medium.com/ibm-watson-assistant-actions-now-with-improved-management-5b090fbf076c (Watson With Improved Management)

4. "Chatbots, Disambiguation & IBM Watson Assistant Actions," https://cobusgreyling.medium.com/chatbots-disambiguation-ibm-watson-assistant-actions-2f865bda8090 (Watson Disambiguation)

---

[1] *See, e.g.*, https://github.com/ibm-cloud-docs (presenting, among other things, information about software, software modules, and service architectures relating to IBM speech-to-text and natural language processing); *WASdev/sample.voice.gateway*, https://github.com/WASdev/sample.voice.gateway ("IBM® Voice Gateway provides a Session Initiation Protocol (SIP) endpoint that orchestrates IBM® Watson™ speech and conversation services to enable a cognitive agent that communicates with a caller using natural language. The voice gateway makes it possible to integrate a public or enterprise telephony system with Watson, enabling direct voice interactions with a cognitive self-service agent …."); *IBM/voice-gateway-on-icp*, https://github.com/IBM/voice-gateway-on-icp ("Voice Gateway calls Watson Speech to Text to transcribe user input. [] Based on user input, certain flows in Watson Assistant will be triggered. [] Any results from Watson Assistant will be transmitted back to the Voice Gateway service via Watson Text to Speech."); *Managing voice configuration – IBM watsonx Orchestrate ADK*, https://developer.watson-orchestrate.ibm.com/voice/managing_voice (invoking Watson speech recognition-related URLs).

1

5. "watsonx Assistant improves intent detection accuracy, leads against AI vendors cited in published study," https://www.ibm.com/new/product-blog/watson-assistant-improves-intent-detection-accuracy-leads-against-ai-vendors-cited-in-published-study (Intent Detection Accuracy)

6. "watsonx Assistant v2 | IBM Cloud API Docs," https://cloud.ibm.com/apidocs/assistant-v2 (Watson Assistant API)

7. "Build a Rule-based Chatbot Using IBM Watson Assistant," https://technologyrivers.com/blog/how-to-build-a-chatbot-using-ibm-watson-assistant/ (Build A Rule-based Chatbot)

8. "Real-World Use Cases of IBM Watson Assistant in Customer Experience Automation," https://nexright.com/ibm-watson-assistant-customer-experience-automation/ (Watson CX Automation)

9. "In-depth Analysis of IBM watsonx Assistant: A Conversational AI," https://www.communeify.com/en/blog/what-is-ibm-watsonx-assistant/ (Watson In-Depth Analysis)

10. "Context variables - IBM watsonx Orchestrate ADK," https://developer.watson-orchestrate.ibm.com/webchat/context_variables (JWT Context Variables)

11. "Extending Watson Assistant: connecting to CRM systems," https://medium.com/ibm-watson/extending-watson-assistant-part-1-connecting-to-crm-systems-80deda33a68e (Watson CRM Extensions)

12. "IBM Watson Assistant phone integration demo," https://mediacenter.ibm.com/media/IBM+Watson+Assistant+phone+integration+demo/1_2on13mix/145340842 (Watson Phone Demo)

13. "Behind the Algorithm – IBM Watson Assistant Explained," https://www.youtube.com/watch?v=cTSIkGX3NfI (Behind the Algorithm)

14. "Integration Variables," https://www.ibm.com/docs/en/watsonx/watson-orchestrate/base?topic=reference-integration-variables (Integration Variables)

15. "Personalizing the dialog with context," https://cloud.ibm.com/docs/watson-assistant?topic=watson-assistant-dialog-runtime-context#dialog-runtime-context-update (Personalization with Context)

16. "Controlling the conversational flow," https://cloud.ibm.com/docs/watson-assistant?topic=watson-assistant-dialog-runtime (Watson Conversational Flow)

17. "IBM watsonx Assistant: Driving generative AI innovation with conversational search," https://www.ibm.com/new/product-blog/ibm-watsonx-assistant-driving-generative-ai-innovation-with-conversational-search (Watson Conversational Search Blog)

18. "Updated conversational search for IBM assistants," https://medium.com/ibm-watson/updated-conversational-search-for-ibm-assistants-d8250c06f1b6 (Updated Conversational Search)

