# EXHIBIT M

**Exhibit M**

**U.S. Patent No. 7,818,176**

The following chart provides exemplary infringement allegations with respect to exemplary claims of the '176 patent based on VoiceBox's investigation to date. VoiceBox reserves the right to provide modified and more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations and any applicable scheduling order. This chart uses "IBM's Watson Assistant" to refer to the full scope of the Accused IBM Products identified in the complaint, including because, on information and belief, the interactive voice recognition features of IBM's Watson Assistant, including Watson Assistant software and software modules, are used in and form the bases and are representative of the interactive voice recognition features of each of the accused instrumentalities.[1]

**Exemplary information relevant to infringement:**

1. "How to Build AI-Powered Chatbots Using Watson Assistant," https://nexright.com/build-ai-chatbots-using-watson-assistant/ (Chatbots Using Watson)

2. "Introducing Watson Assistant for Voice Interaction," https://medium.com/ibm-watson/introducing-watson-assistant-for-voice-interaction-e64d04656fde (Introducing WAVI)

3. "watsonx Assistant v2 | IBM Cloud API Docs," https://cloud.ibm.com/apidocs/assistant-v2 (Watson Assistant API)

4. "Build a Rule-based Chatbot Using IBM Watson Assistant," https://technologyrivers.com/blog/how-to-build-a-chatbot-using-ibm-watson-assistant/ (Build A Rule-based Chatbot)

---

[1] *See, e.g.*, https://github.com/ibm-cloud-docs (presenting, among other things, information about software, software modules, and service architectures relating to IBM speech-to-text and natural language processing); *WASdev/sample.voice.gateway*, https://github.com/WASdev/sample.voice.gateway ("IBM® Voice Gateway provides a Session Initiation Protocol (SIP) endpoint that orchestrates IBM® Watson™ speech and conversation services to enable a cognitive agent that communicates with a caller using natural language. The voice gateway makes it possible to integrate a public or enterprise telephony system with Watson, enabling direct voice interactions with a cognitive self-service agent …."); *IBM/voice-gateway-on-icp*, https://github.com/IBM/voice-gateway-on-icp ("Voice Gateway calls Watson Speech to Text to transcribe user input. [] Based on user input, certain flows in Watson Assistant will be triggered. [] Any results from Watson Assistant will be transmitted back to the Voice Gateway service via Watson Text to Speech."); *Managing voice configuration – IBM watsonx Orchestrate ADK*, https://developer.watson-orchestrate.ibm.com/voice/managing_voice (invoking Watson speech recognition-related URLs).

1

5. "Real-World Use Cases of IBM Watson Assistant in Customer Experience Automation," https://nexright.com/ibm-watson-assistant-customer-experience-automation/ (Watson CX Automation)

6. "IBM Watson Assistant phone integration demo," https://mediacenter.ibm.com/media/IBM+Watson+Assistant+phone+integration+demo/1_2on13mix/145340842 (Watson Phone Demo)

7. "How AI-powered chatbots are transforming marketing and sales operations," https://www.ibm.com/think/topics/chatbots-for-sales-marketing (Watson Marketing Chatbots)

8. "Watson Speech Services," https://www.ibm.com/docs/en/software-hub/5.4.x?topic=services-watson-speech (Speech Services)

9. "Personalizing the dialog with context," https://cloud.ibm.com/docs/watson-assistant?topic=watson-assistant-dialog-runtime-context#dialog-runtime-context-update (Personalization with Context)

10. "About Speech to Text," https://cloud.ibm.com/docs/speech-to-text?topic=speech-to-text-about (Watson Speech to Text)

11. "Using a grammar for speech recognition," https://cloud.ibm.com/docs/speech-to-text?topic=speech-to-text-grammarUse (Watson Grammar for Speech)

12. "Working with corpora and custom words for previous-generation models," https://cloud.ibm.com/docs/speech-to-text?topic=speech-to-text-corporaWords (Watson Grammar Model)

13. "Speech to Text: Hints Parameter," https://cloud.ibm.com/docs/speech-to-text?topic=speech-to-text-hints-parameter (Watson Hints Parameter)

14. "Integrate Watson Assistant With Just About Anything," https://medium.com/ibm-watson/integrate-watson-assistant-with-just-about-anything-695bc1d29875 (Integrate Watson Assistant)

15. "Watson Speech to Text: Interim results and low latency," https://cloud.ibm.com/docs/speech-to-text?topic=speech-to-text-interim (Interim Result)

16. "Controlling the conversational flow," https://cloud.ibm.com/docs/watson-assistant?topic=watson-assistant-dialog-runtime (Watson Conversational Flow)

17. "6 types of chatbots and how to choose the right one for your business," https://www.ibm.com/think/topics/chatbot-types (IBM Chatbot Type)

18. Avinash Kumar et al., *A Survey on IBM Watson and Its Services*, J. Phys.: Conf. Ser. 2273 012022, 1-2 (2022), *available at* https://iopscience.iop.org/article/10.1088/1742-6596/2273/1/012022/pdf (IBM Watson Survey)

2

19. Gabi Zodik, *How A.I. Assistants Will Transform Your Business*, IBM Research – Haifa (2018), *available at* https://www.swissre.com/dam/jcr:01fdb0cb-28d1-4ced-b8f6-5023c011598e/AI_everywhere_Presentation+Gabi+Zodik_Breakout.pdf (Transform Your Business)

20. *Toyota Prius Prime Embraces Cognitive Ads*, IBM, https://www.ibm.com/case-studies/toyota-prius-prime-watson-advertising (Toyota and Watson Advertising)

21. Brian Hull, *Project 03*, Brian Hull Design, https://www.brianhull.design/project03 (Project 03)

22. *Snap Inc. & Factual Partner with The Weather Company; Toyota to Use Watson Ads*, ExchangeWire (June 20, 2017), https://www.exchangewire.com/blog/2017/06/20/snap-inc-factual-partner-weather-company-toyota-use-watson-ads/ (Toyota to Use Watson Ads)

