# EXHIBIT N

**Exhibit N**

**U.S. Patent No. 9,269,097**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '097 patent based on VoiceBox's investigation to date. VoiceBox reserves the right to provide modified and more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations and any applicable scheduling order. This chart uses "IBM's Watson Assistant" to refer to the full scope of the Accused IBM Products identified in the complaint, including because, on information and belief, the interactive voice recognition features of IBM's Watson Assistant, including Watson Assistant software and software modules, are used in and form the bases and are representative of the interactive voice recognition features of each of the accused instrumentalities.[1]

**Exemplary information relevant to infringement:**

1. "How to Build AI-Powered Chatbots Using Watson Assistant," https://nexright.com/build-ai-chatbots-using-watson-assistant/ (Chatbots Using Watson)

2. "Introducing Watson Assistant for Voice Interaction," https://medium.com/ibm-watson/introducing-watson-assistant-for-voice-interaction-e64d04656fde (Introducing WAVI)

3. "watsonx Assistant v2 | IBM Cloud API Docs," https://cloud.ibm.com/apidocs/assistant-v2 (Watson Assistant API)

4. "Real-World Use Cases of IBM Watson Assistant in Customer Experience Automation," https://nexright.com/ibm-watson-assistant-customer-experience-automation/ (Watson CX Automation)

---

[1] *See, e.g.*, https://github.com/ibm-cloud-docs (presenting, among other things, information about software, software modules, and service architectures relating to IBM speech-to-text and natural language processing); *WASdev/sample.voice.gateway*, https://github.com/WASdev/sample.voice.gateway ("IBM® Voice Gateway provides a Session Initiation Protocol (SIP) endpoint that orchestrates IBM® Watson™ speech and conversation services to enable a cognitive agent that communicates with a caller using natural language. The voice gateway makes it possible to integrate a public or enterprise telephony system with Watson, enabling direct voice interactions with a cognitive self-service agent …."); *IBM/voice-gateway-on-icp*, https://github.com/IBM/voice-gateway-on-icp ("Voice Gateway calls Watson Speech to Text to transcribe user input. [] Based on user input, certain flows in Watson Assistant will be triggered. [] Any results from Watson Assistant will be transmitted back to the Voice Gateway service via Watson Text to Speech."); *Managing voice configuration – IBM watsonx Orchestrate ADK*, https://developer.watson-orchestrate.ibm.com/voice/managing_voice (invoking Watson speech recognition-related URLs).

5. "Updated conversational search for IBM assistants," https://medium.com/ibm-watson/updated-conversational-search-for-ibm-assistants-d8250c06f1b6 (Updated Conversational Search)

6. "IBM Watson Assistant: virtual assistant software review," https://www.accuratereviews.com/virtual-assistant-software/ibm-watson-assistant-review/ (Watson Assistant Review)

7. "IBM Watson Assistant phone integration demo," https://mediacenter.ibm.com/media/IBM+Watson+Assistant+phone+integration+demo/1_2on13mix/145340842 (Watson Phone Demo)

8. "How AI-powered chatbots are transforming marketing and sales operations," https://www.ibm.com/think/topics/chatbots-for-sales-marketing (Watson Marketing Chatbots)

9. Gabi Zodik, *How A.I. Assistants Will Transform Your Business*, IBM Research – Haifa (2018), *available at* https://www.swissre.com/dam/jcr:01fdb0cb-28d1-4ced-b8f6-5023c011598e/AI_everywhere_Presentation+Gabi+Zodik_Breakout.pdf (Transform Your Business)

10. *Toyota Prius Prime Embraces Cognitive Ads*, IBM, https://www.ibm.com/case-studies/toyota-prius-prime-watson-advertising (Toyota and Watson Advertising)

11. Brian Hull, *Project 03*, Brian Hull Design, https://www.brianhull.design/project03 (Project 03)

12. *Snap Inc. & Factual Partner with The Weather Company; Toyota to Use Watson Ads*, ExchangeWire (June 20, 2017), https://www.exchangewire.com/blog/2017/06/20/snap-inc-factual-partner-weather-company-toyota-use-watson-ads/ (Toyota to Use Watson Ads)

13. Avinash Kumar et al., *A Survey on IBM Watson and Its Services*, J. Phys.: Conf. Ser. 2273 012022, 1-2 (2022), *available at* https://iopscience.iop.org/article/10.1088/1742-6596/2273/1/012022/pdf (IBM Watson Survey)

14. "Natural Language Processing With Prolog in the IBM Watson System," https://logicprogramming.org/2011/03/natural-language-processing-with-prolog-in-the-ibm-watson-system/ (NLP with Prolog)

