# EXHIBIT O

**Exhibit O**

**U.S. Patent No. 8,145,489**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '489 patent based on VoiceBox's investigation to date. VoiceBox reserves the right to provide modified and more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations and any applicable scheduling order. This chart uses "IBM's Watson Assistant" to refer to the full scope of the Accused IBM Products identified in the complaint, including because, on information and belief, the interactive voice recognition features of IBM's Watson Assistant, including Watson Assistant software and software modules, are used in and form the bases and are representative of the interactive voice recognition features of each of the accused instrumentalities.[1]

**Exemplary information relevant to infringement:**

1. "How to Build AI-Powered Chatbots Using Watson Assistant," https://nexright.com/build-ai-chatbots-using-watson-assistant/ (Chatbots Using Watson)

2. "The Ad Council and IBM Watson Advertising," https://www.ibm.com/case-studies/ad-council-watson-advertising (IBM Watson Advertising)

3. "MediaWorld uses IBM Watson Campaign Automation to put customers first," https://mediacenter.ibm.com/media/MediaWorld+uses+IBM+Watson+Campaign+Automation+to+put+customers+first/1_6w5ygfto (Watson Campaign Automation)

---

[1] *See, e.g.*, https://github.com/ibm-cloud-docs (presenting, among other things, information about software, software modules, and service architectures relating to IBM speech-to-text and natural language processing); *WASdev/sample.voice.gateway*, https://github.com/WASdev/sample.voice.gateway ("IBM® Voice Gateway provides a Session Initiation Protocol (SIP) endpoint that orchestrates IBM® Watson™ speech and conversation services to enable a cognitive agent that communicates with a caller using natural language. The voice gateway makes it possible to integrate a public or enterprise telephony system with Watson, enabling direct voice interactions with a cognitive self-service agent …."); *IBM/voice-gateway-on-icp*, https://github.com/IBM/voice-gateway-on-icp ("Voice Gateway calls Watson Speech to Text to transcribe user input. [] Based on user input, certain flows in Watson Assistant will be triggered. [] Any results from Watson Assistant will be transmitted back to the Voice Gateway service via Watson Text to Speech."); *Managing voice configuration – IBM watsonx Orchestrate ADK*, https://developer.watson-orchestrate.ibm.com/voice/managing_voice (invoking Watson speech recognition-related URLs).

4. "IBM brings AI-enabled chatbots to display ads with Watson Ads Builder," https://martech.org/ibm-brings-ai-enabled-chatbots-to-display-ads-with-watson-ads-builder/ (Watson Ads Builder)

5. "Put Personalization in the Driver's Seat," https://mmaglobal.com/files/webinars/ibm_wa_auto_september_webinar_final_1.pdf (Watson Ads Personalization)

6. "IBM Watson Advertising Revolutionizes Brand Engagement By Delivering Personalized AI-Driven Marketing Experiences," https://ieeexplore.ieee.org/document/11089251 (Watson Advertising Revolution)

7. "IBM Watson Advertising Brings AI-Driven Weather Analytics to AWS Data Exchange," https://newsroom.ibm.com/2022-01-07-IBM-Watson-Advertising-Brings-AI-Driven-Weather-Analytics-to-AWS-Data-Exchange (Watson Advertising Analytics)

8. "Chatbots, Disambiguation & IBM Watson Assistant Actions," https://cobusgreyling.medium.com/chatbots-disambiguation-ibm-watson-assistant-actions-2f865bda8090 (Watson Disambiguation)

9. "watsonx Assistant improves intent detection accuracy, leads against AI vendors cited in published study," https://www.ibm.com/new/product-blog/watson-assistant-improves-intent-detection-accuracy-leads-against-ai-vendors-cited-in-published-study (Intent Detection Accuracy)

10. "watsonx Assistant v2 | IBM Cloud API Docs," https://cloud.ibm.com/apidocs/assistant-v2 (Watson Assistant API)

11. "Build a Rule-based Chatbot Using IBM Watson Assistant," https://technologyrivers.com/blog/how-to-build-a-chatbot-using-ibm-watson-assistant/ (Build A Rule-based Chatbot)

12. "Real-World Use Cases of IBM Watson Assistant in Customer Experience Automation," https://nexright.com/ibm-watson-assistant-customer-experience-automation/ (Watson CX Automation)

13. "IBM Watson Assistant phone integration demo," https://mediacenter.ibm.com/media/IBM+Watson+Assistant+phone+integration+demo/1_2on13mix/145340842 (Watson Phone Demo)

14. "Behind the Algorithm – IBM Watson Assistant Explained," https://www.youtube.com/watch?v=cTSIkGX3NfI (Behind the Algorithm)

15. "Personalizing the dialog with context," https://cloud.ibm.com/docs/watson-assistant?topic=watson-assistant-dialog-runtime-context#dialog-runtime-context-update (Personalization with Context)

16. "Controlling the conversational flow," https://cloud.ibm.com/docs/watson-assistant?topic=watson-assistant-dialog-runtime (Watson Conversational Flow)

17. "IBM watsonx Assistant: Driving generative AI innovation with conversational search," https://www.ibm.com/new/product-blog/ibm-watsonx-assistant-driving-generative-ai-innovation-with-conversational-search (Watson Conversational Search Blog)

18. "Updated conversational search for IBM assistants," https://medium.com/ibm-watson/updated-conversational-search-for-ibm-assistants-d8250c06f1b6 (Updated Conversational Search)

19. "Under the hood: all the natural language understanding technology that makes Watson Assistant powerful," https://medium.com/ibm-watson/under-the-hood-all-the-natural-language-understanding-technology-that-makes-watson-assistant-fb8aaaca2f16 (NLU Under the Hood)

20. Avinash Kumar et al., *A Survey on IBM Watson and Its Services*, J. PHYS.: CONF. SER. 2273 012022, 1-2 (2022), *available at* https://iopscience.iop.org/article/10.1088/1742-6596/2273/1/012022/pdf (IBM Watson Survey)

21. "IBM watsonx Orchestrate: AI agents with natural-voice capabilities—Coming soon (3:49 min)" https://www.ibm.com/products/watsonx-orchestrate/ai-agent-for-customer-service (Watson Orchestrate Demo)

22. "Checklist for Implementing IBM Watson Speech Recognition," https://nexright.com/ibm-watson-speech-recognition-implementation-checklist/ (Speech Recognition Checklist)

