# EXHIBIT P

**Exhibit P**

**U.S. Patent No. 8,527,274**

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '274 patent based on VoiceBox's investigation to date. VoiceBox reserves the right to provide modified and more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations and any applicable scheduling order. This chart uses "IBM's Watson Assistant" to refer to the full scope of the Accused IBM Products identified in the complaint, including because, on information and belief, the interactive voice recognition features of IBM's Watson Assistant, including Watson Assistant software and software modules, are used in and form the bases and are representative of the interactive voice recognition features of each of the accused instrumentalities.[1]

**Exemplary information relevant to infringement:**

1. "How to Build AI-Powered Chatbots Using Watson Assistant," https://nexright.com/build-ai-chatbots-using-watson-assistant/ (Chatbots Using Watson)

2. "Watson Ads is Turning the Tables on Cognitive Learning in Advertising," https://www.exchangewire.com/blog/2016/09/09/45267/ (Watson Ads Learning)

3. "Introducing Watson Assistant for Voice Interaction," https://medium.com/ibm-watson/introducing-watson-assistant-for-voice-interaction-e64d04656fde (Introducing WAVI)

4. "watsonx Assistant v2 | IBM Cloud API Docs," https://cloud.ibm.com/apidocs/assistant-v2 (Watson Assistant API)

---

[1] *See, e.g.*, https://github.com/ibm-cloud-docs (presenting, among other things, information about software, software modules, and service architectures relating to IBM speech-to-text and natural language processing); *WASdev/sample.voice.gateway*, https://github.com/WASdev/sample.voice.gateway ("IBM® Voice Gateway provides a Session Initiation Protocol (SIP) endpoint that orchestrates IBM® Watson™ speech and conversation services to enable a cognitive agent that communicates with a caller using natural language. The voice gateway makes it possible to integrate a public or enterprise telephony system with Watson, enabling direct voice interactions with a cognitive self-service agent ...."); *IBM/voice-gateway-on-icp*, https://github.com/IBM/voice-gateway-on-icp ("Voice Gateway calls Watson Speech to Text to transcribe user input. [] Based on user input, certain flows in Watson Assistant will be triggered. [] Any results from Watson Assistant will be transmitted back to the Voice Gateway service via Watson Text to Speech."); *Managing voice configuration – IBM watsonx Orchestrate ADK*, https://developer.watson-orchestrate.ibm.com/voice/managing_voice (invoking Watson speech recognition-related URLs).

5. "Build a Rule-based Chatbot Using IBM Watson Assistant," https://technologyrivers.com/blog/how-to-build-a-chatbot-using-ibm-watson-assistant/ (Build A Rule-based Chatbot)

6. "Real-World Use Cases of IBM Watson Assistant in Customer Experience Automation," https://nexright.com/ibm-watson-assistant-customer-experience-automation/ (Watson CX Automation)

7. "IBM Watson Assistant phone integration demo," https://mediacenter.ibm.com/media/IBM+Watson+Assistant+phone+integration+demo/1_2on13mix/145340842 (Watson Phone Demo)

8. "How AI-powered chatbots are transforming marketing and sales operations," https://www.ibm.com/think/topics/chatbots-for-sales-marketing (Watson Marketing Chatbots)

9. "IBM announces Watson-powered ads that think," https://martech.org/ibm-announces-watson-powered-ads-think/ (Ads Can Think)

10. "Controlling the conversational flow," https://cloud.ibm.com/docs/watson-assistant?topic=watson-assistant-dialog-runtime (Watson Conversational Flow)

11. "6 types of chatbots and how to choose the right one for your business," https://www.ibm.com/think/topics/chatbot-types (IBM Chatbot Type)

12. Avinash Kumar et al., *A Survey on IBM Watson and Its Services*, J. Phys.: Conf. Ser. 2273 012022, 1-2 (2022), *available at* https://iopscience.iop.org/article/10.1088/1742-6596/2273/1/012022/pdf (IBM Watson Survey)

13. Gabi Zodik, *How A.I. Assistants Will Transform Your Business*, IBM Research – Haifa (2018), *available at* https://www.swissre.com/dam/jcr:01fdb0cb-28d1-4ced-b8f6-5023c011598e/AI_everywhere_Presentation+Gabi+Zodik_Breakout.pdf (Transform Your Business)

14. *Toyota Prius Prime Embraces Cognitive Ads*, IBM, https://www.ibm.com/case-studies/toyota-prius-prime-watson-advertising (Toyota and Watson Advertising)

15. Brian Hull, *Project 03*, Brian Hull Design, https://www.brianhull.design/project03 (Project 03)

16. *Snap Inc. & Factual Partner with The Weather Company; Toyota to Use Watson Ads*, ExchangeWire (June 20, 2017), https://www.exchangewire.com/blog/2017/06/20/snap-inc-factual-partner-weather-company-toyota-use-watson-ads/ (Toyota to Use Watson Ads)