19. "Class AssistantV2" https://watson-developer-cloud.github.io/node-sdk/master/classes/assistantv2.html (Class AssistantV2)

20. "Overcoming Watson Assistant's 30-Second Timeout with Middleware," https://medium.com/hacking-into-ai-with-ibm-watsonx/overcoming-watson-assistants-30-second-timeout-with-middleware-c0005969b708 (30 Second Timeout)

21. "IntelePeer: Watson Assistant," https://docs.intelepeer.com/atmosphere/Content/Atmosphere-SmartFlows/Actions/IBM-Watson-Assistant.htm (Watson Assistant Session Timeout)

22. "Using variables to manage conversation information," https://cloud.ibm.com/docs/watson-assistant?topic=watson-assistant-manage-info (Manage Conversation Information)

23. "Now With IBM Watson Assistant Your Chatbot Can Learn Automatically," https://cobusgreyling.medium.com/now-with-ibm-watson-assistant-your-chatbot-can-learn-automatically-200bbd525b80 (Watson Autolearning)

24. "Under the hood: all the natural language understanding technology that makes Watson Assistant powerful," https://medium.com/ibm-watson/under-the-hood-all-the-natural-language-understanding-technology-that-makes-watson-assistant-fb8aaaca2f16 (NLU Under the Hood)

25. Avinash Kumar et al., *A Survey on IBM Watson and Its Services*, J. PHYS.: CONF. SER. 2273 012022, 1-2 (2022), *available at* https://iopscience.iop.org/article/10.1088/1742-6596/2273/1/012022/pdf (IBM Watson Survey)

26. "IBM watsonx Orchestrate: AI agents with natural-voice capabilities—Coming soon (3:49 min)" https://www.ibm.com/products/watsonx-orchestrate/ai-agent-for-customer-service (Watson Orchestrate Demo)

27. "Checklist for Implementing IBM Watson Speech Recognition," https://nexright.com/ibm-watson-speech-recognition-implementation-checklist/ (Speech Recognition Checklist)

| '341 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| **1[pre]** A computer-implemented method of facilitating natural language system responses utilizing accumulated short-term and long-term knowledge, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method, the method comprising: | IBM's Watson Assistant performs "a computer-implemented method of facilitating natural language system responses utilizing accumulated short-term and long-term knowledge, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method, the method comprising:" <br><br> For example, as the following information shows, IBM's Watson Assistant products and services perform a computer-implemented method of facilitating natural language system responses utilizing accumulated short-term and long-term knowledge, including with one or more physical processors executing computer program instructions to perform the method: <br><br> "IBM Watson Assistant is a powerful enterprise-grade conversational AI platform that enables organizations to create intelligent virtual agents capable of handling customer interactions, support tasks, and operational workflows with natural language." *Chatbots Using Watson.* <br><br> "The platform is cloud-native and built on the scalable, secure IBM Cloud, but it also supports hybrid and multi-cloud deployments through IBM Cloud Pak for Data and the Watsonx ecosystem." *Chatbots Using Watson.* <br><br> "The IBM watsonx Assistant service combines machine learning, natural language understanding, and an integrated dialog editor to create conversation flows between your apps and your users." *Watson Assistant API.* <br><br> "This solution brings Watson Assistant's AI capabilities into call centers, allowing end-users to talk to Watson over the phone." *Introducing WAVI.* |

4

| '341 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| |  Today I am happy to announce the availability of Watson Assistant for Voice Interaction. This solution brings Watson Assistant's AI capabilities into call centers, allowing end-users to talk to Watson over the phone. *Introducing WAVI.* |

*See also Watson Phone Demo* 0:12-0:20:

 

 

6

| ’341 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | *See also Watson Orchestrate Demo* 0:37:<br><br><br><br>*See also* limitations 1[a]-1[c] (addressing short- and long-term knowledge). |