23. Vimeo, https://player.vimeo.com/video/531346690 (IBM Watson Ads for the Toyota Prius Prime)

24. "Updated conversational search for IBM assistants," https://medium.com/ibm-watson/updated-conversational-search-for-ibm-assistants-d8250c06f1b6 (Updated Conversational Search)

25. "What is speech to text?" https://www.ibm.com/think/topics/speech-to-text (What Is Speech to Text)

26. "Understanding phonetic symbols," https://cloud.ibm.com/docs/text-to-speech?topic=text-to-speech-symbols (Understanding Phonetic Symbols)

27. "SSML elements," https://cloud.ibm.com/docs/text-to-speech?topic=text-to-speech-elements#phoneme_element (SSML Elements)

28. "watsonx Orchestrate," https://www.ibm.com/products/watsonx-orchestrate (Watson Orchestrate)

29. "About IBM Voice Gateway," https://www.ibm.com/docs/en/voice-gateway?topic=gateway-about-voice (IBM Voice Gateway)

30. "IBM watsonx Orchestrate: AI agents with natural-voice capabilities—Coming soon (3:49 min)" https://www.ibm.com/products/watsonx-orchestrate/ai-agent-for-customer-service (Watson Orchestrate Demo)

31. "watsonx Assistant improves intent detection accuracy, leads against AI vendors cited in published study," https://www.ibm.com/new/product-blog/watson-assistant-improves-intent-detection-accuracy-leads-against-ai-vendors-cited-in-published-study (Intent Detection Accuracy)

32. "Under the hood: all the natural language understanding technology that makes Watson Assistant powerful," https://medium.com/ibm-watson/under-the-hood-all-the-natural-language-understanding-technology-that-makes-watson-assistant-fb8aaaca2f16 (NLU Under the Hood)

33. "Using custom acoustic and custom language models together," https://cloud.ibm.com/docs/speech-to-text?topic=speech-to-text-useBoth#useBothRecognize (IBM Custom Models)

34. "Chatbots, Disambiguation & IBM Watson Assistant Actions," https://cobusgreyling.medium.com/chatbots-disambiguation-ibm-watson-assistant-actions-2f865bda8090 (Watson Disambiguation)

35. "Behind the Algorithm – IBM Watson Assistant Explained," https://www.youtube.com/watch?v=cTSIkGX3NfI (Behind the Algorithm)

36. "Checklist for Implementing IBM Watson Speech Recognition," https://nexright.com/ibm-watson-speech-recognition-implementation-checklist/ (Speech Recognition Checklist)

37. "IBM watsonx Assistant: Driving generative AI innovation with conversational search," https://www.ibm.com/new/product-blog/ibm-watsonx-assistant-driving-generative-ai-innovation-with-conversational-search (Watson Conversational Search Blog)

38. "Integration Variables," https://www.ibm.com/docs/en/watsonx/watson-orchestrate/base?topic=reference-integration-variables (Integration Variables)

39. "Overcoming Watson Assistant's 30-Second Timeout with Middleware," https://medium.com/hacking-into-ai-with-ibm-watsonx/overcoming-watson-assistants-30-second-timeout-with-middleware-c0005969b708 (30 Second Timeout)

40. "Managing voice configuration," https://developer.watson-orchestrate.ibm.com/voice/managing_voice (Watson Managing Voice)

4

| '176 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| **1[pre]** A method for selecting and presenting advertisements in response to processing natural language utterances, comprising: | IBM's Watson Assistant performs "a method for selecting and presenting advertisements in response to processing natural language utterances, comprising:"<br><br>For example, as the following information shows, IBM's Watson Assistant products and services, including in conjunction with IBM Watson Advertising, perform a method for selecting and presenting advertisements in response to processing natural language utterances:<br><br>"Benefits of IBM Watson Assistant" include "[d]eliver[ing] custom cognitive services (e.g., service and support, targeted promotions, payment, reminders, automation, client preferences)." *Transform Your Business*.<br><br>"IBM watsonx Assistant is an enterprise conversational AI platform designed to build intelligent chatbots or virtual agents that can automate buyer processes, promote lead generation, and drive e-commerce with personalized customer self-service support." *Watson Marketing Chatbots*; *see also* limitation 1[a] below (addressing the receipt of a natural language utterance containing at least one request at an input device).<br><br>"Use Case Example: A global fashion retailer integrated IBM Chatbot capabilities via Watson Assistant into its e-commerce website." *Watson CX Automation*. The chatbot does "[p]ersonalized recommendations powered by Watson AI applications for product matching" and "[s]eamless integration with payment gateways and CRM tools. Through conversational AI, the retailer turned customer service from a cost center into a driver of engagement and conversions." *Id.*<br><br>"Watson Advertising Conversations was designed to enable deeper engagement and real-time personalization at scale. These interactive, voice- or text-based ad units offer personalized recommendations, guide product discovery, and capture valuable feedback—all while empowering users to shape their own ad experiences." *Project 03*.<br><br>"IBM Watson Advertising and Toyota collaborated on the first cognitive ads for the auto industry with Conversations. Watson was trained on Toyota's product information and vehicle |

| '176 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | FAQ's, and used natural language processing to enable 1:1 dialogue with users." *Toyota and Watson Advertising*. |
| | "Watson Ads are a cognitive ad format enabling consumers to connect with brands and giving marketers a scalable opportunity to have a one-to-one conversation with their audience. The cognitive ad format combines machine learning, natural language understanding, and integrated dialogue tools helping Toyota to engage and educate consumers about Prius Prime through the purchase funnel." *Toyota to Use Watson Ads*. |
| | "Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey.* |
| | "watsonx Orchestrate will, with upcoming product features, be able to elevate interactions with your AI agents by offering conversations in a natural sounding voice. This new capability requires IBM Watson Text to Speech and IBM Watson Speech to Text." *Watson Orchestrate Demo* 0:05-0:20. |
| | "IBM® Voice Gateway enables direct voice interactions over a telephone with a cognitive self-service agent or the ability to transcribe a phone call between a caller and agent so that the conversation can be processed with analytics for real-time agent feedback. Voice Gateway orchestrates Watson services and integrates them with a public or private telephone network by using the Session Initiation Protocol (SIP)." *IBM Voice Gateway*. |