15. "watsonx Orchestrate," https://www.ibm.com/products/watsonx-orchestrate (Watson Orchestrate)

16. "About IBM Voice Gateway," https://www.ibm.com/docs/en/voice-gateway?topic=gateway-about-voice (IBM Voice Gateway)

17. "6 types of chatbots and how to choose the right one for your business," https://www.ibm.com/think/topics/chatbot-types (IBM Chatbot Type)

18. "Controlling the conversational flow," https://cloud.ibm.com/docs/watson-assistant?topic=watson-assistant-dialog-runtime (Watson Conversational Flow)

19. "watsonx Assistant improves intent detection accuracy, leads against AI vendors cited in published study," https://www.ibm.com/new/product-blog/watson-assistant-improves-intent-detection-accuracy-leads-against-ai-vendors-cited-in-published-study (Intent Detection Accuracy)

20. "IBM announces Watson-powered ads that think," https://martech.org/ibm-announces-watson-powered-ads-think/ (Ads Can Think)

21. "IBM watsonx Orchestrate: AI agents with natural-voice capabilities—Coming soon (3:49 min)" https://www.ibm.com/products/watsonx-orchestrate/ai-agent-for-customer-service (Watson Orchestrate Demo)

22. Vimeo, https://player.vimeo.com/video/531346690 (IBM Watson Ads for the Toyota Prius Prime)

23. "Build a Rule-based Chatbot Using IBM Watson Assistant," https://technologyrivers.com/blog/how-to-build-a-chatbot-using-ibm-watson-assistant/ (Build A Rule-based Chatbot)

24. "Chatbots, Disambiguation & IBM Watson Assistant Actions," https://cobusgreyling.medium.com/chatbots-disambiguation-ibm-watson-assistant-actions-2f865bda8090 (Watson Disambiguation)

25. "Under the hood: all the natural language understanding technology that makes Watson Assistant powerful," https://medium.com/ibm-watson/under-the-hood-all-the-natural-language-understanding-technology-that-makes-watson-assistant-fb8aaaca2f16 (NLU Under the Hood)

26. "Behind the Algorithm – IBM Watson Assistant Explained," https://www.youtube.com/watch?v=cTSIkGX3NfI (Behind the Algorithm)

| '097 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| **1[pre]** A method for providing natural language processing based on advertisements, the method being implemented on a computer system having one or more physical processors executing computer program instructions which, when executed, perform the method, the method comprising: | IBM's Watson Assistant performs "a method for providing natural language processing based on advertisements, the method being implemented on a computer system having one or more physical processors executing computer program instructions which, when executed, perform the method, the method comprising." <br><br> For example, as the following information shows, IBM's Watson Assistant products and services, including in conjunction with IBM Watson Advertising and through physical processors executing computer program instructions, performs a method for providing natural language processing based on advertisements: <br><br> "Benefits of IBM Watson Assistant" include "[d]eliver[ing] custom cognitive services (e.g., service and support, targeted promotions, payment, reminders, automation, client preferences)." *Transform Your Business*. <br><br> "IBM watsonx Assistant is an enterprise conversational AI platform designed to build intelligent chatbots or virtual agents that can automate buyer processes, promote lead generation, and drive e-commerce with personalized customer self-service support." *Watson Marketing Chatbots*. <br><br> "Use Case Example: A global fashion retailer integrated IBM Chatbot capabilities via Watson Assistant into its e-commerce website." *Watson CX Automation*. The chatbot does "[p]ersonalized recommendations powered by Watson AI applications for product matching" and "[s]eamless integration with payment gateways and CRM tools. Through conversational AI, the retailer turned customer service from a cost center into a driver of engagement and conversions." *Id*. <br><br> "Watson Advertising Conversations was designed to enable deeper engagement and real-time personalization at scale. These interactive, voice- or text-based ad units offer personalized recommendations, guide product discovery, and capture valuable feedback—all while empowering users to shape their own ad experiences." *Project 03*. <br><br> "IBM Watson Advertising and Toyota collaborated on the first cognitive ads for the auto industry with Conversations. Watson was trained on Toyota's product information and |