23. "getting-started-logging.md," https://github.com/ibm-cloud-docs/watson/blob/master/getting-started-logging.md (Watson Logs Data)

24. "Using custom acoustic and custom language models together," https://cloud.ibm.com/docs/speech-to-text?topic=speech-to-text-useBoth#useBothTrain (Watson Voice Training)

25. "Creating a custom acoustic model," https://cloud.ibm.com/docs/speech-to-text?topic=speech-to-text-acoustic (Custom Acoustic Model)

26. Gabi Zodik, *How A.I. Assistants Will Transform Your Business*, IBM Research – Haifa (2018), *available at* https://www.swissre.com/dam/jcr:01fdb0cb-28d1-4ced-b8f6-5023c011598e/AI_everywhere_Presentation+Gabi+Zodik_Breakout.pdf (Transform Your Business)

27. "How AI-powered chatbots are transforming marketing and sales operations," https://www.ibm.com/think/topics/chatbots-for-sales-marketing (Watson Marketing Chatbots)

28. Brian Hull, *Project 03*, Brian Hull Design, https://www.brianhull.design/project03 (Project 03)

29. *Toyota Prius Prime Embraces Cognitive Ads*, IBM, https://www.ibm.com/case-studies/toyota-prius-prime-watson-advertising (Toyota and Watson Advertising)

30. *Snap Inc. & Factual Partner with The Weather Company; Toyota to Use Watson Ads*, ExchangeWire (June 20, 2017), https://www.exchangewire.com/blog/2017/06/20/snap-inc-factual-partner-weather-company-toyota-use-watson-ads/ (Toyota to Use Watson Ads)

31. "About IBM Voice Gateway," https://www.ibm.com/docs/en/voice-gateway?topic=gateway-about-voice (IBM Voice Gateway)

32. "watsonx Orchestrate," https://www.ibm.com/products/watsonx-orchestrate (Watson Orchestrate)

33. "6 types of chatbots and how to choose the right one for your business," https://www.ibm.com/think/topics/chatbot-types (IBM Chatbot Type)

34. "Watson Speech Services," https://www.ibm.com/docs/en/software-hub/5.4.x?topic=services-watson-speech (Speech Services)

35. "About Speech to Text," https://cloud.ibm.com/docs/speech-to-text?topic=speech-to-text-about (Watson Speech to Text)

36. "Using custom acoustic and custom language models together," https://cloud.ibm.com/docs/speech-to-text?topic=speech-to-text-useBoth#useBothRecognize (IBM Custom Models)

37. "Speech to Text: Hints Parameter," https://cloud.ibm.com/docs/speech-to-text?topic=speech-to-text-hints-parameter (Watson Hints Parameter)

38. Vimeo, https://player.vimeo.com/video/531346690 (IBM Watson Ads for the Toyota Prius Prime)

39. "Toyota uses cognitive ads from Watson to introduce the Prius Prime," https://www.thedrum.com/news/toyota-uses-cognitive-ads-watson-introduce-the-prius-prime (Toyota Cognitive Ads)

40. "Using variables with IBM Watson Assistant (formerly Conversation) service," https://github.com/IBM-Cloud/watson-conversation-variables (Using Variables with Watson Assistant)

41. "Tutorial: Setting context variables for actions from the web chat," https://cloud.ibm.com/docs/watson-assistant?topic=watson-assistant-web-chat-develop-set-context (Setting Context Variables)

42. "Using variables to manage conversation information," https://www.ibm.com/docs/en/watsonx/watson-orchestrate/base?topic=actions-using-variables-manage-conversation-information (Using Variables with watsonx)

43. Anuj Jain, "Leveraging Context Variables for Processing Logic and Managing State in Watson Assistant," MEDIUM (Aug. 15, 2019), https://medium.com/ibm-watson/leveraging-context-variables-for-processing-logic-and-managing-state-in-watson-assistant-98d4a5c4cc40 (Leveraging Context Variables)

4

44. "Watson Ads is Turning the Tables on Cognitive Learning in Advertising," https://www.exchangewire.com/blog/2016/09/09/45267/ (Watson Ads Learning)

45. "IBM announces Watson-powered ads that think," https://martech.org/ibm-announces-watson-powered-ads-think/ (Ads Can Think)

46. "Dynamic Options," https://cloud.ibm.com/docs/watson-assistant?topic=watson-assistant-dynamic-options (Dynamic Options)

47. "Speech activity detection," https://cloud.ibm.com/docs/speech-to-text?topic=speech-to-text-detection (Speech Activity Detection)

48. "Improving speech-to-text processing accuracy," https://www.ibm.com/docs/en/voice-gateway?topic=gateway-improving-speech-text-processing-accuracy (Speech-to-Text Processing Accuracy)

49. "About watsonx Assistant," https://cloud.ibm.com/docs/watson-assistant?topic=watson-assistant-about (About watsonx Assistant)

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| **17[pre]** A method for selecting and presenting advertisements in response to processing natural language utterances, comprising: | IBM's Watson Assistant performs "a method for selecting and presenting advertisements in response to processing natural language utterances, comprising:"<br><br>For example, as the following information shows, IBM's Watson Assistant products and services, including in conjunction with IBM Watson Advertising, perform a method for selecting and presenting advertisements in response to processing natural language utterances:<br><br>"Benefits of IBM Watson Assistant" include "[d]eliver[ing] custom cognitive services (e.g., service and support, targeted promotions, payment, reminders, automation, client preferences)." *Transform Your Business*.<br><br>"IBM watsonx Assistant is an enterprise conversational AI platform designed to build intelligent chatbots or virtual agents that can automate buyer processes, promote lead |

| '489 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| | generation, and drive e-commerce with personalized customer self-service support." *Watson Marketing Chatbots*. |
| | "Use Case Example: A global fashion retailer integrated IBM Chatbot capabilities via Watson Assistant into its e-commerce website." *Watson CX Automation*. The chatbot does "[p]ersonalized recommendations powered by Watson AI applications for product matching" and "[s]eamless integration with payment gateways and CRM tools. Through conversational AI, the retailer turned customer service from a cost center into a driver of engagement and conversions." *Id.* |
| | "Watson Advertising Conversations was designed to enable deeper engagement and real-time personalization at scale. These interactive, voice- or text-based ad units offer personalized recommendations, guide product discovery, and capture valuable feedback—all while empowering users to shape their own ad experiences." *Project 03*. |
| | "IBM Watson Advertising and Toyota collaborated on the first cognitive ads for the auto industry with Conversations. Watson was trained on Toyota's product information and vehicle FAQ's, and used natural language processing to enable 1:1 dialogue with users." *Toyota and Watson Advertising*. |
| | "Watson Ads are a cognitive ad format enabling consumers to connect with brands and giving marketers a scalable opportunity to have a one-to-one conversation with their audience. The cognitive ad format combines machine learning, natural language understanding, and integrated dialogue tools helping Toyota to engage and educate consumers about Prius Prime through the purchase funnel." *Toyota to Use Watson Ads*. |
| | "Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and |