17. Vimeo, https://player.vimeo.com/video/531346690 (IBM Watson Ads for the Toyota Prius Prime)

2

18. "Updated conversational search for IBM assistants," https://medium.com/ibm-watson/updated-conversational-search-for-ibm-assistants-d8250c06f1b6 (Updated Conversational Search)

19. "watsonx Orchestrate," https://www.ibm.com/products/watsonx-orchestrate (Watson Orchestrate)

20. "About IBM Voice Gateway," https://www.ibm.com/docs/en/voice-gateway?topic=gateway-about-voice (IBM Voice Gateway)

21. "IBM watsonx Orchestrate: AI agents with natural-voice capabilities—Coming soon (3:49 min)" https://www.ibm.com/products/watsonx-orchestrate/ai-agent-for-customer-service (Watson Orchestrate Demo)

22. "watsonx Assistant improves intent detection accuracy, leads against AI vendors cited in published study," https://www.ibm.com/new/product-blog/watson-assistant-improves-intent-detection-accuracy-leads-against-ai-vendors-cited-in-published-study (Intent Detection Accuracy)

23. "Under the hood: all the natural language understanding technology that makes Watson Assistant powerful," https://medium.com/ibm-watson/under-the-hood-all-the-natural-language-understanding-technology-that-makes-watson-assistant-fb8aaaca2f16 (NLU Under the Hood)

24. "Chatbots, Disambiguation & IBM Watson Assistant Actions," https://cobusgreyling.medium.com/chatbots-disambiguation-ibm-watson-assistant-actions-2f865bda8090 (Watson Disambiguation)

25. "Behind the Algorithm – IBM Watson Assistant Explained," https://www.youtube.com/watch?v=cTSIkGX3NfI (Behind the Algorithm)

26. "Put Personalization in the Driver's Seat," https://mmaglobal.com/files/webinars/ibm_wa_auto_september_webinar_final_1.pdf (Watson Ads Personalization)

27. "The Ad Council and IBM Watson Advertising," https://www.ibm.com/case-studies/ad-council-watson-advertising (IBM Watson Advertising)

28. "IBM Watson Advertising Revolutionizes Brand Engagement By Delivering Personalized AI-Driven Marketing Experiences," https://ieeexplore.ieee.org/document/11089251 (Watson Advertising Revolution)

29. "IBM brings AI-enabled chatbots to display ads with Watson Ads Builder," https://martech.org/ibm-brings-ai-enabled-chatbots-to-display-ads-with-watson-ads-builder/ (Watson Ads Builder)

30. "IBM Watson Assistant: virtual assistant software review," https://www.accuratereviews.com/virtual-assistant-software/ibm-watson-assistant-review/ (Watson Assistant Review)

| '274 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| **1[pre]** A method to deliver targeted advertisements and track advertisement interactions in voice recognition contexts, comprising: | IBM's Watson Assistant performs "a method to deliver targeted advertisements and track advertisement interactions in voice recognition contexts, comprising:" |
| | For example, as the following information shows, IBM's Watson Assistant products and services, including in conjunction with IBM Watson Advertising, perform a method to deliver targeted advertisements and track advertisement interactions in voice recognition contexts: |
| | "Benefits of IBM Watson Assistant" include "[d]eliver[ing] custom cognitive services (e.g., service and support, targeted promotions, payment, reminders, automation, client preferences)." *Transform Your Business*. |
| | "IBM watsonx Assistant is an enterprise conversational AI platform designed to build intelligent chatbots or virtual agents that can automate buyer processes, promote lead generation, and drive e-commerce with personalized customer self-service support." *Watson Marketing Chatbots*. |
| | "Use Case Example: A global fashion retailer integrated IBM Chatbot capabilities via Watson Assistant into its e-commerce website." *Watson CX Automation*. The chatbot does "[p]ersonalized recommendations powered by Watson AI applications for product matching" and "[s]eamless integration with payment gateways and CRM tools. Through conversational AI, the retailer turned customer service from a cost center into a driver of engagement and conversions." *Id.* |
| | "Watson Advertising Conversations was designed to enable deeper engagement and real-time personalization at scale. These interactive, voice- or text-based ad units offer personalized recommendations, guide product discovery, and capture valuable feedback—all while empowering users to shape their own ad experiences." *Project 03*. |
| | "IBM Watson Advertising and Toyota collaborated on the first cognitive ads for the auto industry with Conversations. Watson was trained on Toyota's product information and |