7

| '341 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| **1[a]** accumulating, by the computer system, short-term knowledge based on one or more natural language utterances received during a predetermined time period; | IBM's Watson Assistant "accumulat[es], by the computer system, short-term knowledge based on one or more natural language utterances received during a predetermined time period."<br><br>For example, as the following information shows, IBM's Watson Assistant can accumulate short-term knowledge based on one or more natural language utterances received during a predetermined time period through at least the use of session and context variables:<br><br>A context variable is "[c]ontext data for the conversation. You can use this property to set or modify context variables, which can also be accessed by dialog nodes. The context is stored by the assistant on a per-session basis." *Watson Assistant API*.<br><br>"A session variable is a variable that you can set and use across all actions. A session variable exists for the duration of a single session." *Watson With Improved Management*.<br><br>"Session variables can help you to modularize your assistant because you can write a single action that collects information that is needed in multiple places. For example, you might have a greeting action that collects basic information about the customer and stores the responses in session variables, which any action can then access …. A session variable that you create persists only during a single session. At the end of the session, the variable's value is cleared. How long a session lasts depends upon how your customers access your assistant, and how your assistant is configured." *Manage Conversation Information*.<br><br>*See also Watson Orchestrate Demo* 0:36-1:10:<br>    Assistant: "Hi there. Thanks for reaching out. How can I assist you today?"<br>    Customer: "I'd like to rebook my flight."<br>    Assistant: "Absolutely. I can help with that. I pulled up your account using your phone number. Could you please confirm your date of birth to proceed?"<br>    Customer: "Sure, it's April 1st, 1995."<br>    Assistant: "Thanks for confirming. I see you have a flight scheduled for October 17th, and it's eligible for rebooking. What new date are you looking to travel?"<br>    Customer: "I'd like to move it to November." |

8

| '341 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | Assistant: "Got it. There is a similar flight available on November 1st from LAX to JFK, departing at 11am" <br><br> *See also Integration Variables*, discussing "voice_telephony" setup: <br><br> ```json "voice_telephony" : {   "post_response_timeout_count":10000,   "final_utterance_timeout_count":30000,   "turn_settings": {     "timeout_count": 5000   },   "cdr_custom_data" : {     "custom_data_1": "data 1",     "custom_data_2": "data 2"   } } ``` <br><br> The "post_response_timeout_count" is a "time (in milliseconds) to wait for a new utterance after the last response is played. If no utterance is received before the timeout occurs, the phone integration sends a message to the assistant that includes the post_response_timeout_occurred variable set to true." *Integration Variables*. <br><br> "When developing applications with IBM's Watsonx Assistant, you may encounter the 30-second timeout limitation for API calls. This built-in restriction ensures that the service remains responsive." *30 Second Timeout*. |
| **1[b]** expiring, by the computer system, one or more items of short-term knowledge that are based on one or more natural language | IBM's Watson Assistant "expir[es], by the computer system, one or more items of short-term knowledge that are based on one or more natural language utterances received prior to the predetermined time period." <br><br> For example, IBM's Watson Assistant can expire one or more items of session-based short-term knowledge when a session ends: "A session variable is a variable that you can set and use across all |

9

| '341 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| utterances received prior to the predetermined time period; | actions. A session variable exists for the duration of a single session." *Watson With Improved Management*; *see also Watson Assistant Session Timeout* ("After this time, the session resets."); *Class AssistantV2* ("Send user input to an assistant and receive a response, with conversation state (including context data) stored by Watson Assistant for the duration of the session."). <br><br> *See also* limitation 1[a]. |
| **1[c]** accumulating, by the computer system, long-term knowledge based on one or more natural language utterances received prior to the predetermined time period, wherein the long-term knowledge includes at least one of the one or more expired items of short-term knowledge; | IBM's Watson Assistant "accumulat[es], by the computer system, long-term knowledge based on one or more natural language utterances received prior to the predetermined time period, wherein the long-term knowledge includes at least one of the one or more expired items of short-term knowledge." <br><br> For example, IBM's Watson Assistant can accumulate long-term knowledge based on one or more natural language utterances received prior to the predetermined time period comprising at least one of the one or more expired items of short-term knowledge through the use of JSON Web Tokens (JWTs), which allow IBM's Watson Assistant to maintain user-specific data across sessions, including, for example, "[f]ixed user identity information (user ID, role, department)" and "context that remains constant throughout the session." *JWT Context Variables* (discussing persistent user data such as "user_id," "user_role," and "organization_id"). <br><br> **Context variables** <br><br> Context variables allow your web application to pass additional information to the embedded web chat and make that information available to the agent runtime for use during message processing. This feature enables more personalized and context-aware interactions by providing the agent with relevant data about the user or the environment. |