6

| '176 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | "IBM watsonx Orchestrate brings your entire agent ecosystem into one control plane—so you can see what's happening, manage how agents work together, and scale what delivers results across your business …. Coordinate agents, tools, and workflows across systems—turning fragmented AI into connected, end-to-end business execution." *Watson Orchestrate*.<br><br>"With IBM® watsonx Assistant™, chatbots can be trained on little data to correctly understand the user. They can be enhanced with search capabilities to sift through existing content and provide answers that address questions beyond what was initially programmed by the chatbot conversation designer. IBM watsonx Assistant accelerates the deployment of virtual agents by providing:<br><br>    • Improved intent recognition from using large language models (LLMs) and advanced NLP and NLU.<br><br>    • Built-in search capabilities.<br><br>    • Starter kits or built-in integrations with channels, third-party apps, business systems or contact center as a service platforms, such as Nice CXone."<br><br>*IBM Chatbot Type*.<br><br>"The IBM watsonx Assistant service combines machine learning, natural language understanding, and an integrated dialog editor to create conversation flows between your apps and your users." *Watson Assistant API*.<br><br>*See also* limitations 1[f] and 1[g]. |
| **1[a]** receiving a natural language utterance containing at least one request at an input device; | IBM's Watson Assistant "receiv[es] a natural language utterance containing at least one request at an input device."<br><br>For example:<br><br>IBM's Watson Assistant receives a natural language utterance containing at least one request at an input device. "IBM Watson Assistant is a powerful enterprise-grade conversational AI platform that enables organizations to create intelligent virtual agents capable of handling |

7

| '176 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | customer interactions, support tasks, and operational workflows with natural language." *Chatbots Using Watson.* <br><br> "The platform is cloud-native and built on the scalable, secure IBM Cloud, but it also supports hybrid and multi-cloud deployments through IBM Cloud Pak for Data and the Watsonx ecosystem." *Chatbots Using Watson.* <br><br> "The IBM watsonx Assistant service combines machine learning, natural language understanding, and an integrated dialog editor to create conversation flows between your apps and your users." *Watson Assistant API.* <br><br> "This solution brings Watson Assistant's AI capabilities into call centers, allowing end-users to talk to Watson over the phone." *Introducing WAVI.* <br><br> <br> Today I am happy to announce the availability of Watson Assistant for Voice Interaction. This solution brings Watson Assistant's AI capabilities into call centers, allowing end-users to talk to Watson over the phone. <br><br> **IBM watsonx Assistant** <br><br> IBM watsonx Assistant is a conversational AI platform that's easy to use. It's designed for non-technical builders who want to help answer questions and help their customer get stuff done. <br><br> *Introducing WAVI.* |

*See also Watson Phone Demo* 0:12-0:20:



*See also Watson Orchestrate Demo* 0:37:



"IBM Watson Assistant is a conversational AI platform built to help businesses create intelligent virtual agents capable of understanding natural language, automating repetitive tasks, and improving customer engagement." *Watson CX Automation.*

"By learning from customer conversations, Watson Assistant automatically improves its ability to resolve issues the first time. Watson Assistant uses natural language understanding (NLU) to understand colloquial speech patterns." *Build A Rule-based Chatbot.*

*See also Watson Conversational Flow*:



*See also Intent Detection Accuracy:*

Consider the various ways customers can express their problem:

− "I can't log in"
− "My password doesn't work"
− "Forgot password"

The AI technology has to understand that the intent behind these sentences (and infinite variations of wording and misspellings) is getting help resetting the password. Even for a basic intent like this, it takes complex natural language processing (NLP) and classification techniques to get it right. Now imagine the complexity when trying to set up a system to help with, say, mortgage applications.

11

| '176 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
|  | "Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey.* |
| **1[b]** recognizing one or more words or phrases in the natural language utterance at a speech recognition engine coupled to the input device, wherein recognizing the words or phrases in the natural language utterance includes: | IBM's Watson Assistant "recogniz[es] one or more words or phrases in the natural language utterance at a speech recognition engine coupled to the input device, wherein recognizing the words or phrases in the natural language utterance includes:"<br><br>For example, as the following information shows, IBM's Watson Assistant products and services recognize words or phrases in the natural language utterances at speech recognition engines coupled to input devices:<br><br>"IBM Watson Assistant is a powerful enterprise-grade conversational AI platform that enables organizations to create intelligent virtual agents capable of handling customer interactions, support tasks, and operational workflows with natural language." *Chatbots Using Watson.*<br><br>"The platform is cloud-native and built on the scalable, secure IBM Cloud, but it also supports hybrid and multi-cloud deployments through IBM Cloud Pak for Data and the Watsonx ecosystem." *Chatbots Using Watson.*<br><br>"The IBM watsonx Assistant service combines machine learning, natural language understanding, and an integrated dialog editor to create conversation flows between your apps and your users." *Watson Assistant API.* |

12

| '176 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| | "By learning from customer conversations, Watson Assistant automatically improves its ability to resolve issues the first time. Watson Assistant uses natural language understanding (NLU) to understand colloquial speech patterns." *Build A Rule-based Chatbot*. |
| | "Watson Speech to Text transcribes written text from spoken audio. The service leverages machine learning to combine knowledge of grammar, language structure, and the composition of audio and voice signals to accurately transcribe the human voice. It continuously updates and refines its transcription as it receives more speech audio. The service is ideal for applications that need to extract high-quality speech transcripts for use cases such as call centers, custom care, agent assistance, and similar solutions." *Speech Services*. |
| | *See Watson Speech to Text*: |
| | "watsonx Orchestrate will, with upcoming product features, be able to elevate interactions with your AI agents by offering conversations in a natural sounding voice. This new capability requires IBM Watson Text to Speech and IBM Watson Speech to Text." *Watson Orchestrate Demo* 0:05-0:20. |