| '097 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| | vehicle FAQ's, and used natural language processing to enable 1:1 dialogue with use*rs."* *Toyota and Watson Advertising.* |
| | "Watson Ads are a cognitive ad format enabling consumers to connect with brands and giving marketers a scalable opportunity to have a one-to-one conversation with their audience. The cognitive ad format combines machine learning, natural language understanding, and integrated dialogue tools helping Toyota to engage and educate consumers about Prius Prime through the purchase funnel." *Toyota to Use Watson Ads.* |
| | "Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey.* |
| | "watsonx Orchestrate, will, with upcoming product features, be able to elevate interactions with your AI agents by offering conversations in a natural sounding voice. This new capability requires IBM Watson Text to Speech and IBM Watson Speech to Text." *Watson Orchestrate Demo* 0:05-0:20. |
| | "IBM® Voice Gateway enables direct voice interactions over a telephone with a cognitive self-service agent or the ability to transcribe a phone call between a caller and agent so that the conversation can be processed with analytics for real-time agent feedback. Voice Gateway orchestrates Watson services and integrates them with a public or private telephone network by using the Session Initiation Protocol (SIP)." *IBM Voice Gateway.* |

| '097 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | "IBM watsonx Orchestrate brings your entire agent ecosystem into one control plane—so you can see what's happening, manage how agents work together, and scale what delivers results across your business …. Coordinate agents, tools, and workflows across systems—turning fragmented AI into connected, end-to-end business execution." *Watson Orchestrate*. "With IBM® watsonx Assistant™, chatbots can be trained on little data to correctly understand the user. They can be enhanced with search capabilities to sift through existing content and provide answers that address questions beyond what was initially programmed by the chatbot conversation designer. IBM watsonx Assistant accelerates the deployment of virtual agents by providing: <ul><li>Improved intent recognition from using large language models (LLMs) and advanced NLP and NLU.</li><li>Built-in search capabilities.</li><li>Starter kits or built-in integrations with channels, third-party apps, business systems or contact center as a service platforms, such as Nice CXone."</li></ul> *IBM Chatbot Type*. "The IBM watsonx Assistant service combines machine learning, natural language understanding, and an integrated dialog editor to create conversation flows between your apps and your users." *Watson Assistant API*. |
| **1[a]** providing, by the computer system, an advertisement associated with a product or service for presentation to a user; | IBM's Watson Assistant "provid[es], by the computer system, an advertisement associated with a product or service for presentation to a user." For example: "IBM watsonx Assistant is an enterprise conversational AI platform designed to build intelligent chatbots or virtual agents that can automate buyer processes, promote lead generation, and drive e-commerce with personalized customer self-service support." *Watson Marketing Chatbots*. |

| ’097 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| | "Watson Assistant provides real-time support for product discovery, returns, and delivery tracking …. [p]ersonalized recommendations powered by Watson AI applications for product matching." *Watson CX Automation*. <br><br> "IBM Watson Advertising and Toyota collaborated on the first cognitive ads for the auto industry with Conversations. Watson was trained on Toyota's product information and vehicle FAQ's, and used natural language processing to enable 1:1 dialogue with use*rs." Toyota and Watson Advert*ising. <br><br> *See IBM Watson Ads for the Toyota Prius Prime* 0:48, 0:53: <br><br>  |

*See also Watson Phone Demo* 0:15-0:20, 1:13-1:20:

  

ABC Bank Assistant: "How can I help you today?"

Customer: "I'd like to make a credit card payment."

ABC Bank Assistant: "No problem. I can help you with that."

. . .

ABC Bank Assistant: "Before you go, the new ABC Bank Platinum credit card has been released and you automatically qualify. Would you like to learn more?"

8

*See Watson Phone Demo* 1:13-1:45:



9

| '097 Patent ||
| :---: | :---: |
| **Claim** | **IBM's Watson Assistant** |
|  | ABC Bank Assistant: "Before you go, the new ABC Bank Platinum credit card has been released and you automatically qualify. Would you like to learn more?" <br> Customer: "Yeah, why not. Can you text me the information?" <br> . . . (Promotion Text Arrives) . . . <br> Customer: "I'm going to now switch over to my laptop for a minute. It's been a couple hours so I can actually go back to the link that was sent to me, and I start to interact from a web perspective with the same conversation. Since it remembers who I am, … and see it says, welcome back Brian." |
| **1[b]** receiving, at the computer system, a natural language utterance of the user; and | IBM's Watson Assistant "receiv[es], at the computer system, a natural language utterance of the user." <br><br> For example: <br><br> "IBM Watson Assistant is a powerful enterprise-grade conversational AI platform that enables organizations to create intelligent virtual agents capable of handling customer interactions, support tasks, and operational workflows with natural language." *Chatbots Using Watson.* <br><br> "The platform is cloud-native and built on the scalable, secure IBM Cloud, but it also supports hybrid and multi-cloud deployments through IBM Cloud Pak for Data and the Watsonx ecosystem." *Chatbots Using Watson.* <br><br> "The IBM watsonx Assistant service combines machine learning, natural language understanding, and an integrated dialog editor to create conversation flows between your apps and your users." *Watson Assistant API.* <br><br> "This solution brings Watson Assistant's AI capabilities into call centers, allowing end-users to talk to Watson over the phone." *Introducing WAVI.* |