6

| '489 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| | parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey.* <br><br> "watsonx Orchestrate will, with upcoming product features, be able to elevate interactions with your AI agents by offering conversations in a natural sounding voice. This new capability requires IBM Watson Text to Speech and IBM Watson Speech to Text." *Watson Orchestrate Demo* 0:05-0:20. <br><br> "IBM® Voice Gateway enables direct voice interactions over a telephone with a cognitive self-service agent or the ability to transcribe a phone call between a caller and agent so that the conversation can be processed with analytics for real-time agent feedback. Voice Gateway orchestrates Watson services and integrates them with a public or private telephone network by using the Session Initiation Protocol (SIP)." *IBM Voice Gateway.* <br><br> "IBM watsonx Orchestrate brings your entire agent ecosystem into one control plane—so you can see what's happening, manage how agents work together, and scale what delivers results across your business …. Coordinate agents, tools, and workflows across systems—turning fragmented AI into connected, end-to-end business execution." *Watson Orchestrate.* <br><br> "With IBM® watsonx Assistant™, chatbots can be trained on little data to correctly understand the user. They can be enhanced with search capabilities to sift through existing content and provide answers that address questions beyond what was initially programmed by the chatbot conversation designer. IBM watsonx Assistant accelerates the deployment of virtual agents by providing: <br><br> • Improved intent recognition from using large language models (LLMs) and advanced NLP and NLU. <br><br> • Built-in search capabilities. |

7

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | • Starter kits or built-in integrations with channels, third-party apps, business systems or contact center as a service platforms, such as Nice CXone." *IBM Chatbot Type.* "The IBM watsonx Assistant service combines machine learning, natural language understanding, and an integrated dialog editor to create conversation flows between your apps and your users." *Watson Assistant API.* *See also* limitation 17[c]. |
| **17[a]** recognizing, at a speech recognition engine that executes on a server, one or more words or phrases in a natural language utterance; | IBM's Watson Assistant "recogniz[es], at a speech recognition engine that executes on a server, one or more words or phrases in a natural language utterance." For example, as the following information shows, IBM's Watson Assistant products and services recognize, at speech recognition engines, words or phrases in natural language utterances: "IBM Watson Assistant is a powerful enterprise-grade conversational AI platform that enables organizations to create intelligent virtual agents capable of handling customer interactions, support tasks, and operational workflows with natural language." *Chatbots Using Watson.* "The platform is cloud-native and built on the scalable, secure IBM Cloud, but it also supports hybrid and multi-cloud deployments through IBM Cloud Pak for Data and the Watsonx ecosystem." *Chatbots Using Watson.* "The IBM watsonx Assistant service combines machine learning, natural language understanding, and an integrated dialog editor to create conversation flows between your apps and your users." *Watson Assistant API.* "By learning from customer conversations, Watson Assistant automatically improves its ability to resolve issues the first time. Watson Assistant uses natural language understanding (NLU) to understand colloquial speech patterns." *Build A Rule-based Chatbot.* |

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | "Watson Speech to Text transcribes written text from spoken audio. The service leverages machine learning to combine knowledge of grammar, language structure, and the composition of audio and voice signals to accurately transcribe the human voice. It continuously updates and refines its transcription as it receives more speech audio. The service is ideal for applications that need to extract high-quality speech transcripts for use cases such as call centers, custom care, agent assistance, and similar solutions." *Speech Services*.<br><br>*See Watson Speech to Text*:<br><br>**Integrated use cases**<br><br>You can use the Speech to Text service with other Watson services to create applications with even greater scope and functionality:<br><br>• *AI assistant on the phone* - Eliminate hold times and improve customer satisfaction with IBM® watsonx™ Assistant phone integration. Provide live support to your customers with the pre-built integration of watsonx Assistant, Speech to Text, and IBM Watson® Text to Speech.<br><br>• *Analyze customer calls* - Uncover patterns and conduct root-cause analysis on transcriptions of phone calls between your customers and call center agents. Transcribe audio by using Speech to Text, and then analyze the transcription with IBM Watson® Natural Language Understanding.<br><br>• *Support agents* - Provide real-time information to improve agent efficiency and focus. Use Speech to Text to transcribe calls live, and then use IBM Watson® Discovery to automatically surface relevant information so that your agent can focus on the customer rather than on the search.<br><br>"watsonx Orchestrate will, with upcoming product features, be able to elevate interactions with your AI agents by offering conversations in a natural sounding voice. This new capability requires IBM Watson Text to Speech and IBM Watson Speech to Text." *Watson Orchestrate Demo* 0:05-0:20. |

| ’489 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| | "IBM® Voice Gateway enables direct voice interactions over a telephone with a cognitive self-service agent or the ability to transcribe a phone call between a caller and agent so that the conversation can be processed with analytics for real-time agent feedback. Voice Gateway orchestrates Watson services and integrates them with a public or private telephone network by using the Session Initiation Protocol (SIP)." *IBM Voice Gateway*. <br><br> "With IBM® watsonx Assistant™, chatbots can be trained on little data to correctly understand the user. They can be enhanced with search capabilities to sift through existing content and provide answers that address questions beyond what was initially programmed by the chatbot conversation designer. IBM watsonx Assistant accelerates the deployment of virtual agents by providing: <br><br> • Improved intent recognition from using large language models (LLMs) and advanced NLP and NLU. <br><br> • Built-in search capabilities. <br><br> • Starter kits or built-in integrations with channels, third-party apps, business systems or contact center as a service platforms, such as Nice CXone." <br><br> *IBM Chatbot Type*. <br><br> "IBM watsonx Orchestrate brings your entire agent ecosystem into one control plane—so you can see what's happening, manage how agents work together, and scale what delivers results across your business …. Coordinate agents, tools, and workflows across systems—turning fragmented AI into connected, end-to-end business execution." *Watson Orchestrate*. |

*See also Watson Conversational Flow*:



*See also Intent Detection Accuracy*:

Consider the various ways customers can express their problem:

– "I can't log in"
– "My password doesn't work"
– "Forgot password"

The AI technology has to understand that the intent behind these sentences (and infinite variations of wording and misspellings) is getting help resetting the password. Even for a basic intent like this, it takes complex natural language processing (NLP) and classification techniques to get it right. Now imagine the complexity when trying to set up a system to help with, say, mortgage applications.