| '274 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | vehicle FAQ's, and used natural language processing to enable 1:1 dialogue with users." *Toyota and Watson Advertising*.<br><br>"Watson Ads are a cognitive ad format enabling consumers to connect with brands and giving marketers a scalable opportunity to have a one-to-one conversation with their audience. The cognitive ad format combines machine learning, natural language understanding, and integrated dialogue tools helping Toyota to engage and educate consumers about Prius Prime through the purchase funnel." *Toyota to Use Watson Ads*.<br><br>"Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey*.<br><br>"watsonx Orchestrate will, with upcoming product features, be able to elevate interactions with your AI agents by offering conversations in a natural sounding voice. This new capability requires IBM Watson Text to Speech and IBM Watson Speech to Text." *Watson Orchestrate Demo* 0:05-0:20.<br><br>"IBM® Voice Gateway enables direct voice interactions over a telephone with a cognitive self-service agent or the ability to transcribe a phone call between a caller and agent so that the conversation can be processed with analytics for real-time agent feedback. Voice Gateway orchestrates Watson services and integrates them with a public or private telephone network by using the Session Initiation Protocol (SIP)." *IBM Voice Gateway*. |

| '274 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | "IBM watsonx Orchestrate brings your entire agent ecosystem into one control plane—so you can see what's happening, manage how agents work together, and scale what delivers results across your business …. Coordinate agents, tools, and workflows across systems—turning fragmented AI into connected, end-to-end business execution." *Watson Orchestrate.*<br><br>"With IBM® watsonx Assistant™, chatbots can be trained on little data to correctly understand the user. They can be enhanced with search capabilities to sift through existing content and provide answers that address questions beyond what was initially programmed by the chatbot conversation designer. IBM watsonx Assistant accelerates the deployment of virtual agents by providing:<br><br>&bull; Improved intent recognition from using large language models (LLMs) and advanced NLP and NLU.<br><br>&bull; Built-in search capabilities.<br><br>&bull; Starter kits or built-in integrations with channels, third-party apps, business systems or contact center as a service platforms, such as Nice CXone."<br><br>*IBM Chatbot Type.*<br><br>"The IBM watsonx Assistant service combines machine learning, natural language understanding, and an integrated dialog editor to create conversation flows between your apps and your users." *Watson Assistant API.*<br><br>"IBM watsonx Assistant is an enterprise conversational AI platform designed to build intelligent chatbots or virtual agents that can automate buyer processes, promote lead generation, and drive e-commerce with personalized customer self-service support." *Watson Marketing Chatbots.*<br><br>"Watson Assistant provides real-time support for product discovery, returns, and delivery tracking …. [p]ersonalized recommendations powered by Watson AI applications for product matching." *Watson CX Automation.* |

| '274 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| | IBM's Watson Assistant can "[a]nalyze Conversation logs and user interaction data to improve questions and answers, and update conversation flows to provide the most up-to-date pricing, offers, and product information." *Watson Marketing Chatbots*.<br><br>"[F]or allergy medicine Flonase, a consumer can type any question, such as: 'Is this safe for my son?' The HTML5 ad, available for desktop or mobile browsers or apps, opens up to allow more screen space once interaction begins. Watson remotely returns the appropriate, detailed answer. Users can interact via typing or voice-recognition through their device's microphone, and one assumes that Watson Ads will eventually talk back." *Ads Can Think*.<br><br>*See also Watson Orchestrate Demo* 1:40-1:56:<br><br>Customer: "My flight from Paris to New York last week was delayed. I'd like to claim compensation."<br>Assistant: "I'm sorry to hear about that delay. I've located a flight in our system matching your description. AB 1234. Could you please confirm if that's the correct flight?"<br>Customer: "Yes, that's the one."<br>. . . (Assistant then proceeds with flight AB 1234) . . . |

*See Watson Ads Personalization*:



| '274 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | "IBM Watson Assistant is a conversational AI platform built to help businesses create intelligent virtual agents capable of understanding natural language, automating repetitive tasks, and improving customer engagement." *Watson CX Automation*. |

*See Watson Ads Personalization*:

"IBM Watson Advertising Accelerator delivers personalized, high-performing creative at scale by harnessing AI to predict the optimal combination of creative elements based on key signals like consumer reaction, weather, and time of day." *IBM Watson Advertising*.

IBM's Watson Assistant, through IBM Watson Advertising "improve[s] customer engagement via the use of natural language processing and machine learning to provide contextually relevant, data-informed marketing communications. IBM Watson's AI functionalities facilitate the examination of consumer intent, behavior, and sentiment across many platforms, enabling marketers to customize content dynamically." *Watson Advertising Revolution*.

9

| '274 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | "IBM debuted Watson Ads Builder, a self-service conversational ads platform developed specifically for marketers. The new software seeks to enable digital marketers to deliver highly personalized, one-to-one interactions with consumers through display ads." *Watson Ads Builder*. |
| | "Take, for example, a consumer asking by voice interaction: 'What can I make for dinner tonight?' Based on its machine learning and reasoning ability from the data i[t] has ingested, Watson can sort through ingredient and flavor profiles to make smart recommendations based on the user's input, like what kind of ingredients they have on hand, preferred cuisines, and the occasion hand – all surfaced via dynamics ads. Furthermore, Watson's ability to process and create context from large amounts of unstructured data will help marketers provide consumers with meaningful, true brand and product engagement. In this example, creating recipes on the fly with ingredients consumers already have and like to use from trusted brands." *Watson Ads Learning*. |
| | *See Watson Phone Demo* 1:13-1:45: |
| | |

| '274 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| |  ABC Bank Assistant: "Before you go, the new ABC Bank Platinum credit card has been released and you automatically qualify. Would you like to learn more?" <br> Customer: "Yea, why not. Can you text me the information?" <br> . . . (Promotion Text Arrives) . . . <br> Customer: "I'm going to now switch over to my laptop for a minute. It's been a couple hours so I can actually go back to the link that was sent to me, and I start to interact from a web perspective with the same conversation. Since it remembers who I am, … and see it says, welcome back Brian." |