10

| '341 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| | |

- JWT provides stable identity context ( `user_id` , `user_role` , `organization_id` )

| Aspect | JWT Token | Instance Method (pre:send) |
| --- | --- | --- |
| Security | Requires a signed token | Works with or without token |
| Use case | Stable, identity-related context | Dynamic, frequently changing context |
| Update frequency | Fixed until the token expires | Can change per message |
| Examples | User ID, role, organization | Current page, form inputs, selections |
| Precedence | Higher - JWT values override instance method values | Lower - overridden by JWT if same variable name |
| Best for | Authentication, permissions, fixed identity | User interactions, session state, dynamic data |

*JWT Context Variables*.

IBM's Watson Assistant also learns from historical interactions: "AI-Driven Learning: Watson continuously learns from real conversations, improving accuracy and intent recognition over time. It uses machine learning to adapt responses based on historical usage patterns and user feedback." *Chatbots Using Watson*.

"Through generative AI and natural language understanding technologies, the Assistant learns from customer conversations, continually enhancing its ability to resolve issues on the first contact, reducing customer wait times and inefficient search experiences." *Watson In-Depth Analysis*.

IBM's Watson Assistant also accumulates long-term knowledge about users through Autolearning, which "improves the quality of your skill over time. It applies insights that it gains from observing

11

| '341 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| | customer interactions to help the skill identify and surface correct answers more often." *Watson Autolearning*. For example, autolearning orders "disambiguation menus according to use or user popularity …. In short, your chatbot learns from interactions between your customers and your assistants." *Watson Autolearning*.<br><br>IBM's Watson Assistant also connects to CRM systems that "store customer profile information so that you can interact with your customers in a more personal way," for example by retrieving user profile data to "personalize the conversation based on who [customers] are." *Watson CRM Extensions*.<br><br>A Watson Phone Demo shows that during a session, Watson Assistant accumulates a user's name— "Brian":<br><br> |

| '341 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | After the session expires, that information persists, such that when the user later interacts with ABC Bank, the system "remembers" the user and says, "Welcome back Brian": <br><br> <br><br> *Watson Phone Demo* 0:21-0:23, 1:23-1:46. <br><br> *See also Watson Orchestrate Demo* 0:36-1:10: <br> Assistant: "Hi there. Thanks for reaching out. How can I assist you today?" <br> Customer: "I'd like to rebook my flight." <br> Assistant: "Absolutely. I can help with that. I pulled up your account using your phone number. Could you please confirm your date of birth to proceed?" <br> Customer: "Sure, it's April 1st, 1995." <br> Assistant: "Thanks for confirming. I see you have a flight scheduled for October 17th, and it's eligible for rebooking. What new date are you looking to travel?" <br> Customer: "I'd like to move it to November." <br> Assistant: "Got it. There is a similar flight available on November 1st from LAX to JFK, departing at 11am" <br><br> *See also* limitations 1[a] and 1[b]. |

13

| '341 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| **1[d]** receiving, at the computer system, a first natural language utterance via an input device; | IBM's Watson Assistant "receiv[es], at the computer system, a first natural language utterance via an input device." <br><br> For example: <br><br> "The IBM watsonx Assistant service combines machine learning, natural language understanding, and an integrated dialog editor to create conversation flows between your apps and your users." *Watson Assistant API.* <br><br> "IBM Watson Assistant is a conversational AI platform built to help businesses create intelligent virtual agents capable of understanding natural language, automating repetitive tasks, and improving customer engagement." *Watson CX Automation.* <br><br> "By learning from customer conversations, Watson Assistant automatically improves its ability to resolve issues the first time. Watson Assistant uses natural language understanding (NLU) to understand colloquial speech patterns." *Build A Rule-based Chatbot.* <br><br> "The artificial intelligence at the core of watsonx Assistant is designed to correctly identify the countless permutations of intent in real-world interactions." *Intent Detection Accuracy.* |

14

*See also Watson Conversational Flow*:



*See also Intent Detection Accuracy*:

Consider the various ways customers can express their problem:

- "I can't log in"
- "My password doesn't work"
- "Forgot password"

The AI technology has to understand that the intent behind these sentences (and infinite variations of wording and misspellings) is getting help resetting the password. Even for a basic intent like this, it takes complex natural language processing (NLP) and classification techniques to get it right. Now imagine the complexity when trying to set up a system to help with, say, mortgage applications.

"Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates

| '341 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey*. |
| | *See also* limitations 1[a]-1[c]. |
| **1[e]** determining, by the computer system, based on the short-term knowledge and the long-term knowledge, a first context for the first natural language utterance; | IBM's Watson Assistant "determin[es], by the computer system, based on the short-term knowledge and the long-term knowledge, a first context for the first natural language utterance." |
| | For example, the following information shows that IBM's Watson Assistant products and services determine contexts for the first natural language utterance based on the short-term knowledge and the long-term knowledge: |
| | "The IBM watsonx Assistant service combines machine learning, natural language understanding, and an integrated dialog editor to create conversation flows between your apps and your users." *Watson Assistant API*. |
| | "Watson Assistant uses AI, machine learning, and NLP (Natural Language Processing) to understand intent, detect context, and provide accurate, human-like responses." *Watson CX Automation*. |
| | "Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey*. |
| | "Contextual Understanding: Goes beyond keywords to grasp customer intent, mood, and context." *Watson CX Automation*. |
| | *See also Personalization with Context (annotated)*: |

| '341 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| |

*See Updated Conversational Search*, discussing a "contextual awareness" feature:

In order to allow for more natural flowing conversation between our users and their assistant, we've released a new beta feature known as contextual awareness or multi-turn conversational search. This enhancement to our existing conversational search capabilities will enable a user to now ask followup questions that would be ambiguously unsearchable without first taking into account what was said previously.

Take, for example, the following hypothetical conversation of a user trying to come up with travel plans:

- **User:** What is the largest park in Montana?
- **Assistant:** Glacier National Park is the largest park in Montana, covering about one million acres of land.
- **User:** When did it open?

Now with contextual awareness enabled, rather than querying the search provider with "When did it open?," it will infer the query you meant to search on was "When did Glacier National Park open?". This inferred query will be more likely to generate useful search results and produce a meaningful answer because the ambiguous word "it" was replaced with the location Glacier National Park mentioned in the assistant's previous answer.

*See also* limitations 1[a]-1[d]. |

| '341 Patent ||
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| **1[f]** determining, by the computer system, based on the first context, an interpretation of the first natural language utterance; and | IBM's Watson Assistant "determin[es], by the computer system, based on the first context, an interpretation of the first natural language utterance." <br><br> For example: <br><br> "Watson Assistant uses AI, machine learning, and NLP (Natural Language Processing) to understand intent, detect context, and provide accurate, human-like responses." *Watson CX Automation.* <br><br> Watson Assistant's "Contextual Understanding: Goes beyond keywords to grasp customer intent, mood, and context." *Watson CX Automation.* <br><br> *See Watson Conversational Flow*: <br><br> |

*See Updated Conversational Search*:

Take, for example, the following hypothetical conversation of a user trying to come up with travel plans:

- **User:** What is the largest park in Montana?

- **Assistant:** Glacier National Park is the largest park in Montana, covering about one million acres of land.

- **User:** When did it open?

Now with contextual awareness enabled, rather than querying the search provider with "When did it open?," it will infer the query you meant to search on was "When did Glacier National Park open?". This inferred query will be more likely to generate useful search results and produce a meaningful answer because the ambiguous word "it" was replaced with the location Glacier National Park mentioned in the assistant's previous answer.

"The artificial intelligence at the core of watsonx Assistant is designed to correctly identify the countless permutations of intent in real-world interactions." *Intent Detection Accuracy*.

"IBM watsonx Assistant uses machine learning and deep learning techniques to understand how to answer end-user questions accurately with relatively small data sets." *Intent Detection Accuracy*.