13

| '176 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | "IBM® Voice Gateway enables direct voice interactions over a telephone with a cognitive self-service agent or the ability to transcribe a phone call between a caller and agent so that the conversation can be processed with analytics for real-time agent feedback. Voice Gateway orchestrates Watson services and integrates them with a public or private telephone network by using the Session Initiation Protocol (SIP)." *IBM Voice Gateway*. <br><br> "With IBM® watsonx Assistant™, chatbots can be trained on little data to correctly understand the user. They can be enhanced with search capabilities to sift through existing content and provide answers that address questions beyond what was initially programmed by the chatbot conversation designer. IBM watsonx Assistant accelerates the deployment of virtual agents by providing: <br><br> • Improved intent recognition from using large language models (LLMs) and advanced NLP and NLU. <br><br> • Built-in search capabilities. <br><br> • Starter kits or built-in integrations with channels, third-party apps, business systems or contact center as a service platforms, such as Nice CXone." <br><br> *IBM Chatbot Type*. <br><br> *See also NLU Under the Hood* (discussing "the main algorithms of Watson Assistant's natural language understanding, or NLU, engine — intent classification, entity recognition, irrelevance detection, and spellcheck.") <br><br> "IBM watsonx Orchestrate brings your entire agent ecosystem into one control plane—so you can see what's happening, manage how agents work together, and scale what delivers results across your business …. Coordinate agents, tools, and workflows across systems—turning fragmented AI into connected, end-to-end business execution." *Watson Orchestrate*. |

*See also Watson Conversational Flow*:



*See also Intent Detection Accuracy*:

Consider the various ways customers can express their problem:

- "I can't log in"
- "My password doesn't work"
- "Forgot password"

The AI technology has to understand that the intent behind these sentences (and infinite variations of wording and misspellings) is getting help resetting the password. Even for a basic intent like this, it takes complex natural language processing (NLP) and classification techniques to get it right. Now imagine the complexity when trying to set up a system to help with, say, mortgage applications.

15

| '176 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | IBM's Watson Assistant allows users to "create domain-specific models to recognize industry jargon, unique phrases, and regional accents. This customization ensures higher accuracy for niche use cases." *Speech Recognition Checklist.* |
| | "When a user asks an assistant a question, watsonx Assistant first determines how to help the user – whether to trigger a prebuilt conversation, conversational search, or escalate to a human agent …. We also offer 'trigger words' to automatically escalate to a human agent if certain topics are recognized to ensure conversational search is not used." *Watson Conversational Search Blog.* |
| | "Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey.* |
| | *See also* limitation 1[a]. |
| **1[c]** mapping a stream of phonemes contained in the natural language utterance to one or more syllables that are phonemically represented in an acoustic grammar; and | IBM's Watson Assistant, at a speech recognition engine, "map[s] a stream of phonemes contained in the natural language utterance to one or more syllables that are phonemically represented in an acoustic grammar." |
| | For example, as the following information shows, IBM's Watson Assistant products and services map phonemes to one or more syllables that are phonemically represented in an acoustic grammar: |

| '176 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | "Watson Speech to Text transcribes written text from spoken audio. The service leverages machine learning to combine knowledge of grammar, language structure, and the composition of audio and voice signals to accurately transcribe the human voice." *Speech Services*.<br><br>*See also Watson Grammar Model*:<br><br> |

17

Speech recognition relies on statistical algorithms to analyze audio. Words from a custom model are in competition with words from the service's base vocabulary as well as other words of the model. (Factors such as audio noise and speaker accents also affect the quality of transcription.)

The accuracy of transcription can depend largely on how words are defined in a model and how speakers say them. To improve the service's accuracy, use corpora to provide as many examples as possible of how OOV words are used in the domain. Repeating the OOV words in corpora can improve the quality of the custom language model. How you duplicate the words in corpora depends on how you expect users to say them in the audio that is to be recognized. The more sentences that you add that represent the context in which speakers use words from the domain, the better the service's recognition accuracy.

The service does not apply a simple word-matching algorithm. Its transcription depends on the context in which words are used. When it parses a corpus, the service includes information about n-grams (bi-grams, tri-grams, and so on) from the sentences of the corpus in the custom model. This information helps the service transcribe audio with greater accuracy, and it explains why training a custom model on corpora is more valuable than training it on custom words alone.

### Using the sounds_like field

The `sounds_like` field specifies how a word is pronounced by speakers. By default, the service automatically attempts to complete the field with the word's spelling. But the service cannot generate a pronunciation for all words. After adding or modifying words, you must validate the words resource to ensure that each word's definition is complete and valid. For more information, see Validating a words resource for previous-generation models.

### Guidelines for English

*Guidelines for Australian, United Kingdom, and United States English:*

- Use English alphabetic characters: `a-z` and `A-Z`.
- Use real or made-up words that are pronounceable in English for words that are difficult to pronounce, for example, `shuchesnie` for the word `Sczcesny`.
- Substitute equivalent English letters for non-English letters, for example, `s` for `ç` or `ny` for `ñ`.
- Substitute non-accented letters for accented letters, for example, `a` for `à` or `e` for `è`.
- You can include multiple words that are separated by spaces. The service enforces a maximum of 40 total characters, not including leading or trailing spaces.

18

*See also Watson Grammar for Speech*:

> Once you create and train your custom language model with your grammar, you can use the grammar in speech recognition requests:
>
> - Use the `language_customization_id` query parameter to specify the customization ID (GUID) of the custom language model for which the grammar is defined. A custom model can be used only with the base model for which it is created. If your custom model is based on a model other than the default, you must also specify that base model with the `model` query parameter. For more information, see Using the default model. You must issue the request with credentials for the instance of the service that owns the model.

Generally, "[v]oice signals are often depicted as spectrograms," "which are visual representations of frequencies across time. The relevant portions of the audio recordings are broken down into a sequence of phonemes, which are the smallest unit of speech that distinguishes 1 word from another. The major classes of phonemes are vowels and consonants (link resides outside of ibm.com). Language models and decoders can match phonemes to words and then sentences. Deep learning-based acoustic models can predict what characters and words are likely to occur next based on context." *What Is Speech to Text*.