| '097 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | Today I am happy to announce the availability of Watson Assistant for Voice Interaction. This solution brings Watson Assistant's AI capabilities into call centers, allowing end-users to talk to Watson over the phone.<br><br>**IBM watsonx Assistant**<br><br>IBM watsonx Assistant is a conversational AI platform that's easy to use. It's designed for non-technical builders who want to help answer questions and help their customer get stuff done.<br><br>*Introducing WAVI.* |

*See also Watson Phone Demo* 0:12-0:20:



*See also Watson Orchestrate Demo* 0:37:



"IBM Watson Assistant is a conversational AI platform built to help businesses create intelligent virtual agents capable of understanding natural language, automating repetitive tasks, and improving customer engagement." *Watson CX Automation*.

"By learning from customer conversations, Watson Assistant automatically improves its ability to resolve issues the first time. Watson Assistant uses natural language understanding (NLU) to understand colloquial speech patterns." *Build A Rule-based Chatbot*.

*See also Watson Conversational Flow*:



*See also Intent Detection Accuracy:*

Consider the various ways customers can express their problem:

- "I can't log in"
- "My password doesn't work"
- "Forgot password"

The AI technology has to understand that the intent behind these sentences (and infinite variations of wording and misspellings) is getting help resetting the password. Even for a basic intent like this, it takes complex natural language processing (NLP) and classification techniques to get it right. Now imagine the complexity when trying to set up a system to help with, say, mortgage applications.

| '097 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | "Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey.* |
| **1[c]** interpreting, by the computer system, the natural language utterance based on the advertisement and, responsive to the existence of a pronoun in the natural language utterance, determining whether the pronoun refers to one or more of the product or service or a provider of the product or service. | IBM's Watson Assistant "interpret[s], by the computer system, the natural language utterance based on the advertisement and, responsive to the existence of a pronoun in the natural language utterance, determining whether the pronoun refers to one or more of the product or service or a provider of the product or service." |
| | For example: |
| | "[F]or allergy medicine Flonase, a consumer can type any question, such as: 'Is *this* safe for my son?' The HTML5 ad, available for desktop or mobile browsers or apps, opens up to allow more screen space once interaction begins. Watson remotely returns the appropriate, detailed answer. Users can interact via typing or voice-recognition through their device's microphone, and one assumes that Watson Ads will eventually talk back." *Ads Can Think.* |
| | "Benefits of IBM Watson Assistant" include "[d]eliver[ing] custom cognitive services (e.g., service and support, targeted promotions, payment, reminders, automation, client preferences)." *Transform Your Business.* |
| | "Use Case Example: A global fashion retailer integrated IBM Chatbot capabilities via Watson Assistant into its e-commerce website." *Watson CX Automation.* The chatbot does "[p]ersonalized recommendations powered by Watson AI applications for product matching" and "[s]eamless integration with payment gateways and CRM tools. Through |

15

| '097 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | conversational AI, the retailer turned customer service from a cost center into a driver of engagement and conversions." *Id.*<br><br>"Watson Advertising Conversations was designed to enable deeper engagement and real-time personalization at scale. These interactive, voice- or text-based ad units offer personalized recommendations, guide product discovery, and capture valuable feedback—all while empowering users to shape their own ad experiences." *Project 03.*<br><br>"IBM Watson Advertising and Toyota collaborated on the first cognitive ads for the auto industry with Conversations. Watson was trained on Toyota's product information and vehicle FAQ's, and used natural language processing to enable 1:1 dialogue with users." *Toyota and Watson Advertising.*<br><br>*See IBM Watson Ads for the Toyota Prius Prime* 0:48, 0:53:<br><br> |

| '097 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | *See also Watson Phone Demo* 0:15-0:20, 1:13-1:20:<br><br><br><br>ABC Bank Assistant: "How can I help you today?"<br>Customer: "I'd like to make a credit card payment."<br>ABC Bank Assistant: "No problem. I can help you with that."<br>. . .<br>ABC Bank Assistant: "Before you go, the new ABC Bank Platinum credit card has been released and you automatically qualify. Would you like to learn more?" |