IBM's Watson Assistant allows users to "create domain-specific models to recognize industry jargon, unique phrases, and regional accents. This customization ensures higher accuracy for niche use cases." *Speech Recognition Checklist.*

11

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
|  | "When a user asks an assistant a question, watsonx Assistant first determines how to help the user – whether to trigger a prebuilt conversation, conversational search, or escalate to a human agent …. We also offer 'trigger words' to automatically escalate to a human agent if certain topics are recognized to ensure conversational search is not used." *Watson Conversational Search Blog*.<br><br>"Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey*. |
| **17[b]** interpreting the one or more recognized words or phrases at a conversational language processor that executes on the server to establish a context associated with the natural language utterance; | IBM's Watson Assistant "interpret[s] the one or more recognized words or phrases at a conversational language processor that executes on the server to establish a context associated with the natural language utterance."<br><br>For example, as the following information shows, IBM's Watson Assistant products and services interpret recognized words or phrases at a conversational language processor to establish contexts associated with natural language utterances:<br><br>"The IBM watsonx Assistant service combines machine learning, natural language understanding, and an integrated dialog editor to create conversation flows between your apps and your users." *Watson Assistant API*. |

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | "Watson Assistant uses AI, machine learning, and NLP (Natural Language Processing) to understand intent, detect context, and provide accurate, human-like responses." *Watson CX Automation*. |
| | "Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey*. |
| | "Contextual Understanding: Goes beyond keywords to grasp customer intent, mood, and context." *Watson CX Automation*. |
| | "watsonx Orchestrate will, with upcoming product features, be able to elevate interactions with your AI agents by offering conversations in a natural sounding voice. This new capability requires IBM Watson Text to Speech and IBM Watson Speech to Text." *Watson Orchestrate Demo* 0:05-0:20. |
| | "IBM® Voice Gateway enables direct voice interactions over a telephone with a cognitive self-service agent or the ability to transcribe a phone call between a caller and agent so that the conversation can be processed with analytics for real-time agent feedback. Voice Gateway orchestrates Watson services and integrates them with a public or private telephone network by using the Session Initiation Protocol (SIP)." *IBM Voice Gateway*. |
| | "With IBM® watsonx Assistant™, chatbots can be trained on little data to correctly understand the user. They can be enhanced with search capabilities to sift through existing content and provide answers that address questions beyond what was initially programmed |

13

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | by the chatbot conversation designer. IBM watsonx Assistant accelerates the deployment of virtual agents by providing:<br><br>• Improved intent recognition from using large language models (LLMs) and advanced NLP and NLU.<br><br>• Built-in search capabilities.<br><br>• Starter kits or built-in integrations with channels, third-party apps, business systems or contact center as a service platforms, such as Nice CXone."<br><br>*IBM Chatbot Type.*<br><br>"IBM watsonx Orchestrate brings your entire agent ecosystem into one control plane—so you can see what's happening, manage how agents work together, and scale what delivers results across your business …. Coordinate agents, tools, and workflows across systems—turning fragmented AI into connected, end-to-end business execution." *Watson Orchestrate.*<br><br>"You can specify both a custom language model and a custom acoustic model with any speech recognition request …. Using a custom language model can improve transcription accuracy regardless of whether you trained the custom acoustic model with the custom language model:<br><br>• Using both custom language and custom acoustic models during training improves the quality of the custom acoustic model.<br><br>• Using both types of model during speech recognition improves transcription quality."<br><br>*IBM Custom Models.* |

14

*See Watson Conversational Flow*:

*Personalization with Context (annotated)*:



15

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | *Watson Hints Parameter*: <br><br> <br><br> *See Updated Conversational Search*: <br><br> In order to allow for more natural flowing conversation between our users and their assistant, we've released a new beta feature known as contextual awareness or multi-turn conversational search. This enhancement to our existing conversational search capabilities will enable a user to now ask followup questions that would be ambiguously unsearchable without first taking into account what was said previously. <br><br> Take, for example, the following hypothetical conversation of a user trying to come up with travel plans: <br><br> • **User:** What is the largest park in Montana? <br> • **Assistant:** Glacier National Park is the largest park in Montana, covering about one million acres of land. <br> • **User:** When did it open? <br><br> Now with contextual awareness enabled, rather than querying the search provider with "When did it open?," it will infer the query you meant to search on was "When did Glacier National Park open?". This inferred query will be more likely to generate useful search results and produce a meaningful answer because the ambiguous word "it" was replaced with the location Glacier National Park mentioned in the assistant's previous answer. |

16

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | "The artificial intelligence at the core of watsonx Assistant is designed to correctly identify the countless permutations of intent in real-world interactions." *Intent Detection Accuracy*.<br><br>"IBM watsonx Assistant uses machine learning and deep learning techniques to understand how to answer end-user questions accurately with relatively small data sets." *Intent Detection Accuracy*.<br><br>*See Watson Disambiguation*:<br><br>Disambiguation became available on all Watson Assistant plan types on 26 November 2019. By now we all know the prime aim of a chatbot is to act as a conversational interface, simulating the conversations we have as humans.<br><br>"There are several other AI algorithms underneath other Watson Assistant features like intent recommendations, user-example recommendations, entity recommendations, and intent disambiguation that provide powerful options for subject matter experts." *NLU Under the Hood*.<br><br>IBM's Watson Assistant interprets one or more recognized words or phrases to establish a context by disambiguating multiple possible intents from ambiguous utterances:<br><br>If the user says `i must cancel it today`, then the following intents might be detected in the input:<br><br><pre>[<br>  {"intent":"Customer_Care_Cancel_Account","confidence":0.5602024316787719},<br><br>  {"intent":"eCommerce_Cancel_Product_Order","confidence":0.46903514862060547},<br>  {"intent":"Customer_Care_Appointments","confidence":0.29033891558647157},<br>  {"intent":"General_Greetings","confidence":0.2894785046577454},</pre><br>*Watson Conversational Flow*. |