11

| '274 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| | *See IBM Watson Ads for the Toyota Prius Prime* 0:48, 0:53:<br> |
| **1[a]** receiving a natural language utterance from a voice-enabled device; | IBM's Watson Assistant "receiv[es] a natural language utterance from a voice-enabled device."<br><br>For example:<br><br>"IBM Watson Assistant is a powerful enterprise-grade conversational AI platform that enables organizations to create intelligent virtual agents capable of handling customer interactions, support tasks, and operational workflows with natural language." *Chatbots Using Watson*. |

| ʼ274 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | "The platform is cloud-native and built on the scalable, secure IBM Cloud, but it also supports hybrid and multi-cloud deployments through IBM Cloud Pak for Data and the Watsonx ecosystem." *Chatbots Using Watson.* <br><br> "The IBM watsonx Assistant service combines machine learning, natural language understanding, and an integrated dialog editor to create conversation flows between your apps and your users." *Watson Assistant API.* <br><br> "This solution brings Watson Assistant's AI capabilities into call centers, allowing end-users to talk to Watson over the phone." *Introducing WAVI.* <br><br> <br><br> Today I am happy to announce the availability of Watson Assistant for Voice Interaction. This solution brings Watson Assistant's AI capabilities into call centers, allowing end-users to talk to Watson over the phone. <br><br> **IBM watsonx Assistant** <br><br> IBM watsonx Assistant is a conversational AI platform that's easy to use. It's designed for non-technical builders who want to help answer questions and help their customer get stuff done. <br><br> *Introducing WAVI.* |

*See also Watson Phone Demo* 0:12-0:20:



14

*See also Watson Orchestrate Demo* 0:37:



"IBM Watson Assistant is a conversational AI platform built to help businesses create intelligent virtual agents capable of understanding natural language, automating repetitive tasks, and improving customer engagement." *Watson CX Automation*.

"By learning from customer conversations, Watson Assistant automatically improves its ability to resolve issues the first time. Watson Assistant uses natural language understanding (NLU) to understand colloquial speech patterns." *Build A Rule-based Chatbot*.

15

*See also Watson Conversational Flow*:



*See also Intent Detection Accuracy:*

Consider the various ways customers can express their problem:

- "I can't log in"
- "My password doesn't work"
- "Forgot password"

The AI technology has to understand that the intent behind these sentences (and infinite variations of wording and misspellings) is getting help resetting the password. Even for a basic intent like this, it takes complex natural language processing (NLP) and classification techniques to get it right. Now imagine the complexity when trying to set up a system to help with, say, mortgage applications.

16

| '274 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| | "Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey.* |
| **1[b]** processing the natural language utterance to identify one or more requests associated with the natural language utterance; | IBM's Watson Assistant "process[es] the natural language utterance to identify one or more requests associated with the natural language utterance." For example, as the following information shows, IBM's Watson Assistant products and services process the natural language utterance to identify requests associated with the natural language utterances: "Watson Assistant uses AI, machine learning, and NLP (Natural Language Processing) to understand intent, detect context, and provide accurate, human-like responses." *Watson CX Automation.* Watson Assistant's "Contextual Understanding: Goes beyond keywords to grasp customer intent, mood, and context." *Watson CX Automation.* |

| '274 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | *See Watson Conversational Flow*:<br><br><br><br>*See Updated Conversational Search*:<br><br>Take, for example, the following hypothetical conversation of a user trying to come up with travel plans:<br><br>• **User:** What is the largest park in Montana?<br><br>• **Assistant:** Glacier National Park is the largest park in Montana, covering about one million acres of land.<br><br>• **User:** When did it open?<br><br>Now with contextual awareness enabled, rather than querying the search provider with "When did it open?," it will infer the query you meant to search on was "When did Glacier National Park open?". This inferred query will be more likely to generate useful search results and produce a meaningful answer because the ambiguous word "it" was replaced with the location Glacier National Park mentioned in the assistant's previous answer. |