*See Watson Disambiguation*:

Disambiguation became available on all Watson Assistant plan types on 26 November 2019. By now we all know the prime aim of a chatbot is to act as a conversational interface, simulating the conversations we have as humans.

"There are several other AI algorithms underneath other Watson Assistant features like intent recommendations, user-example recommendations, entity recommendations, and intent disambiguation that provide powerful options for subject matter experts." *NLU Under the Hood*.

| '341 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | If the user says `i must cancel it today`, then the following intents might be detected in the input:<br><br>`[`<br>`    {"intent":"Customer_Care_Cancel_Account","confidence":0.5602024316787719},`<br><br>`  {"intent":"eCommerce_Cancel_Product_Order","confidence":0.46903514862060547},`<br>`    {"intent":"Customer_Care_Appointments","confidence":0.29033891558647157},`<br>`    {"intent":"General_Greetings","confidence":0.2894785046577454},`<br><br>*Watson Conversational Flow.*<br><br>"In Watson Assistant, there is an established notion that each time the dialog returns a response and waits for user input, the dialog stores the ID of the node where the conversation must resume. This node is called the contextual node." Watson uses this contextual state to determine the interpretation of subsequent user inputs. *Build A Rule-based Chatbot.*<br><br>Watson Virtual Assistant can process "not only the request, but the overall idea. Let's say that you've forgotten your password, and you're trying to log in to the system. Well, you may say, 'Hey I forgot my password.' Or you might say 'Please reset my password.' Or you may just say 'I can't log in, what do I do?' All three of those things, they are different words but they all mean the same thing …. So, no matter how it's phrased, the AI helps figure out the intent of the request." *Behind the Algorithm* 1:09-1:39.<br><br>"Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates |

| '341 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey*. *See also Watson Orchestrate Demo* 1:40-1:56: <br><br> Customer: "My flight from Paris to New York last week was delayed. I'd like to claim compensation." <br> Assistant: "I'm sorry to hear about that delay. I've located a flight in our system matching your description. AB 1234. Could you please confirm if that's the correct flight?" <br> Customer: "Yes, that's the one." <br> . . . (Assistant then proceeds with flight AB 1234) . . . <br><br> *See also* limitation 1[e]. |
| **1[g]** generating, by the computer system, a first response to the first natural language utterance based on the interpretation. | IBM's Watson Assistant "generat[es], by the computer system, a first response to the first natural language utterance based on the interpretation." <br><br> For example: <br><br> "Once the retrieval is done and the search results have been organized in order of relevancy, the information is passed along to an LLM — in this case the IBM model Granite — to synthesize and generate a conversational answer grounded in that content. This answer is provided with traceability so businesses and their users can see the source of the answer. The result: A trusted contextual response based on your company's content." *Watson Conversational Search Blog*. |

*See Watson Conversational Flow*:



*See Updated Conversational Search*:

> Take, for example, the following hypothetical conversation of a user trying to come up with travel plans:
>
> - **User:** What is the largest park in Montana?
>
> - **Assistant:** Glacier National Park is the largest park in Montana, covering about one million acres of land.
>
> - **User:** When did it open?
>
> Now with contextual awareness enabled, rather than querying the search provider with "When did it open?," it will infer the query you meant to search on was "When did Glacier National Park open?". This inferred query will be more likely to generate useful search results and produce a meaningful answer because the ambiguous word "it" was replaced with the location Glacier National Park mentioned in the assistant's previous answer.

*Watson Phone Demo* 0:12-0:20:



IBM's Watson Assistant allows users to "create domain-specific models to recognize industry jargon, unique phrases, and regional accents. This customization ensures higher accuracy for niche use cases." *Speech Recognition Checklist*.

"When a user asks an assistant a question, watsonx Assistant first determines how to help the user – whether to trigger a prebuilt conversation, conversational search, or escalate to a human agent …. We also offer 'trigger words' to automatically escalate to a human agent if certain topics are recognized to ensure conversational search is not used." *Watson Conversational Search Blog*.

"Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion,

23

| '341 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey*.<br><br>*See also* limitations 1[e]-1[f]. |