"There are three main methods for performing speech recognition: synchronous, asynchronous and streaming.

- **Synchronous recognition** is when there is an immediate conversion of speech to text. It can only process audio files shorter than one minute. This is used in live-captioning for broadcast television.
- **Streaming recognition** is when streamed audio is processed in real-time, so fragmented texts might appear as the user is still speaking.
- **Asynchronous recognition** is when large prerecorded audio files are submitted for transcription. It might be queued for processing and delivered later."

*What Is Speech to Text*.

"Generative AI can be integrated with speech to text software to create assistants that can help customers over a phone call, or interact with voice-enabled apps. Generative AI can also convert text back to speech, otherwise known as text to speech, in a realistic, natural-sounding voice." *What Is Speech to Text.*

19

| '176 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | "watsonx Orchestrate will, with upcoming product features, be able to elevate interactions with your AI agents by offering conversations in a natural sounding voice. This new capability requires IBM Watson Text to Speech and IBM Watson Speech to Text." *Watson Orchestrate Demo* 0:05-0:20.<br><br>"All languages and voices of the IBM Watson® Text to Speech service support both the standard International Phonetic Alphabet (IPA) and IBM Symbolic Phonetic Representation (SPR) notations to represent the sounds of words. Both notations provide phonetic encoding that represents the pronunciation of a word, the sounds that make up the word, how the sounds are divided into syllables, and which syllables are stressed." *Understanding Phonetic Symbols*. "You can specify syllable boundaries and stress in both SPR and IPA." *Understanding Phonetic Symbols*.<br><br>**Defining a word pronunciation**<br><br>To define the phonetic pronunciation for a word, either within input text or for a custom model, you use the `<phoneme>` element of the Speech Synthesis Markup Language (SSML) or equivalent method parameters. The `<phoneme>` element has two attributes:<br><br>• The `alphabet` attribute specifies the notation of the pronunciation. Use the value `ibm` to indicate that the pronunciation is defined in SPR. Use the value `ipa` to indicate that the pronunciation is defined in IPA.<br>• The `ph` attribute defines the pronunciation. It consists of a sequence of allowable symbols for a given language. The symbols define how the word that is enclosed in the `<phoneme>` element is to be pronounced.<br><br>Follow these rules when you define a pronunciation:<br><br>• Use only the documented SPR or IPA symbols. The service considers invalid any definition that contains phonetic symbols that are not allowed in a language. An SPR or IPA entry that does not conform to the required specification is invalid.<br>• When multiple IPA symbols (or symbol combinations) are documented for an SPR symbol, all of the IPA symbols are equivalent to the single SPR symbol. The service treats all of these IPA symbols the same and does not realize the subtle or regional differences that IPA is meant to describe. |

| '176 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| | **Speech sound symbols**<br><br>Each language uses its own inventory of SPR symbols to represent the speech sounds of that language. The following rules apply to specifying an SPR symbol:<br><br>• Letters are case-sensitive, so `e` and `E`, for example, represent two different sounds.<br>• Two- and three-character symbols must be enclosed in single quotes when indicated in the symbol tables. The single quotes indicate that the multiple characters are actually a single symbol. For example, the symbol `'aj'` in the German word *heim* is specified as `"h'aj'm"`.<br>• Some three-character symbols include single quotes around only two of the characters. The single quotes indicate that the two characters are a single symbol. So the SPR consists of two symbols. For example, the symbol `'a:'n` in the Netherlands Dutch word **dependances** contains two symbols, `'a:'` and `n`, and is specified as `d'e:'.pEn.1d'a:'n.s@s`.<br><br>Also consider the following when defining a word's pronunciation in SPR format:<br><br>• The sounds of every language have specific distributional patterns within that language. For example, in all dialects of English, the sound `G` in *sing* (`".1sIG"`) does not occur at the beginning of a word. Other US English sounds that have a particularly narrow distribution are the glottal stop (`?`), the flap (`F`), and the syllabic nasal (`N`). If you enter a sound symbol in a context in which it does not normally occur, the resulting speech might sound unnatural.<br>• The service applies a sophisticated set of linguistic rules to its input to reflect the processes by which sounds change in specific contexts in natural language. For example, in US English, the sound `t` of the word *write* (`".1r1Yt"`) is pronounced as a flap (`F`) in *writer* (`".1rY.0FR"`). SPR input undergoes these modifications just as ordinary input text does. In this example, whether you enter `".1rY.0tR"` or `".1rY.0FR"` does not affect the speech that is generated.<br><br>**Working with IPA**<br><br>You can define IPA pronunciations by using phonetic symbols or Unicode values. IPA is an industry standard notation. The following are examples of valid IPA notations for the word *tomato* in phonetic symbols and Unicode:<br><br>```<br><phoneme alphabet="ipa" ph="təˈmeɪ.roʊ">tomato</phoneme><br><phoneme alphabet="ipa" ph="t&#x0259;&#x02C8;me&#x026A;.&#x027E;o&#x028A;">tomato</phoneme><br>``` |