*See Watson Phone Demo* 1:13-1:45:



| '097 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | ABC Bank Assistant: "Before you go, the new ABC Bank Platinum credit card has been released and you automatically qualify. Would you like to learn more?" <br> Customer: "Yea, why not. Can you text me the information?" <br> . . . (Promotion Text Arrives) . . . <br> Customer: "I'm going to now switch over to my laptop for a minute. It's been a couple hours so I can actually go back to the link that was sent to me, and I start to interact from a web perspective with the same conversation. Since it remembers who I am, … and see it says, welcome back Brian." <br><br> *See Updated Conversational Search*: <br><br> Take, for example, the following hypothetical conversation of a user trying to come up with travel plans: <br><br> • **User:** What is the largest park in Montana? <br><br> • **Assistant:** Glacier National Park is the largest park in Montana, covering about one million acres of land. <br><br> • **User:** When did it open? <br><br> Now with contextual awareness enabled, rather than querying the search provider with "When did it open?," it will infer the query you meant to search on was "When did Glacier National Park open?". This inferred query will be more likely to generate useful search results and produce a meaningful answer because the ambiguous word "it" was replaced with the location Glacier National Park mentioned in the assistant's previous answer. <br><br> "Watson Assistant uses AI, machine learning, and NLP (Natural Language Processing) to understand intent, detect context, and provide accurate, human-like responses." *Watson CX Automation*. |

19

| '097 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
|  | IBM's Watson Assistant "gracefully handle[s] vague requests, topic changes, misspellings, and misunderstandings during a customer interaction without any additional setup." *Watson Assistant Review*.<br><br>*See Watson Disambiguation*:<br><br>Disambiguation became available on all Watson Assistant plan types on 26 November 2019. By now we all know the prime aim of a chatbot is to act as a conversational interface, simulating the conversations we have as humans.<br><br>"There are several other AI algorithms underneath other Watson Assistant features like intent recommendations, user-example recommendations, entity recommendations, and intent disambiguation that provide powerful options for subject matter experts." *NLU Under the Hood*.<br><br>IBM's Watson Assistant detects and disambiguates multiple possible intents from ambiguous utterances:<br><br>If the user says `i must cancel it today`, then the following intents might be detected in the input:<br><br>`[`<br>`    {"intent":"Customer_Care_Cancel_Account","confidence":0.5602024316787719},`<br><br>`{"intent":"eCommerce_Cancel_Product_Order","confidence":0.469035148620060547},`<br>`    {"intent":"Customer_Care_Appointments","confidence":0.29033891558647157},`<br>`    {"intent":"General_Greetings","confidence":0.2894785046577454},`<br><br>*Watson Conversational Flow*.<br><br>Watson Virtual Assistant can process "not only the request, but the overall idea. Let's say that you've forgotten your password, and you're trying to log in to the system. Well, you may say, 'Hey I forgot my password.' Or you might say 'Please reset my password.' Or you |

| '097 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | may just say 'I can't log in, what do I do?' All three of those things, they are different words but they all mean the same thing …. So, no matter how it's phrased, the AI helps figure out the intent of the request." *Behind the Algorithm* at 1:09-1:39.<br><br>"Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey*. |

21

| '097 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | *See also NLP with Prolog*:<br><br>Next, Watson applies numerous detection rules that match patterns in the parse. These rules detect elements such as the focus of the question (the words that refer to the answer, in this case "he"), the lexical answer types (terms in the question or category that indicate what type of entity is being asked for, in this case "poet"), and the relationships between entities in either a question or a potential supporting passage.<br><br>We required a language in which we could conveniently express pattern matching rules over the parse trees and other annotations (such as named entity recognition results), and a technology that could execute these rules very efficiently. We found that Prolog was the ideal choice for the language due to its simplicity and expressiveness. The information in the parse is easily converted into Prolog facts, such as (the numbers representing unique identifiers for parse nodes):<br><br><code>lemma(1, "he").<br>partOfSpeech(1,pronoun).<br>lemma(2, "publish").<br>partOfSpeech(2,verb).<br>lemma(3, "Songs of a Sourdough").<br>partOfSpeech(3,noun).<br>subject(2,1).<br>object(2,3).</code><br><br>*See also Watson Orchestrate Demo* 1:40-1:56:<br><br>Customer: "My flight from Paris to New York last week was delayed. I'd like to claim compensation."<br>Assistant: "I'm sorry to hear about that delay. I've located a flight in our system matching your description. AB 1234. Could you please confirm if that's the correct flight?"<br>Customer: "Yes, that's the one."<br>. . . (Assistant then proceeds with flight AB 1234) . . .<br><br>*See also* limitation 1[a]. |

22