17

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | Watson Virtual Assistant can process "not only the request, but the overall idea. Let's say that you've forgotten your password, and you're trying to log in to the system. Well, you may say, 'Hey I forgot my password.' Or you might say 'Please reset my password.' Or you may just say 'I can't log in, what do I do?' All three of those things, they are different words but they all mean the same thing …. So, no matter how it's phrased, the AI helps figure out the intent of the request." *Behind the Algorithm* at 1:09-1:39. |
| | "Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey*. |
| | *See also Watson Orchestrate Demo* 1:40-1:56: |
| | Customer: "My flight from Paris to New York last week was delayed. I'd like to claim compensation." <br> Assistant: "I'm sorry to hear about that delay. I've located a flight in our system matching your description. AB 1234. Could you please confirm if that's the correct flight?" <br> Customer: "Yes, that's the one." <br> . . . (Assistant then proceeds with flight AB 1234) . . . |

18

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| **17[c]** delivering an advertisement in the established context associated with the natural language utterance from the server to an electronic device in communication with the server; | IBM's Watson Assistant "deliver[s] an advertisement in the established context associated with the natural language utterance from the server to an electronic device in communication with the server." <br><br> For example: <br><br> "The platform is cloud-native and built on the scalable, secure IBM Cloud," which includes servers, "but it also supports hybrid and multi-cloud deployments through IBM Cloud Pak for Data and the Watsonx ecosystem." *Chatbots Using Watson.* <br><br> "'[With IBM Watson Campaign Automation … we] are able to provide the right message at the right person in the right moment,' explains Chief Digital and Marketing Office, MediaWorld." *Watson Campaign Automation.* <br><br> *See Watson Ads Personalization:* <br><br> |

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | "IBM Watson Assistant is a powerful enterprise-grade conversational AI platform that enables organizations to create intelligent virtual agents capable of handling customer interactions, support tasks, and operational workflows with natural language." *Chatbots Using Watson.* |
| | "The platform is cloud-native and built on the scalable, secure IBM Cloud, but it also supports hybrid and multi-cloud deployments through IBM Cloud Pak for Data and the Watsonx ecosystem." *Chatbots Using Watson.* |
| | "IBM watsonx Assistant is an enterprise conversational AI platform designed to build intelligent chatbots or virtual agents that can automate buyer processes, promote lead generation, and drive e-commerce with personalized customer self-service support." *Watson Marketing Chatbots.* |
| | "Watson Assistant provides real-time support for product discovery, returns, and delivery tracking …. [p]ersonalized recommendations powered by Watson AI applications for product matching." *Watson CX Automation.* |
| | "IBM Watson Assistant is a conversational AI platform built to help businesses create intelligent virtual agents capable of understanding natural language, automating repetitive tasks, and improving customer engagement." *Watson CX Automation.* |

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | *See Watson Ads Personalization*:<br><br><br><br>"IBM Watson Advertising Accelerator delivers personalized, high-performing creative at scale by harnessing AI to predict the optimal combination of creative elements based on key signals like consumer reaction, weather, and time of day." *IBM Watson Advertising*.<br><br>IBM's Watson Assistant, through IBM Watson Advertising "improve[s] customer engagement via the use of natural language processing and machine learning to provide contextually relevant, data-informed marketing communications. IBM Watson's AI functionalities facilitate the examination of consumer intent, behavior, and sentiment across many platforms, enabling marketers to customize content dynamically." *Watson Advertising Revolution*. |

21

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | "IBM debuted Watson Ads Builder, a self-service conversational ads platform developed specifically for marketers. The new software seeks to enable digital marketers to deliver highly personalized, one-to-one interactions with consumers through display ads." *Watson Ads Builder*.<br><br>"Take, for example, a consumer asking by voice interaction: 'What can I make for dinner tonight?' Based on its machine learning and reasoning ability from the data is has ingested, Watson can sort through ingredient and flavor profiles to make smart recommendations based on the user's input, like what kind of ingredients they have on hand, preferred cuisines, and the occasion hand – all surfaced via dynamics ads. Furthermore, Watson's ability to process and create context from large amounts of unstructured data will help marketers provide consumers with meaningful, true brand and product engagement. In this example, creating recipes on the fly with ingredients consumers already have and like to use from trusted brands." *Watson Ads Learning*.<br><br>*See Watson Phone Demo* 1:13-1:45:<br><br> |

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| |

ABC Bank Assistant: "Before you go, the new ABC Bank Platinum credit card has been released and you automatically qualify. Would you like to learn more?"
Customer: "Yea, why not. Can you text me the information?"
. . . (Promotion Text Arrives) . . .
Customer: "I'm going to now switch over to my laptop for a minute. It's been a couple hours so I can actually go back to the link that was sent to me, and I start to interact from a web perspective with the same conversation. Since it remembers who I am, … and see it says, welcome back Brian."

"IBM Watson Advertising and Toyota collaborated on the first cognitive ads for the auto industry with Conversations. Watson was trained on Toyota's product information and vehicle FAQ's, and used natural language processing to enable 1:1 dialogue with users." *Toyota and Watson Advertising.* |

23

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | *See IBM Watson Ads for the Toyota Prius Prime* 0:48, 0:53:<br> |
| **17[d]** tracking, at the server, an interaction pattern associated with the advertisement delivered to the electronic device; | IBM's Watson Assistant "track[s], at the server, an interaction pattern associated with the advertisement delivered to the electronic device."<br><br>For example:<br><br>"The platform is cloud-native and built on the scalable, secure IBM Cloud," which includes servers, "but it also supports hybrid and multi-cloud deployments through IBM Cloud Pak for Data and the Watsonx ecosystem." *Chatbots Using Watson.*<br><br>"'[With IBM Watson Campaign Automation … we] are able to provide the right message at the right person in the right moment,' explains Chief Digital and Marketing Office, MediaWorld." *Watson Campaign Automation.* |