| '274 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | "The artificial intelligence at the core of watsonx Assistant is designed to correctly identify the countless permutations of intent in real-world interactions." *Intent Detection Accuracy*.<br><br>"IBM watsonx Assistant uses machine learning and deep learning techniques to understand how to answer end-user questions accurately with relatively small data sets." *Intent Detection Accuracy*.<br><br>*See Watson Disambiguation*:<br><br>Disambiguation became available on all Watson Assistant plan types on 26 November 2019. By now we all know the prime aim of a chatbot is to act as a conversational interface, simulating the conversations we have as humans.<br><br>"There are several other AI algorithms underneath other Watson Assistant features like intent recommendations, user-example recommendations, entity recommendations, and intent disambiguation that provide powerful options for subject matter experts." *NLU Under the Hood*.<br><br>IBM's Watson Assistant processes user utterances, identifies requests associated with the utterances, and disambiguates multiple possible intents from ambiguous requests:<br><br>If the user says `i must cancel it today`, then the following intents might be detected in the input:<br><br>`[`<br>`    {"intent":"Customer_Care_Cancel_Account","confidence":0.5602024316787719},`<br>`    {"intent":"eCommerce_Cancel_Product_Order","confidence":0.46903514862060547},`<br>`    {"intent":"Customer_Care_Appointments","confidence":0.29033891558647157},`<br>`    {"intent":"General_Greetings","confidence":0.2894785046577454},`<br><br>*Watson Conversational Flow*.<br><br>"In Watson Assistant, there is an established notion that each time the dialog returns a response and waits for user input, the dialog stores the ID of the node where the |

| ’274 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | conversation must resume. This node is called the contextual node." *Build A Rule-based Chatbot*. |
| | Watson Virtual Assistant can process "not only the request, but the overall idea. Let's say that you've forgotten your password, and you're trying to log in to the system. Well, you may say, 'Hey I forgot my password.' Or you might say 'Please reset my password.' Or you may just say 'I can't log in, what do I do?' All three of those, they are different words but they all mean the same thing …. So, no matter how it's phrased, the AI helps figure out the intent of the request." *Behind the Algorithm* at 1:09-1:39. |
| | "Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey*. |
| | *See also Watson Orchestrate Demo* 1:40-1:56: |
| | Customer: "My flight from Paris to New York last week was delayed. I'd like to claim compensation." <br> Assistant: "I'm sorry to hear about that delay. I've located a flight in our system matching your description. AB 1234. Could you please confirm if that's the correct flight?" <br> Customer: "Yes, that's the one." <br> . . . (Assistant then proceeds with flight AB 1234) . . . |

| '274 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| **1[c]** determining that the natural language utterance contains a request that is incomplete or ambiguous; | IBM's Watson Assistant "determin[es] that the natural language utterance contains a request that is incomplete or ambiguous." <br><br> For example, the following information shows that IBM's Watson Assistant products and services can determine that the natural language utterance contains a request that is incomplete or ambiguous: <br><br> "The IBM watsonx Assistant service combines machine learning, natural language understanding, and an integrated dialog editor to create conversation flows between your apps and your users." *Watson Assistant API*. <br><br> "IBM Watson Assistant is a conversational AI platform built to help businesses create intelligent virtual agents capable of understanding natural language, automating repetitive tasks, and improving customer engagement." *Watson CX Automation*. <br><br> "By learning from customer conversations, Watson Assistant automatically improves its ability to resolve issues the first time. Watson Assistant uses natural language understanding (NLU) to understand colloquial speech patterns." *Build A Rule-based Chatbot*. <br><br> "The artificial intelligence at the core of watsonx Assistant is designed to correctly identify the countless permutations of intent in real-world interactions." *Intent Detection Accuracy*. |

21

*See also Watson Conversational Flow*:



Watson "gracefully handle[s] vague requests, topic changes, misspellings, and misunderstandings during a customer interaction without any additional setup." *Watson Assistant Review.*

> Consider the various ways customers can express their problem:
>
> – "I can't log in"
> – "My password doesn't work"
> – "Forgot password"
>
> The AI technology has to understand that the intent behind these sentences (and infinite variations of wording and misspellings) is getting help resetting the password. Even for a basic intent like this, it takes complex natural language processing (NLP) and classification techniques to get it right. Now imagine the complexity when trying to set up a system to help with, say, mortgage applications.

*Intent Detection Accuracy.*

22

| '274 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | "Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey*. <br><br>*See also* limitation 1[b]. |
| **1[d]** selecting one or more advertisements associated with the natural language utterance; | IBM's Watson Assistant "select[s] one or more advertisements associated with the natural language utterance." <br><br>For example: <br><br>"IBM watsonx Assistant is an enterprise conversational AI platform designed to build intelligent chatbots or virtual agents that can automate buyer processes, promote lead generation, and drive e-commerce with personalized customer self-service support." *Watson Marketing Chatbots*. <br><br>"Watson Assistant provides real-time support for product discovery, returns, and delivery tracking" and "[p]ersonalized recommendations powered by Watson AI applications for product matching." *Watson CX Automation*. <br><br>"IBM Watson Advertising and Toyota collaborated on the first cognitive ads for the auto industry with Conversations. Watson was trained on Toyota's product information and vehicle FAQ's, and used natural language processing to enable 1:1 dialogue with users." *Toyota and Watson Advertising*. |