21

| '176 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | **Specifying syllables**<br><br>You can specify syllable boundaries and stress in both SPR and IPA.<br><br>**Syllable boundaries**<br><br>You can use a `.` (period, IPA Unicode `002E`) to mark the beginning of each syllable in SPR or IPA. However, to preserve the valid phonetics of a language, the service can elect not to honor periods in some cases (for example, if a syllable boundary is placed at an illegal or unnatural position for a language). In general, in cases where you can indicate a valid preference for a syllable boundary or other aspect of a word's pronunciation, the service honors such requests.<br><br>**Syllable stress**<br><br>Table 1 identifies the symbols that you can use to indicate syllable stress for a pronunciation. IBM recommends that you indicate primary stress for pronunciations in either SPR or IPA. However, indicating syllable stress is optional for both formats; the service determines where stress occurs if you do not indicate it.<br><br>*Understanding Phonetic Symbols.*<br><br>*See also SSML Elements*:<br><br>**The `<phoneme>` element**<br><br>The `<phoneme>` element provides a phonetic pronunciation for the enclosed text. The phonetic spelling represents the sounds of a word, how the sounds are divided into syllables, and which syllables receive stress. The element has two attributes:<br><br>• `alphabet` is an optional attribute that specifies the phonology to be used. The supported alphabets are<br><br>   • *The standard International Phonetic Alphabet (IPA):* `alphabet="ipa"`.<br>   • *The IBM Symbolic Phonetic Representation (SPR):* `alphabet="ibm"`.<br><br>If no alphabet is specified, the service uses IBM SPR by default. For more information, see Understanding phonetic symbols. |
| **1[d]** generating a preliminary interpretation for the natural language utterance from the one or more syllables, wherein the preliminary interpretation generated from the one or more syllables includes the recognized words or phrases; | IBM's Watson Assistant, at a speech recognition engine, "generat[es] a preliminary interpretation for the natural language utterance from the one or more syllables, wherein the preliminary interpretation generated from the one or more syllables includes the recognized words or phrases."<br><br>For example, as the following information shows, IBM's Watson Assistant products and services generate preliminary interpretations for natural language utterances from one or more syllables comprising recognized words or phrases: |

22

| '176 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| | "The artificial intelligence at the core of watsonx Assistant is designed to correctly identify the countless permutations of intent in real-world interactions." *Intent Detection Accuracy*. |
| | "IBM watsonx Assistant uses machine learning and deep learning techniques to understand how to answer end-user questions accurately with relatively small data sets." *Intent Detection Accuracy*. |
| | "There are several other AI algorithms underneath other Watson Assistant features like intent recommendations, user-example recommendations, entity recommendations, and intent disambiguation that provide powerful options for subject matter experts." *NLU Under the Hood*. |
| | "Watson Assistant uses AI, machine learning, and NLP (Natural Language Processing) to understand intent, detect context, and provide accurate, human-like responses." *Watson CX Automation*. |
| | Watson Assistant's "Contextual Understanding: Goes beyond keywords to grasp customer intent, mood, and context." *Watson CX Automation*. |
| | "IBM Watson® Speech to Text service supports interim results, which are intermediate transcription hypotheses that arrive before final results…. Interim results are intermediate transcription hypotheses that are likely to change before the service returns its final results. The service returns interim results as soon as it generates them. Interim results are useful for interactive applications and real-time transcription, and for long audio streams, which can take a while to transcribe. Interim results evolve as the service's processing of an utterance progresses. They arrive more often and more quickly than final results. You can use them to enable your application to respond more quickly or to gauge the progress of transcription. When the processing of an utterance is complete, the service sends final results that represent its best transcription of the audio for that utterance." *Interim Result*. |

*See also Watson Hints Parameter*:



*See Watson Conversational Flow*:

*See Updated Conversational Search*:

Take, for example, the following hypothetical conversation of a user trying to come up with travel plans:

- **User:** What is the largest park in Montana?

- **Assistant:** Glacier National Park is the largest park in Montana, covering about one million acres of land.

- **User:** When did it open?

Now with contextual awareness enabled, rather than querying the search provider with "When did it open?," it will infer the query you meant to search on was "When did Glacier National Park open?". This inferred query will be more likely to generate useful search results and produce a meaningful answer because the ambiguous word "it" was replaced with the location Glacier National Park mentioned in the assistant's previous answer.

*See Watson Disambiguation*:

Disambiguation became available on all Watson Assistant plan types on 26 November 2019. By now we all know the prime aim of a chatbot is to act as a conversational interface, simulating the conversations we have as humans.

If the user says `i must cancel it today`, then the following intents might be detected in the input:

```
[
    {"intent":"Customer_Care_Cancel_Account","confidence":0.5602024316787719},

  {"intent":"eCommerce_Cancel_Product_Order","confidence":0.46903514862060547},
    {"intent":"Customer_Care_Appointments","confidence":0.29033891558647157},
    {"intent":"General_Greetings","confidence":0.2894785046577454},
```

25

| '176 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | *Watson Conversational Flow* (generating a preliminary interpretation for the natural language utterance). |
| **1[e]** interpreting the recognized words or phrases at a conversational language processor coupled to the speech recognition engine, wherein interpreting the recognized words or phrases includes establishing a context for the natural language utterance; | IBM's Watson Assistant "interpret[s] the recognized words or phrases at a conversational language processor coupled to the speech recognition engine, wherein interpreting the recognized words or phrases includes establishing a context for the natural language utterance." <br><br> For example, as the following information shows, IBM's Watson Assistant products and services, at a conversational language processor coupled to a speech recognition engine, interpret recognized words or phrases and establish contexts for natural language utterances: <br><br> "The IBM watsonx Assistant service combines machine learning, natural language understanding, and an integrated dialog editor to create conversation flows between your apps and your users." *Watson Assistant API.* |

26

*See Integrate Watson Assistant*:



"Watson Assistant uses AI, machine learning, and NLP (Natural Language Processing) to understand intent, detect context, and provide accurate, human-like responses." *Watson CX Automation*.

"Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines

27

| '176 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| | like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey*.<br><br>"Contextual Understanding: Goes beyond keywords to grasp customer intent, mood, and context." *Watson CX Automation*. "watsonx Orchestrate will, with upcoming product features, be able to elevate interactions with your AI agents by offering conversations in a natural sounding voice. This new capability requires IBM Watson Text to Speech and IBM Watson Speech to Text." *Watson Orchestrate Demo* 0:05-0:20.<br><br>"IBM® Voice Gateway enables direct voice interactions over a telephone with a cognitive self-service agent or the ability to transcribe a phone call between a caller and agent so that the conversation can be processed with analytics for real-time agent feedback. Voice Gateway orchestrates Watson services and integrates them with a public or private telephone network by using the Session Initiation Protocol (SIP)." *IBM Voice Gateway*.<br><br>"With IBM® watsonx Assistant™, chatbots can be trained on little data to correctly understand the user. They can be enhanced with search capabilities to sift through existing content and provide answers that address questions beyond what was initially programmed by the chatbot conversation designer. IBM watsonx Assistant accelerates the deployment of virtual agents by providing:<br><br>• Improved intent recognition from using large language models (LLMs) and advanced NLP and NLU.<br><br>• Built-in search capabilities.<br><br>• Starter kits or built-in integrations with channels, third-party apps, business systems or contact center as a service platforms, such as Nice CXone."<br><br>*IBM Chatbot Type*.<br><br>"IBM watsonx Orchestrate brings your entire agent ecosystem into one control plane—so you can see what's happening, manage how agents work together, and scale what delivers results |

| '176 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | across your business …. Coordinate agents, tools, and workflows across systems—turning fragmented AI into connected, end-to-end business execution." *Watson Orchestrate.*<br><br>"You can specify both a custom language model and a custom acoustic model with any speech recognition request …. Using a custom language model can improve transcription accuracy regardless of whether you trained the custom acoustic model with the custom language model:<br><br>• Using both custom language and custom acoustic models during training improves the quality of the custom acoustic model.<br><br>• Using both types of model during speech recognition improves transcription quality."<br><br>*IBM Custom Models.*<br><br>*See Watson Conversational Flow:*<br><br><br>Figure 1. Assistant asks for clarification |

29

*Personalization with Context (annotated)*:



*Watson Hints Parameter*:

30

*See Updated Conversational Search*:

> In order to allow for more natural flowing conversation between our users and their assistant, we've released a new beta feature known as contextual awareness or multi-turn conversational search. This enhancement to our existing conversational search capabilities will enable a user to now ask followup questions that would be ambiguously unsearchable without first taking into account what was said previously.
>
> Take, for example, the following hypothetical conversation of a user trying to come up with travel plans:
>
> - **User:** What is the largest park in Montana?
> - **Assistant:** Glacier National Park is the largest park in Montana, covering about one million acres of land.
> - **User:** When did it open?
>
> Now with contextual awareness enabled, rather than querying the search provider with "When did it open?," it will infer the query you meant to search on was "When did Glacier National Park open?". This inferred query will be more likely to generate useful search results and produce a meaningful answer because the ambiguous word "it" was replaced with the location Glacier National Park mentioned in the assistant's previous answer.

"The artificial intelligence at the core of watsonx Assistant is designed to correctly identify the countless permutations of intent in real-world interactions." *Intent Detection Accuracy*.

"IBM watsonx Assistant uses machine learning and deep learning techniques to understand how to answer end-user questions accurately with relatively small data sets." *Intent Detection Accuracy*.

*See Watson Disambiguation*:

> Disambiguation became available on all Watson Assistant plan types on 26 November 2019. By now we all know the prime aim of a chatbot is to act as a conversational interface, simulating the conversations we have as humans.

31

| '176 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | "There are several other AI algorithms underneath other Watson Assistant features like intent recommendations, user-example recommendations, entity recommendations, and intent disambiguation that provide powerful options for subject matter experts." *NLU Under the Hood*. <br><br> IBM's Watson Assistant detects and disambiguates multiple possible intents from ambiguous utterances: <br><br> If the user says `i must cancel it today`, then the following intents might be detected in the input: <br><br> `[` <br> `{"intent":"Customer_Care_Cancel_Account","confidence":0.5602024316787719},` <br> `{"intent":"eCommerce_Cancel_Product_Order","confidence":0.46903514862060547},` <br> `{"intent":"Customer_Care_Appointments","confidence":0.29033891558647157},` <br> `{"intent":"General_Greetings","confidence":0.2894785046577454},` <br><br> *Watson Conversational Flow* (interpreting the recognized words or phrases from the established context and detected intents for the natural language utterance). <br><br> Watson Virtual Assistant can process "not only the request, but the overall idea. Let's say that you've forgotten your password, and you're trying to log in to the system. Well, you may say, 'Hey I forgot my password.' Or you might say 'Please reset my password.' Or you may just say 'I can't log in, what do I do?' All three of those things, they are different words but they all mean the same thing …. So, no matter how it's phrased, the AI helps figure out the intent of the request." *Behind the Algorithm* at 1:09-1:39. <br><br> *See also Watson Orchestrate Demo* 1:40-1:56: <br><br>     Customer: "My flight from Paris to New York last week was delayed. I'd like to claim compensation." |

| '176 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | Assistant: "I'm sorry to hear about that delay. I've located a flight in our system matching your description. AB 1234. Could you please confirm if that's the correct flight?"<br>Customer: "Yes, that's the one."<br>. . . (Assistant then proceeds with flight AB 1234) . . .<br><br>*See also* limitation 1[b]. |
| **1[f]** selecting an advertisement in the context established for the natural language utterance; and | IBM's Watson Assistant "select[s] an advertisement in the context established for the natural language utterance."<br><br>For example:<br><br>"IBM watsonx Assistant is an enterprise conversational AI platform designed to build intelligent chatbots or virtual agents that can automate buyer processes, promote lead generation, and drive e-commerce with personalized customer self-service support." *Watson Marketing Chatbots.*<br><br>"Watson Assistant provides real-time support for product discovery, returns, and delivery tracking" and "[p]ersonalized recommendations powered by Watson AI applications for product matching." *Watson CX Automation.*<br><br>"IBM Watson Advertising and Toyota collaborated on the first cognitive ads for the auto industry with Conversations. Watson was trained on Toyota's product information and vehicle FAQ's, and used natural language processing to enable 1:1 dialogue with users." *Toyota and Watson Advertising.* |

*See IBM Watson Ads for the Toyota Prius Prime* 0:48, 0:53:



*See also Watson Phone Demo* 0:15-0:20, 1:13-1:20:

34

| '176 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| |  ABC Bank Assistant: "How can I help you today?" <br> Customer: "I'd like to make a credit card payment." <br> ABC Bank Assistant: "No problem. I can help you with that." <br> . . . <br> ABC Bank Assistant: "Before you go, the new ABC Bank Platinum credit card has been released and you automatically qualify. Would you like to learn more?" <br><br> *See also* limitation 1[g]. |

| '176 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| **1[g]** presenting the selected advertisement via an output device coupled to the conversational language processor. | IBM's Watson Assistant "present[s] the selected advertisement via an output device coupled to the conversational language processor." <br><br> For example: <br><br> *See Watson Phone Demo* 1:13-1:45: <br><br> |

36

| '176 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| | <br><br>ABC Bank Assistant: "Before you go, the new ABC Bank Platinum credit card has been released and you automatically qualify. Would you like to learn more?"<br>Customer: "Yea, why not. Can you text me the information?"<br>. . . (Promotion Text Arrives) . . .<br>Customer: "I'm going to now switch over to my laptop for a minute. It's been a couple hours so I can actually go back to the link that was sent to me, and I start to interact from a web perspective with the same conversation. Since it remembers who I am, … and see it says, welcome back Brian."<br><br>"IBM Watson Advertising and Toyota collaborated on the first cognitive ads for the auto industry with Conversations. Watson was trained on Toyota's product information and vehicle FAQ's, and used natural language processing to enable 1:1 dialogue with users." *Toyota and Watson Advertising*. |

37

| '176 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | *See IBM Watson Ads for the Toyota Prius Prime* 0:48, 0:53:<br><br><br><br>*See* limitation 1[e] (addressing conversational language processor); *see also* 1[f] (showing selected advertisements). |

| '176 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| **14[pre]** A method for selecting and presenting advertisements in response to processing natural language utterances, comprising: | IBM's Watson Assistant performs "a method for selecting and presenting advertisements in response to processing natural language utterances." *See* limitation 1[pre]. |
| **14[a]** receiving a natural language utterance containing at least one request at an input device; | IBM Watson Assistant "receiv[es] a natural language utterance containing at least one request at an input device." *See* limitation 1[a]. |
| **14[b]** recognizing one or more words or phrases in the natural language utterance at a speech recognition engine coupled to the input device; | IBM's Watson Assistant "recogniz[es] one or more words or phrases in the natural language utterance at a speech recognition engine coupled to the input device." *See* limitation 1[b]. |
| **14[c]** interpreting the recognized words or phrases at a conversational language processor coupled to the speech recognition engine, wherein interpreting the recognized words or phrases includes establishing a context for the natural language utterance; | IBM's Watson Assistant "interpret[s] the recognized words or phrases at a conversational language processor coupled to the speech recognition engine, wherein interpreting the recognized words or phrases includes establishing a context for the natural language utterance." *See* limitation 1[e]. |
| **14[d]** selecting an advertisement in the context established for the natural language utterance; | IBM's Watson Assistant "select[s] an advertisement in the context established for the natural language utterance." *See* limitation 1[f]. |

| '176 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| **14[e]** presenting the selected advertisement via an output device coupled to the conversational language processor; and | IBM's Watson Assistant "present[s] the selected advertisement via an output device coupled to the conversational language processor." *See* limitation 1[g]. |
| **14[f]** determining that the conversational language processor incorrectly interpreted the words or phrases in response to an adaptive misrecognition engine detecting a predetermined event, wherein the conversational language processor reinterprets the words or phrases in response to the predetermined event. | IBM's Watson Assistant "determin[es] that the conversational language processor incorrectly interpreted the words or phrases in response to an adaptive misrecognition engine detecting a predetermined event, wherein the conversational language processor reinterprets the words or phrases in response to the predetermined event."<br><br>For example:<br><br><br><br>*Watson Conversational Flow*. |

| '176 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| | <br><br>*Watson Conversational Flow.*<br><br>*Watson Conversational Flow.* |

41

| '176 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | <br><br>**Handling none of the above**<br><br>When a user clicks the *None of the above* option, your assistant strips the intents that were recognized in the user input from the message and submits it again. This action typically triggers the anything else node in your dialog tree.<br><br>ⓘ  **Tip:** To customize the response that is returned in this situation, you can add a root node with a condition that checks for a user input with no recognized intents (the intents are stripped, remember) and contains a `suggestion_id` property. A `suggestion_id` property is added by your assistant when disambiguation is triggered.<br><br>Add a root node with the following condition:<br><br>`intents.size()==0 && input.suggestion_id`<br><br>This condition is met only by input that triggers a set of disambiguation options of which the user says none match the goal.<br><br>Add a response that tells users that know that you understand that none of the options that were suggested met their needs, and take appropriate action.<br><br>*Watson Conversational Flow*.<br><br>IBM's Watson Assistant also detects the lack of an uttered response. *See, for example, Integration Variables* discussing "voice_telephony" setup:<br><br>`"voice_telephony" : {`<br>`  "post_response_timeout_count":10000,`<br>`  "final_utterance_timeout_count":30000,`<br>`  "turn_settings": {`<br>`    "timeout_count": 5000`<br>`  },`<br>`  "cdr_custom_data" : {`<br>`    "custom_data_1": "data 1",`<br>`    "custom_data_2": "data 2"`<br>`  }`<br>`}` |

| '176 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | The "post_response_timeout_count" is a "time (in milliseconds) to wait for a new utterance after the last response is played. If no utterance is received before the timeout occurs, the phone integration sends a message to the assistant that includes the post_response_timeout_occurred variable set to true." *Integration Variables*.<br><br>"When developing applications with IBM's Watsonx Assistant, you may encounter the 30-second timeout limitation for API calls. This built-in restriction ensures that the service remains responsive." *30 Second Timeout*.<br><br>*See Watson Managing Voice*, discussing "situations when the user stops responding": |

```
user_idle_handler:
  enabled: true
  idle_timeout: 7                              # Timeout in seconds
  idle_max_reprompts: 2                        # Max reprompt attempts
  idle_timeout_message: "Are you still there?" # Message to play on idle
  idle_hangup_message: ""                      # Message to play before hanging up
```

43