24

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | *See Watson Ads Personalization*:<br><br><br><br>"IBM Watson Assistant is a powerful enterprise-grade conversational AI platform that enables organizations to create intelligent virtual agents capable of handling customer interactions, support tasks, and operational workflows with natural language." *Chatbots Using Watson*.<br><br>"The platform is cloud-native and built on the scalable, secure IBM Cloud, but it also supports hybrid and multi-cloud deployments through IBM Cloud Pak for Data and the Watsonx ecosystem." *Chatbots Using Watson*.<br><br>"IBM watsonx Assistant is an enterprise conversational AI platform designed to build intelligent chatbots or virtual agents that can automate buyer processes, promote lead generation, and drive e-commerce with personalized customer self-service support." *Watson Marketing Chatbots*. |

25

| '489 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| | "Watson Assistant provides real-time support for product discovery, returns, and delivery tracking …. [p]ersonalized recommendations powered by Watson AI applications for product matching." *Watson CX Automation*. |
| | IBM's Watson Assistant can "[a]nalyze Conversation logs and user interaction data to improve questions and answers, and update conversation flows to provide the most up-to-date pricing, offers, and product information." *Watson Marketing Chatbots*. |
| | "[F]or allergy medicine Flonase, a consumer can type any question, such as: 'Is this safe for my son?' The HTML5 ad, available for desktop or mobile browsers or apps, opens up to allow more screen space once interaction begins. Watson remotely returns the appropriate, detailed answer. Users can interact via typing or voice-recognition through their device's microphone, and one assumes that Watson Ads will eventually talk back." *Ads Can Think*. |
| | "Watson Advertising Conversations was designed to enable deeper engagement and real-time personalization at scale. These interactive, voice- or text-based ad units offer personalized recommendations, guide product discovery, and capture valuable feedback—all while empowering users to shape their own ad experiences." *Project 03*. |
| | "IBM Watson Advertising and Toyota collaborated on the first cognitive ads for the auto industry with Conversations. Watson was trained on Toyota's product information and vehicle FAQ's, and used natural language processing to enable 1:1 dialogue with users." *Toyota and Watson Advertising*. |
| | *See also Watson Orchestrate Demo* 1:40-1:56: |
| | Customer: "My flight from Paris to New York last week was delayed. I'd like to claim compensation." Assistant: "I'm sorry to hear about that delay. I've located a flight in our system matching your description. AB 1234. Could you please confirm if that's the correct flight?" Customer: "Yes, that's the one." . . . (Assistant then proceeds with flight AB 1234) . . . |

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | *See Watson Ads Personalization*:<br><br> |

27

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | *See also* limitation 17[c]. |
| **17[e]** updating, at the server, one or more models based on the tracked interaction pattern associated with the advertisement, wherein the one or more updated models include updated information associated with a specific user, updated information associated with a plurality of users, and updated information relating to environmental conditions or surroundings associated with the specific user; and | IBM's Watson Assistant "updat[es], at the server, one or more models based on the tracked interaction pattern associated with the advertisement, wherein the one or more updated models include updated information associated with a specific user, updated information associated with a plurality of users, and updated information relating to environmental conditions or surroundings associated with the specific user." For example: "The platform is cloud-native and built on the scalable, secure IBM Cloud," which includes servers, "but it also supports hybrid and multi-cloud deployments through IBM Cloud Pak for Data and the Watsonx ecosystem." *Chatbots Using Watson.* |

28

| '489 Patent | |
| :---: | :---: |
| **Claim** | **IBM's Watson Assistant** |
| | "'[With IBM Watson Campaign Automation … we] are able to provide the right message at the right person in the right moment,' explains Chief Digital and Marketing Office, MediaWorld." *Watson Campaign Automation*.<br><br>*See Watson Ads Personalization*:<br><br><br><br>"IBM Watson Assistant is a powerful enterprise-grade conversational AI platform that enables organizations to create intelligent virtual agents capable of handling customer interactions, support tasks, and operational workflows with natural language." *Chatbots Using Watson*. |

29

| '489 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| | "The platform is cloud-native and built on the scalable, secure IBM Cloud, but it also supports hybrid and multi-cloud deployments through IBM Cloud Pak for Data and the Watsonx ecosystem." *Chatbots Using Watson.*<br><br>IBM's Watson Assistant, including through Watson Advertising, "facilitates cross-channel consistency, adapts to real-time user inputs, and adheres to ethical AI norms in data management. The use of IBM Watson in marketing frameworks indicates a transition towards intelligent advertising systems that can adapt to changing customer demands. The methodology presents prospective opportunities for scalable, adaptive, and significant brand experiences across various digital landscapes." *Watson Advertising Revolution.*<br><br>"[Watson Ads] allows consumers to have 'intelligent, two-way' conversations with brands within the ads. And because the ads tap into IBM Watson, the platform that uses natural language processing and machine learning to reveal insights from large amounts of unstructured data, they are also trained to listen, think and respond to consumers' questions with personalized answers in real time." *Toyota Cognitive Ads.*<br><br>"The IBM Watson Assistant (Conversation) service on IBM Cloud is the foundation for building powerful chatbots and dialog-based systems. Core to its flexibility and versatility is a programming API and the ability to pass variables through the cognitive system. It supports user-provided context variables, allows the access to identified intents and entities including the annotations (what was the system thinking). Moreover, it features predefined system entities which can be enabled and significantly simplify detection of numbers, locations, people, dates and more within the ongoing conversation." *Using Variables with Watson Assistant.* |

"You can use context variables to store information that the assistant uses throughout the conversation. Context data is maintained throughout the session. The context is sent to the assistant as part of each message, and returned with each response, in an object called context. Context variables for actions skills are stored in the following location:

```
"context": {
 "skills": {
   "action skill": {
     "skill_variables": {
        ...
      }
     }
    }
   }
```

Any JSON data can be stored in the skill_variables object and read or modified by either the actions or the web chat. This example shows how you can store the customer's name in a context variable, which you can then use to show a personalized greeting. You can use this same approach to store any other information that your assistant might use. Examples might include the customer's location, an account balance, or stored preferences." *Setting Context Variables.*

"Modularity. Some information might be useful for many different purposes (for example, a customer's current account balance or contact information). Rather than retrieving or recalculating this information in multiple locations, you can do so once, by using a variable to store the result and then access it wherever you need it." *Using Variables with watsonx.*