23

*See IBM Watson Ads for the Toyota Prius Prime* 0:48, 0:53:



| '274 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | *See also Watson Phone Demo* 0:15-0:20, 1:13-1:20:<br><br><br><br>ABC Bank Assistant: "How can I help you today?"<br>Customer: "I'd like to make a credit card payment."<br>ABC Bank Assistant: "No problem. I can help you with that."<br>. . .<br>ABC Bank Assistant: "Before you go, the new ABC Bank Platinum credit card has been released and you automatically qualify. Would you like to learn more?"<br><br>*See also* limitation 1[e]. |

| '274 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| **1[e]** outputting the one or more selected advertisements to the voice-enabled device; | IBM's Watson Assistant "output[s] the one or more selected advertisements to the voice-enabled device." <br><br> For example: <br><br> "IBM Watson Assistant is a conversational AI platform built to help businesses create intelligent virtual agents capable of understanding natural language, automating repetitive tasks, and improving customer engagement." *Watson CX Automation*. <br><br> *See Watson Ads Personalization*: <br><br> <br><br> "IBM Watson Advertising Accelerator delivers personalized, high-performing creative at scale by harnessing AI to predict the optimal combination of creative elements based on key signals like consumer reaction, weather, and time of day." *IBM Watson Advertising*. |

26

| '274 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | IBM's Watson Assistant, through IBM Watson Advertising "improve[s] customer engagement via the use of natural language processing and machine learning to provide contextually relevant, data-informed marketing communications. IBM Watson's AI functionalities facilitate the examination of consumer intent, behavior, and sentiment across many platforms, enabling marketers to customize content dynamically." *Watson Advertising Revolution.*<br><br>"IBM debuted Watson Ads Builder, a self-service conversational ads platform developed specifically for marketers. The new software seeks to enable digital marketers to deliver highly personalized, one-to-one interactions with consumers through display ads." *Watson Ads Builder.*<br><br>"Take, for example, a consumer asking by voice interaction: 'What can I make for dinner tonight?' Based on its machine learning and reasoning ability from the data i[t] has ingested, Watson can sort through ingredient and flavor profiles to make smart recommendations based on the user's input, like what kind of ingredients they have on hand, preferred cuisines, and the occasion hand – all surfaced via dynamics ads. Furthermore, Watson's ability to process and create context from large amounts of unstructured data will help marketers provide consumers with meaningful, true brand and product engagement. In this example, creating recipes on the fly with ingredients consumers already have and like to use from trusted brands." *Watson Ads Learning.* |

*See Watson Phone Demo* 1:13-1:45:



ABC Bank Assistant: "Before you go, the new ABC Bank Platinum credit card has been released and you automatically qualify. Would you like to learn more?"

28

| '274 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | Customer: "Yea, why not. Can you text me the information?"<br>. . . (Promotion Text Arrives) . . .<br>Customer: "I'm going to now switch over to my laptop for a minute. It's been a couple hours so I can actually go back to the link that was sent to me, and I start to interact from a web perspective with the same conversation. Since it remembers who I am, … and see it says, welcome back Brian."<br><br>*See IBM Watson Ads for the Toyota Prius Prime* 0:48, 0:53:<br><br><br><br>*See also* limitation 1[d]. |

| '274 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| **1[f]** monitoring interaction between a user and the one or more selected advertisements; and | IBM's Watson Assistant "monitor[s] interaction between a user and the one or more selected advertisements." <br><br> For example: <br><br> "IBM watsonx Assistant is an enterprise conversational AI platform designed to build intelligent chatbots or virtual agents that can automate buyer processes, promote lead generation, and drive e-commerce with personalized customer self-service support." *Watson Marketing Chatbots*. <br><br> "Watson Assistant provides real-time support for product discovery, returns, and delivery tracking …. [p]ersonalized recommendations powered by Watson AI applications for product matching." *Watson CX Automation*. <br><br> IBM's Watson Assistant can "[a]nalyze Conversation logs and user interaction data to improve questions and answers, and update conversation flows to provide the most up-to-date pricing, offers, and product information." *Watson Marketing Chatbots*. <br><br> "IBM debuted Watson Ads Builder, a self-service conversational ads platform developed specifically for marketers. The new software seeks to enable digital marketers to deliver highly personalized, one-to-one interactions with consumers through display ads." *Watson Ads Builder*. <br><br> *See Watson Ads Learning*: <br><br> **Q:** "How would you measure the success of a Watson Ads campaign? What metrics do marketers have access to for campaign optimisation?" <br> **A:** "We will monitor engagement with the ad. Meaning, did the person view the ad? Did they ask it a question? How much time did the consumer spend with it? If we see our fans taking advantage of the opportunity to ask Watson questions and learn about the product or offering presented, then we'll know we're on to something. We know the longer the ad product is available, the better it will become based on Watson's machine learning process." |