"Let's say WA [Watson Assistant] is being used in a customer retail chat-bot use case. When a customer's question is routed to the chat-bot dialog (WA), you may want to respond with a more targeted message that takes into account the customer's loyalty/membership level or country or other factors that are known already. How can you achieve that if these attributes are not part of the chat conversation text? — Context variables. Context variables can be set in the requests (in addition to the natural language text) that is sent to WA. In our example let's assume the customer has a Premium membership and is based in Canada. The screenshot below shows a message from this customer asking about services available at the

31

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | large stores being sent to the WA API from the calling application. … [T]he calling application sets the context variable (*app.customer_loyalty* and *app.country*) in the request in the context JSON object to represent these custom attributes. Next, WA dialog can take these context variables into account and respond with the more appropriate text. This is shown in the screen below from the dialog configuration in WA. WA dialog applies condition clauses to the intent (*locations*), entity *(store)* and also the context variables — *app.customer_loyalty* and *app.country*." *Leveraging Context Variables*.<br><br>"The Toyota Watson Ad is trained with a body of knowledge that is specific to the Prius Prime, Toyota brands and auto shopping behaviors, so we're always able to stay on topic[.] … If someone asks something off-topic like 'Who will win the World Series?,' they will be redirected back to the topic at hand. The unique feature is Watson's conversation capabilities, which really humanizes the engagement." *Toyota Cognitive Ads*.<br><br>*See also Watson Orchestrate Demo* 0:36-1:10:<br>    Assistant: "Hi there. Thanks for reaching out. How can I assist you today?"<br>    Customer: "I'd like to rebook my flight."<br>    Assistant: "Absolutely. I can help with that. I pull up your account using your phone number. Could you please confirm your date of birth to proceed?"<br>    Customer: "Sure, it's April 1st, 1995."<br>    Assistant: "Thanks for confirming. I see you have a flight scheduled for October 17th, and it's eligible for rebooking. What new date are you looking to travel?"<br>    Customer: "I'd like to move it to November."<br>    Assistant: "Got it. There is a similar flight available on November 1st from LAX to JFK, departing at 11am"<br><br>IBM's Watson Assistant can "[a]nalyze Conversation logs and user interaction data to improve questions and answers, and update conversation flows to provide the most up-to-date pricing, offers, and product information." *Watson Marketing Chatbots*. |

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | *See also Watson Ads Learning*:<br><br>**Q:** "How would you measure the success of a Watson Ads campaign? What metrics do marketers have access to for campaign optimisation?"<br>**A:** "We will monitor engagement with the ad. Meaning, did the person view the ad? Did they ask it a question? How much time did the consumer spend with it? If we see our fans taking advantage of the opportunity to ask Watson questions and learn about the product or offering presented, then we'll know we're on to something. We know the longer the ad product is available, the better it will become based on Watson's machine learning process."<br><br>**Q:** "How would the ad respond to the user query?"<br>**A:** "Watson uses machine learning – meaning, it can 'read' volumes of information in milliseconds to learn about a given product, category, or industry. As time goes on, it also learns based on the questions it is asked or as new information becomes available to it. It would then respond with Watson's 'voice' to answer the question based on its amassed knowledge…. Over time, user engagement further trains the response, getting smarter the more people use it."<br><br>"The weather datasets can help analyze how weather affects consumer purchasing across different categories such as pharmaceuticals, apparel, consumer packaged goods and indoor and outdoor activities. Local data by ZIP code including historical weather data, 15-day forecast weather data, and relative data such as hot, cold, windy and other conditions could also be used to help inform campaigns, supply chain and forecasting decisions. This data can even help surface unique or non-obvious relationships between weather and consumer behavior." *Watson Advertising Analytics*.<br><br>"Insights that show locations where weather could affect sales can help businesses drive revenue based on predictive consumer behavior. According to past IBM Watson Advertising research, data revealed that while chocolate candy bar sales generally go up in colder months |

33

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | across the U.S., sales can spike in the Southwest when a higher heat index is expected, and in the Northeast during muggy nights. In another example, while more bug spray is purchased during the summer months, foggy conditions in the Northwest can drive more sales while clear conditions can drive demand in central states." *Watson Advertising Analytics.*<br><br>"The ads can be targeted through location or local weather, as well as with third-party targeting data." *Ads Can Think.*<br><br><br><br>*Watson Ads Personalization.* |

34

"[F]or allergy medicine Flonase, a consumer can type any question, such as: 'Is this safe for my son?' The HTML5 ad, available for desktop or mobile browsers or apps, opens up to allow more screen space once interaction begins. Watson remotely returns the appropriate, detailed answer. Users can interact via typing or voice-recognition through their device's microphone, and one assumes that Watson Ads will eventually talk back." *Ads Can Think*.

"Use IBM® watsonx™ Assistant to build your own branded live chatbot into any device, application, or channel. Your chatbot, which is also known as an assistant, connects to the customer engagement resources you already use to deliver an engaging, unified problem-solving experience to your customers." *About watsonx Assistant*.

"The diagram illustrates how IBM® watsonx™ Assistant delivers an exceptional, omnichannel customer experience":



*About watsonx Assistant.*

35

| '489 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| **17[f]** interpreting a subsequent natural language utterance at the conversational language processor using long-term shared knowledge and short-term shared knowledge derived from the updated information associated with the one or more updated models. | IBM's Watson Assistant "interpret[s] a subsequent natural language utterance at the conversational language processor using long-term shared knowledge and short-term shared knowledge derived from the updated information associated with the one or more updated models." <br><br> For example: <br><br> "Speech activity detection uses the input audio stream and determines which parts of the stream to pass for speech recognition. Background speech and noise can cause speech recognition errors, including incorrect transcriptions, extra words, or missing words from the input audio. The speech activity detection feature can help ensure that only relevant audio is processed for speech recognition. You can use the feature to control the following aspects of speech recognition: <br><br> • *Suppress background speech.* Call-center data often contains cross-talk ('overhearing') from other agents. You can set a volume threshold that causes the service to ignore background speech quieter than the specified level. <br> • *Suppress background noise.* Some audio, such as speech recorded in a factory, can contain a high level of background noise. You can set a threshold that causes the system to ignore background noise quieter than the specified level. <br> • *Suppress non-speech audio events.* Background music and tone events, such as audio played to a client who is waiting on hold on a telephone line, can cause inaccurate recognition. Silence can also result in unnecessary recognition or transcription errors. You can set a threshold that causes the system to ignore such events quieter than the specified level." <br><br> *Speech Activity Detection.* <br><br> "By using speech begin event detection, you can now receive an early notification with the recognize API. It detects the start of speech in the incoming audio stream and sends a notification to the user. When the speech_begin_event: true is set in the request, a new response object is sent that indicates the start of a speech segment. It can be useful for real- |