30

| '274 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | **Q:** "How would the ad respond to the user query?" <br> **A:** "Watson uses machine learning – meaning, it can 'read' volumes of information in milliseconds to learn about a given product, category, or industry. As time goes on, it also learns based on the questions it is asked or as new information becomes available to it. It would then respond with Watson's 'voice' to answer the question based on its amassed knowledge…. Over time, user engagement further trains the response, getting smarter the more people use it." <br><br> "[F]or allergy medicine Flonase, a consumer can type any question, such as: 'Is this safe for my son?' The HTML5 ad, available for desktop or mobile browsers or apps, opens up to allow more screen space once interaction begins. Watson remotely returns the appropriate, detailed answer. Users can interact via typing or voice-recognition through their device's microphone, and one assumes that Watson Ads will eventually talk back." *Ads Can Think*. <br><br> "Watson Advertising Conversations was designed to enable deeper engagement and real-time personalization at scale. These interactive, voice- or text-based ad units offer personalized recommendations, guide product discovery, and capture valuable feedback—all while empowering users to shape their own ad experiences." *Project 03*. <br><br> "IBM Watson Advertising and Toyota collaborated on the first cognitive ads for the auto industry with Conversations. Watson was trained on Toyota's product information and vehicle FAQ's, and used natural language processing to enable 1:1 dialogue with users." *Toyota and Watson Advertising*. <br><br> *See also Watson Orchestrate Demo* 1:40-1:56: <br><br> Customer: "My flight from Paris to New York last week was delayed. I'd like to claim compensation." <br> Assistant: "I'm sorry to hear about that delay. I've located a flight in our system matching your description. AB 1234. Could you please confirm if that's the correct flight?" |

31

| '274 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | Customer: "Yes, that's the one."<br>. . . (Assistant then proceeds with flight AB 1234) . . .<br><br>*See Watson Ads Personalization*:<br><br>![Simple campaign setup slide]<br><br>**Simple campaign setup**<br><br>**1. Define campaign success: KPI & benchmarks**<br>➤ Accelerator can drive upper, mid & lower funnel KPIs<br>➤ We provide a pixel for cross-platform media measurement, allowing Accelerator to optimize against conversion goals<br><br>**2. Share your creative assets (variables)\***<br>➤ Display: headlines, images, call-to-actions<br>➤ Video: music tracks, video sequences, messaging (voice/text), end cards/call-to-actions<br><br>**3. We feed all approved variables into Accelerator**<br>➤ Our creative team organizes variables into templates (2-3 min) giving Accelerator the guardrails needed for creative assembly<br>➤ Accelerator leverages variables across templates to dynamically assemble unique ad creative by user<br>➤ Prior to launch, your team views creative variations to ensure brand & legal approval<br><br>*Need more asset options? Partner with our award-winning creative team to develop additional ad concepts & variables.<br><br>IBM Watson Advertising / © 2021 IBM Corporation<br><br>Template / Variable Models for Accelerator Campaigns (Base Recommendations)<br><br>Client Assets<br>Display (3x3x3)    Video (2x4x2)<br>Templates (T)<br>Variables (V)<br>81+ possible ad variations    32+ possible ad variations |

32

| '274 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | *See also* limitations 1[d] and 1[e]. |
| **1[g]** interpreting the request that is incomplete or ambiguous based on the interaction. | IBM's Watson Assistant "interpret[s] the request that is incomplete or ambiguous based on the interaction." For example: "[F]or allergy medicine Flonase, a consumer can type any question, such as: 'Is this safe for my son?' The HTML5 ad, available for desktop or mobile browsers or apps, opens up to allow more screen space once interaction begins. Watson remotely returns the appropriate, detailed answer. Users can interact via typing or voice-recognition through their device's microphone, and one assumes that Watson Ads will eventually talk back." *Ads Can Think*. |

| '274 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | "Benefits of IBM Watson Assistant" include "deliver[ing] custom cognitive services (e.g., service and support, targeted promotions, payment, reminders, automation, client preferences)." *Transform Your Business*.<br><br>"Use Case Example: A global fashion retailer integrated IBM Chatbot capabilities via Watson Assistant into its e-commerce website." *Watson CX Automation*. The chatbot does "[p]ersonalized recommendations powered by Watson AI applications for product matching" and "seamless integration with payment gateways and CRM tools. Through conversational AI, the retailer turned customer service from a cost center into a driver of engagement and conversions." *Id.*<br><br>"Watson Advertising Conversations was designed to enable deeper engagement and real-time personalization at scale. These interactive, voice- or text-based ad units offer personalized recommendations, guide product discovery, and capture valuable feedback—all while empowering users to shape their own ad experiences." *Project 03*.<br><br>"IBM Watson Advertising and Toyota collaborated on the first cognitive ads for the auto industry with Conversations. Watson was trained on Toyota's product information and vehicle FAQ's, and used natural language processing to enable 1:1 dialogue with users." *Toyota and Watson Advertising*. |