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
|  | time transcription or voice-activity-driven applications. It can be used by client applications to trigger downstream action, for example, showing speech started or active indicators and preparing real-time processing pipelines." *Speech Activity Detection.*<br><br>"Use the background_audio_suppression parameter to suppress background audio based on its volume to prevent it from being transcribed as speech. Use the parameter to suppress side conversations or background noise. For example, use this parameter to manage steady, quiet background sounds, such as weak audio signals. Because such noise can interfere with transcription, it can produce content where no actual speech occurs in the audio." *Speech Activity Detection.*<br><br>"Noise from the caller audio, such as background noise and echoes from Text to Speech playback, can affect the accuracy of the speech-to-text processing and cause unwanted barge-ins. You can configure IBM® Voice Gateway to account for noisy environments and echoes." *Speech-to-Text Processing Accuracy.*<br><br>"Test possible digression chains: If a user digresses from the current node to another node that allows digressions, the user might digress away from that other node, and repeat this pattern. If the starting node in the digression chain is configured to return after the digression, then the user will eventually be brought back to the current dialog node. In fact, any subsequent nodes in the chain that are configured not to return are excluded from being considered as digression targets. Test scenarios that digress multiple times to determine whether individual nodes function as expected." *Watson Conversational Flow.*<br><br>"Any slot can be filled during the slot-filling process. So, a slot might capture user input unexpectedly. For example, you might have a node with slots that collects the information necessary to make a dinner reservation. One of the slots collects date information. The user might ask What's the weather meant to be tomorrow?. You might have a root node that conditions on #forecast that might answer the user. However, because the user's input includes the word tomorrow and the reservation node with slots is being processed, your assistant assumes that the user is providing or updating the reservation date instead. *The current node always gets priority.* If you define a clear confirmation statement, such as, Ok, |

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | setting the reservation date to tomorrow, the user is more likely to realize there was a miscommunication and correct it." *Watson Conversational Flow*.<br><br>"Dynamic options are generated based on the data stored in a variable, which must be available to the step asking the question. The source variable must contain an array of values, each of which represents one of the options that will be presented to the customer. The items in the array can be simple values such as strings or numbers (for example, ['Raleigh', 'Boston', 'New York']) or compound JSON objects. A common scenario for dynamic options is when an array is returned from an external API that you call using a custom extension. For example, you might use a custom extension to retrieve a list of credit cards associated with a customer's account. You can then use dynamic options to ask the customer which card to use during the conversation. (For more information about custom extensions, see Calling a custom extension.)" *Dynamic options*.<br><br>"A variable is simply a named container for a piece of information; by referencing this container by name, your assistant can store or retrieve the information at run time. For example, a variable that is called *account_balance* might store your customer's current account balance, a value your assistant can update or retrieve as needed." *Using Variables with watsonx*. |

*See Watson Ads Personalization*, discussing the use of users' "creative assets" to feed "into [IBM Watson Advertising] Accelerator":



*See also Watson Phone Demo* 1:13-1:45:



| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| |  ABC Bank Assistant: "Before you go, the new ABC Bank Platinum credit card has been released and you automatically qualify. Would you like to learn more?"<br>Customer: "Yea, why not. Can you text me the information?"<br>. . . (Promotion Text Arrives) . . .<br>Customer: "I'm going to now switch over to my laptop for a minute. It's been a couple hours so I can actually go back to the link that was sent to me, and I start to interact from a web perspective with the same conversation. Since it remembers who I am, … and see it says, welcome back Brian." |

*See also Watson Phone Demo* 0:15-0:20, 1:13-1:20:



ABC Bank Assistant: "How can I help you today?"
Customer: "I'd like to make a credit card payment."
ABC Bank Assistant: "No problem. I can help you with that."

. . .

ABC Bank Assistant: "Before you go, the new ABC Bank Platinum credit card has been released and you automatically qualify. Would you like to learn more?"

IBM's Watson Assistant can also use utterances to improve services for future users, and can use accumulated long-term knowledge from multiple users to train its custom models.

"By default, most {{site.data.keyword.ibmwatson}} services log requests and their results. Logging is done only to improve the services for future users. The logged data is not shared or made public. {: shortdesc} …. If you are concerned with protecting the privacy of users' personal information or otherwise do not want your requests to be used by {{site.data.keyword.IBM_notm}}, you can choose not to have {{site.data.keyword.IBM_notm}} learn from your data (opt out). Choose to opt out at either the account level or at the API request level." *Watson Logs Data*.

41

| '489 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | "*Unsupervised training* refers to training a custom acoustic model with audio data alone. Training a custom acoustic model on audio alone can improve transcription quality if the characteristics of the custom model's audio match those of the audio that is being transcribed." *Watson Voice Training*.<br><br>"*Lightly supervised training* refers to training a custom acoustic model with a complementary, or 'helper,' custom language model. Lightly supervised training is more effective than unsupervised training in improving the quality of speech recognition. Use lightly supervised training in the following cases: When you have a custom language model that contains transcripts of your audio files. Transcribing your audio data is not strictly necessary. But training with a custom language model whose corpora are based on transcripts of your audio files can improve speech recognition. This is especially true if the audio data contains out-of-vocabulary (OOV) words that are not found in the service's base vocabulary. The service can parse the contents of the transcriptions in context, extracting OOV words and n-grams that can help it make the most effective use of your audio data." *Watson Voice Training*.<br><br>"*Add audio to the custom acoustic model*. The service accepts the same audio file formats for acoustic modeling that it accepts for speech recognition. It also accepts archive files that contain multiple audio files. Archive files are the preferred means of adding audio resources. You can repeat the method to add more audio or archive files to a custom model. *Train the custom acoustic model*. Once you add audio resources to the custom model, you must train the model. Training prepares the custom acoustic model for use in speech recognition." *Custom Acoustic Model*.<br><br>"You can improve speech recognition accuracy by using complementary custom language and custom acoustic models. You can use both types of model during training of your acoustic model, during speech recognition, or both." *Watson Voice Training*. |