*See IBM Watson Ads for the Toyota Prius Prime* 0:48, 0:53:



| '274 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | *See also Watson Phone Demo* 0:15-0:20, 1:13-1:20:<br><br><br><br>ABC Bank Assistant: "How can I help you today?"<br>Customer: "I'd like to make a credit card payment."<br>ABC Bank Assistant: "No problem. I can help you with that."<br>. . .<br>ABC Bank Assistant: "Before you go, the new ABC Bank Platinum credit card has been released and you automatically qualify. Would you like to learn more?" |

*See Watson Phone Demo* 1:13-1:45:



ABC Bank Assistant: "Before you go, the new ABC Bank Platinum credit card has been released and you automatically qualify. Would you like to learn more?"

37

| '274 Patent | |
|---|---|
| **Claim** | **IBM's Watson Assistant** |
| | Customer: "Yea, why not. Can you text me the information?" . . . (Promotion Text Arrives) . . . Customer: "I'm going to now switch over to my laptop for a minute. It's been a couple hours so I can actually go back to the link that was sent to me, and I start to interact from a web perspective with the same conversation. Since it remembers who I am, … and see it says, welcome back Brian." <br><br>*See Updated Conversational Search*: <br><br>Take, for example, the following hypothetical conversation of a user trying to come up with travel plans:<br><br>• **User:** What is the largest park in Montana?<br><br>• **Assistant:** Glacier National Park is the largest park in Montana, covering about one million acres of land.<br><br>• **User:** When did it open?<br><br>Now with contextual awareness enabled, rather than querying the search provider with "When did it open?," it will infer the query you meant to search on was "When did Glacier National Park open?". This inferred query will be more likely to generate useful search results and produce a meaningful answer because the ambiguous word "it" was replaced with the location Glacier National Park mentioned in the assistant's previous answer.<br><br>"Watson Assistant uses AI, machine learning, and NLP (Natural Language Processing) to understand intent, detect context, and provide accurate, human-like responses." *Watson CX Automation*.<br><br>IBM's Watson Assistant "gracefully handle[s] vague requests, topic changes, misspellings, and misunderstandings during a customer interaction without any additional setup." *Watson Assistant Review*. |

*See Watson Disambiguation*:

> Disambiguation became available on all Watson Assistant plan types on 26 November 2019. By now we all know the prime aim of a chatbot is to act as a conversational interface, simulating the conversations we have as humans.

"There are several other AI algorithms underneath other Watson Assistant features like intent recommendations, user-example recommendations, entity recommendations, and intent disambiguation that provide powerful options for subject matter experts." *NLU Under the Hood*.

IBM's Watson Assistant detects and disambiguates multiple possible intents from ambiguous utterances:

If the user says `i must cancel it today`, then the following intents might be detected in the input:

```
[
  {"intent":"Customer_Care_Cancel_Account","confidence":0.5602024316787719},

  {"intent":"eCommerce_Cancel_Product_Order","confidence":0.46903514862060547},
  {"intent":"Customer_Care_Appointments","confidence":0.29033891558647157},
  {"intent":"General_Greetings","confidence":0.2894785046577454},
```

*Watson Conversational Flow*.

Watson Virtual Assistant can process "not only the request, but the overall idea. Let's say that you've forgotten your password, and you're trying to log in to the system. Well, you may say, 'Hey I forgot my password.' Or you might say 'Please reset my password.' Or you may just say 'I can't log in, what do I do?' All three of those things, they are different words but they all mean the same thing …. So, no matter how it's phrased, the AI helps figure out the intent of the request." *Behind the Algorithm* at 1:09-1:39.

"Watson is designed to mimic the human brain's ability to observe, analyse, evaluate, and make judgments. More specifically, it uses cognitive computing to replicate a human cognitive framework for decision-making. Cognitive computing systems learn by using

| '274 Patent | |
| --- | --- |
| **Claim** | **IBM's Watson Assistant** |
| | more natural human expressions as new circumstances and emotions emerge. Watson makes extensive use of advancements in NLP, ML, and question answering []. The system employs corpus processing of corpus and its expansion, evaluation of all the semantics and parallelism, along with strategies for finding hints in questions, all of which are derived from natural language processing. Watson also searches for and generates candidate responses using search engines like Lucene and Solr. Watson, according to IBM, employs over 100 different natural language processing techniques." *IBM Watson Survey*.<br><br>*See also Watson Orchestrate Demo* 1:40-1:56:<br><br>    Customer: "My flight from Paris to New York last week was delayed. I'd like to claim compensation."<br>    Assistant: "I'm sorry to hear about that delay. I've located a flight in our system matching your description. AB 1234. Could you please confirm if that's the correct flight?"<br>    Customer: "Yes, that's the one."<br>    . . . (Assistant then proceeds with flight AB 1234) . . .<br><br>*See also* limitation 1[f]. |